UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY BANKS,<br><br>          Plaintiff,<br><br>     v.<br><br>SUNRUN INC.,<br><br>          Defendant. | Case No. 24-cv-07877-JST<br><br>**CLERK'S NOTICE**<br><br>Re: Dkt. No. 11 |

**YOU ARE NOTIFIED THAT** an Initial Case Management Conference is set for February 25, 2025 at 2:00 P.M. before the Honorable JON S. TIGAR.  The Joint Case Management Conference Statement is due by February 18, 2025.  This proceeding will be held via a Zoom webinar.

Dated: December 2, 2024

          Mark B. Busby
          Clerk of Court, United States District Court

          By: _____
          Dianna Shoblo, Deputy Clerk to the
          Honorable JON S. TIGAR