**KELLEY DRYE & WARREN LLP**
  Glenn T. Graham
One Jefferson Road
Parsippany, New Jersey 07054
Telephone:   (973) 503-5900
Facsimile:   (973) 503-5950
ggraham@kelleydrye.com

*Attorneys for Defendant Sunrun Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY BANKS, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>            v.<br><br>SUNRUN INC.<br><br>                              Defendant. | Case No. 4:24-cv-07877-JST<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Hon. Jon S. Tigar |

Pursuant to L.R. 6-1(a), Plaintiff Peggy Banks ("Plaintiff") and Defendant Sunrun Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

1.     On November 11, 2024, Plaintiff filed the Class Action Complaint ("Complaint").

2.     On November 12, 2024, Defendant waived service of the summons and Complaint.

3.     Defendant's deadline to respond to Plaintiff's Complaint is currently January 13, 2025.

4.     Defendant seeks an extension of 14 days, up to and including January 27, 2025, to respond to Plaintiff's Complaint.

5.     Plaintiff's counsel advised that they take no position on the requested relief and therefore do not oppose Defendant's request.   A record of that correspondence is available if so ordered by the court.

6.     Accordingly, Defendant submits this stipulation pursuant to L.R. 6-1(a) extending its time to respond to the Complaint to January 27, 2025.

7.     This is Defendant's first request for an extension of time to respond to Plaintiff's Complaint.

8.     The requested extension will not affect the date of any event or deadline already fixed by Court order.

9.     Pursuant to Local Rule 6-1(a) of the United States District Court for the Northern District of California, the time for Defendant to respond to Plaintiff's Complaint is extended up to and including January 27, 2025.

Dated:  January 6, 2025

**OLIVER LAW CENTER, INC.**
By:  _/s/ Dana J. Oliver_
Dana J. Oliver
Email: dana@danaoliverlaw.com

*Attorneys for Plaintiff and the Proposed Classes*

**KELLEY DRYE & WARREN LLP**
By:  _/s/ Glenn T. Graham_
Glenn T. Graham
ggraham@kelleydrye.com

*Attorneys for Defendant Sunrun, Inc.*

## ATTESTATION

I, Glenn T. Graham, am the ECF user whose identification and password are being used to file this document. I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 6, 2025

_/s/ Glenn T. Graham_
Glenn T. Graham