1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**KELLEY DRYE & WARREN LLP**
    Lauri A. Mazzuchetti (*pro hac vice* forthcoming)
    Glenn T. Graham (State Bar No. 338995)
    Emily E. Clark (*pro hac vice* forthcoming)
One Jefferson Road
Parsippany, New Jersey 07054
Telephone:      (973) 503-5917
Facsimile:      (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com
eclark@kelleydrye.com


*Attorneys for Defendant Sunrun Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEGGY BANKS, individually and on behalf of all others similarly situated,<br><br><br>*Plaintiff,*<br><br>v.<br><br><br>SUNRUN INC.<br><br><br>*Defendant.* | Case No. 4:24-cv-07877<br><br>**DEFENDANT'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT AND CIV. L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Hon. Jon S. Tigar |

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Sunrun Inc. ("Sunrun") states that it is a publicly held corporation with no parent corporation, and BlackRock Inc. and The Vanguard Group, Inc. own 10% or more of Sunrun's stock.

        Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that

could be substantially affected by the outcome of this proceeding:

      1.  Black Rock Inc.

      2.  The Vanguard Group, Inc.


DATED: January 27, 2025               KELLEY DRYE & WARREN LLP
Glenn T. Graham

                              By:   /s/  *Glenn T. Graham*
                                    Glenn T. Graham

                              *Attorneys for Defendant Sunrun Inc.*

CORPORATE DISCLOSURE STATEMENT AND CIV. L.R. 3-15 CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS