**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEGGY BANKS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>SUNRUN INC.<br><br>　　　　　　　　　Defendant. | Case No. 4:24-cv-07877-JST<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STRIKE CLASS ALLEGATIONS**<br><br>Hon. Jon S. Tigar<br><br>Hearing Date: March 20, 2025<br>Time: 2:00 pm<br>Location: Zoom |

## [PROPOSED] ORDER

The Motion to Strike Class Allegations by Defendant Sunrun Inc. pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, came on for hearing on March 20, 2025. Having considered the moving papers, opposition, and other pleadings and documents on file in this case, the Court finds that Plaintiff's Class Allegations should be **STRICKEN**.

Accordingly, the Court hereby **GRANTS** Defendant's Motion to Strike Class Allegations.

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. Jon S. Tigar
United States District Judge

CASE NO. 4:24-CV-07877-JST
[PROPOSED] ORDER GRANTING MOTION TO STRIKE CLASS ALLEGATIONS