**KELLEY DRYE & WARREN LLP**
  Lauri A. Mazzuchetti (*pro hac vice* forthcoming)
  Glenn T. Graham (State Bar No. 338995)
  Emily E. Clark (*pro hac vice* forthcoming)
One Jefferson Road
Parsippany, New Jersey 07054
Telephone:    (973) 503-5917
Facsimile:    (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com
eclark@kelleydrye.com

*Attorneys for Defendant Sunrun Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY BANKS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SUNRUN INC.<br><br>*Defendant*. | Case No. 4:24-cv-07877-JST<br><br>**DEFENDANT SUNRUN INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO STRIKE CLASS ALLEGATIONS**<br><br>[Notice of Motion to Strike, Memorandum in Support of Motion to Strike, and Proposed Order Filed Concurrently]<br><br>Hon. Jon S. Tigar<br><br>Hearing Date: March 20, 2025<br>Time: 2:00 pm<br>Location: Zoom |

Defendant Sunrun Inc. ("Sunrun") respectfully requests the Court take judicial notice of the following documents submitted in support of Sunrun's Motion to Strike Class Allegations:

   1.   **Exhibit A,** a true and correct copy of the website page located at sunrun.com/free-solar-quote.

   2.   **Exhibit B,** a true and correct copy of the First Amended Complaint filed in *Strickland v. Sunrun Inc.*, No. 3:23-cv-05034, Dkt. No. 23 (N.D. Cal. 2024).

CASE NO. 4:24-CV-07877-JST
DEFENDANT SUNRUN INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO STRIKE CLASS ALLEGATIONS

3.      **Exhibit C**, a true and correct copy of the docket sheet in *Strickland v. Sunrun Inc.*, No. 3:23-cv-05034 (N.D. Cal.).

Judicial notice is appropriate pursuant to Rule 201 of the Federal Rules of Evidence.

Courts may take judicial notice of facts that (1) are "generally known within the trial court's territorial jurisdiction" and (2) "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).  A court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2).

Information from publicly accessible websites are proper subjects of judicial notice.  *See In re Google Assistant Privacy Litig.*, 457 F. Supp. 3d 797, 813–14 (N.D. Cal. 2020) (taking judicial notice of three webpages, including Google's Terms of Service, Privacy Policy, and a Google blog post); *Matera v. Google, Inc.*, 2016 WL 5339806, at *7 (N.D. Cal. Sept. 23, 2016) (taking judicial notice of Google's Terms of Service, "various versions of Google's Privacy Policy," and a Google webpage entitled "Updates: Privacy Policy"); *see also Daniels–Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998–99 (9th Cir. 2010).  Here, Exhibit A, a copy of the website page located at sunrun.com/free-solar-quote, is judicially noticeable because it is available to the public and the fact that it exists online cannot be reasonably questioned.  Sunrun therefore respectfully requests the Court take judicial notice of Exhibit A.

Further, the Court "may take judicial notice of district court records." *Ray v. Lara*, 31 F.4th 692, 297 n.4 (9th Cir. 2022) (citing *United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980); Fed. R. Evid. 201.  Here, Exhibit B, the First Amended Complaint filed in *Strickland v. Sunrun Inc.*, No. 3:23-cv-05034, Dkt. No. 23 (N.D. Cal. 2024), and Exhibit C, the docket sheet from *Strickland*, are judicially noticeable as records of a district court.  Sunrun therefore respectfully requests the Court to take judicial notice of Exhibit B and Exhibit C.

| | | |
|---|---|---|
| 1 | DATED: January 27, 2025 | KELLEY DRYE & WARREN LLP |
| 2 | | By: */s/ Glenn T. Graham* |
| 3 | |    Lauri A. Mazzuchetti (*pro hac vice* forthcoming)<br>   Glenn T. Graham |
| 4 | |    Emily E. Clark (*pro hac vice* forthcoming)<br>One Jefferson Road |
| 5 | | Parsippany, New Jersey 07054<br>Telephone: (973) 503-5900 |
| 6 | | Facsimile: (973) 503-5950<br>lmazzuchetti@kelleydrye.com |
| 7 | | ggraham@kelleydrye.com<br>eclark@kelleydrye.com |
| 8 | | *Attorneys for Defendant Sunrun Inc.* |