# EXHIBIT A

📞 (833) 324-5886

                                                                                       Get a quote

START YOUR YEAR RIGHT

# Get 3 Months for $3

Get solar & Powerwall for only $1/month for your first 3 months* when you subscribe by Jan. 31st

1  Take control of your energy

2  Pay as little as $0 down

3  Rely on expert installation from America's #1 home solar and battery company

## Get a free personalized quote

All fields are required.

First Name

Last Name

Email

ZIP Code

Phone

Do you own your own home?

● Yes    ○ No

By clicking below, I authorize Sunrun to call me and send pre-recorded messages and text messages to me about Sunrun products and services at the telephone number I entered above, using an autodialer, even if I am on a national or state "Do Not Call" list. Message and data rates may apply. Maximum 10 texts per month. Consent for calls & texts is optional. You can opt out anytime. You also agree to our Terms of Service.

Get a quote

Have questions? Contact Us

Offer Terms & Conditions apply.

## Products

## Plans & Pricing

