# EXHIBIT C

ADRMOP,TRANSF

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:23-cv-05034-JD

Strickland v. Sunrun, Inc.
Assigned to: Judge James Donato
Cause: 47:227 Restrictions of Use of Telephone Equipment

Date Filed: 10/01/2023
Jury Demand: Plaintiff
Nature of Suit: 485 Telephone Consumer Protection Act (TCPA)
Jurisdiction: Federal Question

**Plaintiff**

**Sherry Strickland**
*individually and on behalf of all others similarly situated*

represented by **Anthony I. Paronich**
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
Fax: (508) 318-8100
Email: anthony@paronichlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dana J. Oliver , I**
Oliver Law Center, Inc.
8780 19th St
Ste 559
Rancho Cucamonga, CA 91701
(855)384-3262
Fax: (888)570-2021
Email: dana@danaoliverlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward A. Broderick**
Broderick Law, P.C.
99 High Street
Suite 304
Boston, MA 02110
(617) 738-7080
Fax: (617) 830-0327
Email: ted@broderick-law.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Sunrun, Inc.**<br>*a Delaware corporation* | represented by | **Glenn T Graham**<br>Kelley Drye Warren LLP<br>1 Jefferson Road<br>2nd Floor<br>Parsippany, NJ 07054<br>973-503-5900<br>Fax: 973-503-5950<br>Email: ggraham@kelleydrye.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Lauri Anne Mazzuchetti**<br>Kelley Drye & Warren, LLP<br>One Jefferson Road<br>2nd Floor<br>Parsippany, NJ 07054<br>973-503-5900<br>Fax: 973-503-5950<br>Email: lmazzuchetti@kelleydrye.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Becca J. Wahlquist**<br>Kelley Drye & Warren LLP<br>350 South Grand Avenue, Suite 3800<br>Los Angeles, CA 90071<br>(213) 547-4916<br>Fax: (213) 547-4901<br>Email: bwahlquist@kelleydrye.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Ruth M. Kwon**<br>Kelley Drye & Warren LLP<br>350 South Grand Avenue<br>Ste 3800<br>Los Angeles, CA 90071<br>213-547-4917<br>Fax: 213-547-4901<br>Email: rkwon@kelleydrye.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/01/2023 | 1 | COMPLAINT against SUNRUN, INC. ( Filing fee $ 402, receipt number ACANDC-18696017.). Filed bySHERRY STRICKLAND. (Attachments: # 1 Civil Cover Sheet) (Oliver, Dana) (Filed on 10/1/2023) (Entered: 10/01/2023) |
| 10/01/2023 | 2 | Proposed Summons. (Oliver, Dana) (Filed on 10/1/2023) (Entered: 10/01/2023) |
| 10/01/2023 | 3 | Case assigned to Magistrate Judge Susan van Keulen.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new |

