**KELLEY DRYE & WARREN LLP**
  Lauri A. Mazzuchetti (*pro hac vice* forthcoming)
  Glenn T. Graham (State Bar No. 338995)
  Emily E. Clark (*pro hac vice* forthcoming)
One Jefferson Road
Parsippany, New Jersey 07054
Telephone:    (973) 503-5900
Facsimile:    (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com
eclark@kelleydrye.com

*Attorneys for Defendant Sunrun Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY BANKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN INC.<br><br>Defendant. | Case No. 4:24-cv-07877-JST<br><br>**DEFENDANT SUNRUN INC.'S NOTICE OF MOTION TO STRIKE CLASS ALLEGATIONS**<br><br>Hon. Jon S. Tigar<br><br>Hearing Date: April 10, 2025<br>Time: 2:00 pm<br>Location: Zoom |

CASE NO. 4:24-CV-07877-JST

DEFENDANT'S NOTICE OF MOTION TO STRIKE CLASS ALLEGATIONS

TO THE COURT, PLAINTIFF, AND HER COUNSEL:

PLEASE TAKE NOTICE that on April 10, 2025 at 2:00 pm, in the above-captioned Court, located at 450 Golden Gate Avenue, San Francisco, California, Defendant Sunrun Inc. ("Sunrun") will and hereby does move the Court for an order dismissing and/or striking Plaintiff's class allegations (Count I) pursuant to Rules 12(f) and 23.

Sunrun moves to strike Plaintiff's class allegations because it is apparent that Plaintiff's proposed class fails to meet Rule 23's requirements of predominance and adequacy. Plaintiff's class allegations should be stricken for these reasons.

This Motion is based on this Notice and Motion, the previously filed memorandum (ECF No. 17), the previously filed request for judicial notice (ECF No. 18), all pleadings, records, and files in this action, and such evidence and argument as may be presented at or before the hearing on this Motion.

DATED: January 28, 2025               KELLEY DRYE & WARREN LLP

By: */s/ Glenn T. Graham*
    Lauri A. Mazzuchetti (*pro hac vice* forthcoming)
    Glenn T. Graham
    Emily E. Clark (*pro hac vice* forthcoming)
One Jefferson Road
Parsippany, New Jersey 07054
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com
eclark@kelleydrye.com

*Attorneys for Defendant Sunrun Inc.*