Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: (855)384-3262
Facsimile: (888)570-2021

Attorney for Plaintiff and Putative Class

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY BANKS, individually and on behalf of all others similarly situated,<br><br>                     Plaintiff,<br><br>     v.<br><br>SUNRUN INC.<br><br>                     Defendant. | Case No. 3:24-cv-07877-JST<br><br>**UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO MOTION TO STRIKE**<br><br>Hon. Jon S. Tigar<br><br>Hearing Date On Original Motion: April 10, 2025<br>Time: 2:00 pm<br>Location: Zoom |

Pursuant to L.R. 6-1(b), Plaintiff Peggy Banks ("Plaintiff") and Defendant Sunrun Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby move for an order as follows:

1. On January 27, 2025, Defendant filed a Motion to Strike in this matter at ECF No. 17 ("Motion").

2. Plaintiff seeks an extension of 14 days, up to and including February 24, 2025, to respond or otherwise plead in response to Defendant's Motion.

3. Defendant seeks an extension, up to and including March 10, 2025, to file any reply in support.

4. The Parties are jointly agreed on the requested relief. A record of that correspondence is available if so ordered by the court.

5. Accordingly, the Parties submit this motion pursuant to L.R. 6-1(b) extending their respective times to file any responsive pleading to the Motion, and to reply in support of it.

6. The requested extension will not affect the date of any event or deadline already fixed by Court order.

Dated: February 3, 2025  **Perrong Law LLC**
By: */s/ Andrew Roman Perrong*
Andrew Roman Perrong
Email: a@perronglaw.com
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529 (CALL-LAW)
Fax: 888-329-0305

*Attorneys for Plaintiff and the Proposed Classes*

**KELLEY DRYE & WARREN LLP**
By: _/s/ Glenn T. Graham_____
Glenn T. Graham
ggraham@kelleydrye.com
One Jefferson Road
Parsippany, NJ 07054
Tel: (973) 503-5917

*Attorneys for Defendant Sunrun, Inc.*

## ATTESTATION

    I, Andrew Roman Perrong, am the ECF user whose identification and password are being used to file this document. I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 3, 2025                                    _/s/ Andrew Roman Perrong_____
                                                                       Andrew Roman Perrong