# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY BANKS, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>    v.<br><br>SUNRUN INC.<br><br>                Defendant. | Case No. 3:24-cv-07877-JST<br><br>**PROPOSED ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO MOTION TO STRIKE**<br><br>Hon. Jon S. Tigar<br><br>Hearing Date: April 10, 2025<br>Time: 2:00 pm<br>Location: Zoom |

The Motion to Extend Time to Respond to Motion to Strike came up pursuant to Local Rule 6-1(b). Having considered the submissions of the parties, the Court orders that Plaintiff shall have up to and including February 24, 2025, to respond or otherwise plead in response to Defendant's Motion. Defendant shall have an extension, up to and including March 10, 2025, to file any reply in support.

Accordingly, the Court hereby **GRANTS** the Motion.

    **IT IS SO ORDERED.**

☐

Dated: _____

_____
Hon. Jon S. Tigar, J.

PROPOSED ORDER GRANDING UNOPPOSED MOTION
TO EXTEND TIME TO RESPOND TO MOTION TO STRIKE