UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY STRICKLAND,<br><br>        Plaintiff,<br><br>   v.<br><br>SUNRUN, INC.,<br><br>        Defendant. | Case No. 23-cv-05034-JST<br><br>**ORDER TO SHOW CAUSE RE: WHY CASES SHOULD NOT BE RELATED** |
| PEGGY BANKS,<br><br>        Plaintiff,<br><br>   v.<br><br>SUNRUN INC.,<br><br>        Defendant. | Case No. 24-cv-07877-JST |
| JEREMY LUCKAU,<br><br>        Plaintiff,<br><br>   v.<br><br>SUNRUN, INC,<br><br>        Defendant. | Case No. 25-cv-01661-JST |

The Court has reviewed the complaints in the above three cases and believe they satisfy the definition of related cases under Civil Local Rule 3-12.  Any party objecting to relation of these

/ / /

/ / /

/ / /

/ / /

1    cases shall file a statement explaining their objections in the lowest-numbered case,

2    No. 23-cv-05034, on or before March 4, 2025.

3    **IT IS SO ORDERED.**

4    Dated: February 28, 2025



JON S. TIGAR
United States District Judge