| | | |
|---|---|---|
| | | case documents upon the opposing parties. For information, visit *E-Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 10/16/2023. (bw, COURT STAFF) (Filed on 10/1/2023) (Entered: 10/02/2023) |
| 10/02/2023 | 4 | MOTION for leave to appear in Pro Hac Vice *by Edward A. Broderick* ( Filing fee $ 317, receipt number ACANDC-18697049.) filed by SHERRY STRICKLAND. (Broderick, Edward) (Filed on 10/2/2023) (Entered: 10/02/2023) |
| 10/02/2023 | 5 | Summons Issued as to Sunrun, Inc.. (krp, COURT STAFF) (Filed on 10/2/2023) (Entered: 10/02/2023) |
| 10/02/2023 | 6 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 12/26/2023. Initial Case Management Conference set for 1/2/2024 09:30 AM in San Jose, Courtroom 6, 4th Floor. (krp, COURT STAFF) (Filed on 10/2/2023) (Entered: 10/02/2023)** |
| 10/02/2023 | 7 | **ORDER granting 4 Application for Admission Pro Hac Vice (Edward A. Broderick). Signed by Judge Susan van Keulen on 10/2/2023. (svklc1, COURT STAFF) (Filed on 10/2/2023) (Entered: 10/02/2023)** |
| 10/04/2023 | 8 | MOTION to Transfer Case *Plaintiff's Motion to Transfer Action to the San Francisco Division* filed by Sherry Strickland. Motion Hearing set for 10/24/2023 10:00 AM in San Jose, Courtroom 6, 4th Floor before Magistrate Judge Susan van Keulen. Responses due by 10/18/2023. Replies due by 10/25/2023. (Attachments: # 1 Proposed Order)(Broderick, Edward) (Filed on 10/4/2023) (Entered: 10/04/2023) |
| 10/06/2023 | 9 | **Order on Plaintiff's Motion to Transfer Action to the San Francisco Division by Judge Susan van Keulen granting 8 Motion to Transfer Case.**<br>(jhf, COURT STAFF) (Filed on 10/6/2023) (Entered: 10/06/2023) |
| 10/06/2023 | 10 | **ORDER REASSIGNING CASE re Order of Transfer 9 . Order No. 44 to Magistrate Judge Kandis A. Westmore for all further proceedings. Magistrate Judge Susan van Keulen no longer assigned to case. Reassignment Order signed by Clerk on 10/6/2023. (bw, COURT STAFF) (Filed on 10/6/2023) (Entered: 10/06/2023)** |
| 10/10/2023 | 11 | CLERK'S NOTICE Re: Consent or Declination: Plaintiff shall file a consent or declination to proceed before a magistrate judge. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms. Consent/Declination due by 10/24/2023. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (kc, COURT STAFF) (Filed on 10/10/2023) (Entered: 10/10/2023) |
| 10/10/2023 | 12 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Sherry Strickland.. (Broderick, Edward) (Filed on 10/10/2023) (Entered: 10/10/2023) |
| 11/17/2023 | 13 | WAIVER OF SERVICE Returned Executed filed by Sherry Strickland. Service waived by Sunrun, Inc. waiver sent on 10/2/2023, answer due 12/1/2023. (Broderick, Edward) (Filed on 11/17/2023) (Entered: 11/17/2023) |
| 11/22/2023 | 14 | STIPULATION re 1 Complaint *Extending Time to Respond* filed by Sunrun, Inc.. (Graham, Glenn) (Filed on 11/22/2023) (Entered: 11/22/2023) |

| | | |
|---|---|---|
| 12/12/2023 | 15 | Certificate of Interested Entities by Sunrun, Inc. identifying Other Affiliate BlackRock Inc. for Sunrun, Inc.. (Graham, Glenn) (Filed on 12/12/2023) (Entered: 12/12/2023) |
| 12/12/2023 | 16 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Sunrun, Inc.. (Graham, Glenn) (Filed on 12/12/2023) (Entered: 12/12/2023) |
| 12/12/2023 | 17 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options (Graham, Glenn) (Filed on 12/12/2023) (Entered: 12/12/2023) |
| 12/13/2023 | 18 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge because either (1) a party has not consented to the jurisdiction of a Magistrate Judge, or (2) time is of the essence in deciding a pending judicial action for which the necessary consents to Magistrate Judge jurisdiction have not been secured. You will be informed by separate notice of the district judge to whom this case is reassigned.<br><br>ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE-NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED.<br><br>*This is a text only docket entry; there is no document associated with this notice.* (wft, COURT STAFF) (Filed on 12/13/2023) (Entered: 12/13/2023) |
| 12/14/2023 | 19 | **ORDER REASSIGNING CASE. Case reassigned using a proportionate, random, and blind system pursuant to General Order No. 44 to Judge James Donato for all further proceedings. Magistrate Judge Kandis A. Westmore no longer assigned to case, Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order No. 65 and http://cand.uscourts.gov/cameras. Signed by The Clerk on 12/14/2023. (Attachments: # 1 Notice of Eligibility for Video Recording) (anj, COURT STAFF) (Filed on 12/14/2023) (Entered: 12/14/2023)** |
| 12/15/2023 | 20 | MOTION to Dismiss *and to Strike Class Allegations* filed by Sunrun, Inc.. Motion to Dismiss Hearing set for 1/25/2024 10:00 AM in San Francisco, Courtroom 11, 19th Floor. Responses due by 12/29/2023. Replies due by 1/5/2024. (Attachments: # 1 Declaration of Martin Leatherman, # 2 Exhibit A - Screenshot of Web Form, # 3 Declaration of Glenn T. Graham, # 4 Exhibit A - Florida Staff Analysis, House Bill 761, # 5 Proposed Order) (Graham, Glenn) (Filed on 12/15/2023) (Entered: 12/15/2023) |
| 12/19/2023 | 21 | Application for Refund, Receipt Number ACANDC-18953390 by Sherry Strickland. (Broderick, Edward) (Filed on 12/19/2023) (Entered: 12/19/2023) |
| 12/22/2023 | 22 | Refund Status re 21 Application for Refund Approved. (rgh, COURT STAFF) (Filed on 12/22/2023) (Entered: 12/22/2023) |
| 01/04/2024 | 23 | AMENDED COMPLAINT *Against Sunrun, Inc.* against Sherry Strickland. Filed by Sherry Strickland. (Broderick, Edward) (Filed on 1/4/2024) (Entered: 01/04/2024) |
| 01/10/2024 | 24 | STIPULATION WITH PROPOSED ORDER *to Extend Time to Respond to* 23 *Amended Complaint* filed by Sunrun, Inc.. (Graham, Glenn) (Filed on 1/10/2024) (Entered: 01/10/2024) |
| 01/23/2024 | 25 | **ORDER re 24 Stipulation. Under Civil Local Rule 6-1(a), parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint. Defendant's motion to dismiss the complaint, Dkt. No. 20, was terminated in light of plaintiff's amended complaint, Dkt. No. 23. Signed by Judge James Donato on 1/23/2024. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (jdlc2, COURT STAFF) (Filed on 1/23/2024) (Entered: 01/23/2024)** |

| | | |
|---|---|---|
| 01/25/2024 | 26 | MOTION to Dismiss *Amended Complaint and to Strike Class Allegations* filed by Sunrun, Inc.. Motion to Dismiss Hearing set for 2/29/2024 10:00 AM in San Francisco, Courtroom 11, 19th Floor. Responses due by 2/8/2024. Replies due by 2/15/2024. (Attachments: # 1 Declaration of Martin Leatherman, # 2 Exhibit A to Declaration of Martin Leatherman - Screenshot of Web Form, # 3 Declaration of Glenn T. Graham, # 4 Exhibit A to Declaration of Glenn T. Graham - Florida Staff Analysis, House Bill 761, # 5 Proposed Order)(Graham, Glenn) (Filed on 1/25/2024) (Entered: 01/25/2024) |
| 02/03/2024 | 27 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options *by Plaintiff Sherry Strickland* (Broderick, Edward) (Filed on 2/3/2024) (Entered: 02/03/2024) |
| 02/05/2024 | 28 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-19095479.) filed by Sherry Strickland. (Paronich, Anthony) (Filed on 2/5/2024) (Entered: 02/05/2024) |
| 02/06/2024 | 29 | **ORDER by Judge James Donato granting 28 Motion for Pro Hac Vice. (lrc, COURT STAFF) (Filed on 2/6/2024) (Entered: 02/06/2024)** |
| 02/06/2024 | 30 | NOTICE of Appearance by Becca J. Wahlquist *on behalf of Sunrun, Inc.* (Wahlquist, Becca) (Filed on 2/6/2024) (Entered: 02/06/2024) |
| 02/06/2024 | 31 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-19098708.) filed by Sunrun, Inc.. (Mazzuchetti, Lauri) (Filed on 2/6/2024) (Entered: 02/06/2024) |
| 02/07/2024 | 32 | **ORDER by Judge James Donato granting 31 Motion for Pro Hac Vice. (lrc, COURT STAFF) (Filed on 2/7/2024) (Entered: 02/07/2024)** |
| 02/08/2024 | 33 | OPPOSITION/RESPONSE (re 26 MOTION to Dismiss *Amended Complaint and to Strike Class Allegations* ) filed bySherry Strickland. (Attachments: # 1 Declaration of Sherry Strickland, # 2 Declaration of Anthony Paronich)(Paronich, Anthony) (Filed on 2/8/2024) (Entered: 02/08/2024) |
| 02/15/2024 | 34 | REPLY (re 26 MOTION to Dismiss *Amended Complaint and to Strike Class Allegations* ) filed bySunrun, Inc.. (Graham, Glenn) (Filed on 2/15/2024) (Entered: 02/15/2024) |
| 02/26/2024 | 35 | NOTICE of Appearance by Ruth M. Kwon *on Behalf of Sunrun, Inc.* (Kwon, Ruth) (Filed on 2/26/2024) (Entered: 02/26/2024) |
| 02/27/2024 | 36 | **ORDER. The motion to dismiss, Dkt. No. 26, is suitable for decision without oral argument pursuant to Civil Local Rule 7-1(b). The hearing that was set for February 29, 2024, is vacated. Signed by Judge James Donato on 2/27/2024. *(This is a text-only entry generated by the court. There is no document associated with this entry.)*** (jdlc2, COURT STAFF) (Filed on 2/27/2024) (Entered: 02/27/2024) |
| 10/01/2024 | 37 | **ORDER. Defendant Sunrun's motion to dismiss is denied. Dkt. No. 26. Plaintiff Sherry Strickland has plausibly alleged that Sunrun violated the Florida Telephone Solicitation Act, Fla. Stat. § 501.059, by, inter alia, using an "automated system for the selection and dialing of telephone numbers." *See, e.g.,* Dkt. No. 23 (FAC) ¶¶ 31, 40. "[N]othing in the FTSA requires an autodialer to be capable of randomly or sequentially generating telephone numbers," *Turizo v. Subway Franchisee Advertising Fund Trust Ltd.*, 603 F. Supp. 3d 1334, 1343 (S.D. Fla. 2022), and the Court declines Sunrun's request to read in such an interpretation based on the "legislative history of the FTSA." Dkt. No. 34 at 2. Striking plaintiff's class allegations under Rule 12(f) is improper and Sunrun's motion to strike is denied. The Rule 23 arguments will be taken up a later stage of the case. The parties are directed to file a joint case management statement by October 22, 2024, including a jointly proposed case schedule and a proposed ADR process. Signed by Judge James Donato on 10/1/2024.** |

| | | |
|---|---|---|
| | | *(This is a text-only entry generated by the court. There is no document associated with this entry.)* **(jdlc2, COURT STAFF) (Filed on 10/1/2024) (Entered: 10/01/2024)** |
| 10/15/2024 | 38 | Answer to Amended Complaint 23 Amended Complaint by Sunrun, Inc.. (Graham, Glenn) (Filed on 10/15/2024) (Entered: 10/15/2024) |
| 10/21/2024 | 39 | CASE MANAGEMENT STATEMENT filed by Sherry Strickland. (Paronich, Anthony) (Filed on 10/21/2024) (Entered: 10/21/2024) |
| 11/13/2024 | 40 | STIPULATION WITH PROPOSED ORDER *[Stipulated Protective Order]* filed by Sunrun, Inc.. (Graham, Glenn) (Filed on 11/13/2024) (Entered: 11/13/2024) |
| 01/08/2025 | 41 | **Order by Judge James Donato granting 40 Stipulation. The parties' stipulated protective order is approved, except that in those cases where the stipulated protective order conflicts with the Court's standing orders (e.g., with respect to the filing of discovery motions), the Court's standing orders will control.** *(This is a text-only entry generated by the court. There is no document associated with this entry.)* **(jdlc2, COURT STAFF) (Filed on 1/8/2025) (Entered: 01/08/2025)** |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/27/2025 10:58:25 | | | |
| **PACER Login:** | kd078000 | **Client Code:** | 097700.0047 |
| **Description:** | Docket Report | **Search Criteria:** | 3:23-cv-05034-JD |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |