**KELLEY DRYE & WARREN LLP**
  Lauri A. Mazzuchetti (*pro hac vice* forthcoming)
  Glenn T. Graham (State Bar No. 338995)
One Jefferson Road
Parsippany, New Jersey 07054
Telephone:   (973) 503-5900
Facsimile:    (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com

*Attorneys for Defendant Sunrun Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEGGY BANKS, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>         v.<br><br>SUNRUN INC.<br><br>                    Defendant. | Case No. 4:24-cv-07877-JST<br><br>**DECLARATION OF GLENN T. GRAHAM IN SUPPORT OF STIPULATION AND [PROPOSED] PROTECTIVE ORDER**<br><br>Hon. Jon S. Tigar |

I, Glenn T. Graham, declare as follows:

1. I am an attorney authorized to practice law in the States of New Jersey, New York, and California. I am a partner with the law firm of Kelley Drye & Warren LLP and counsel of record for Defendant Sunrun Inc. in this matter. I make this declaration in support of the Stipulated Protective Order. I have personal knowledge of the facts set forth herein, and if called upon to do so, I could competently testify thereto.

2. The Stipulated Protective Order concurrently filed hereto is nearly identical to the Model Order for the Northern District of California, located at https://cand.uscourts.gov/forms/model-protective-orders/, except for the addition of case-identifying information and the addition of language to Section 11, titled "Inadvertent Production of Privileged or Otherwise Protected Material."

3. Section 11 includes stipulated language regarding the effect of a disclosure of communication or information covered by the attorney-client or work product privilege.

4. A redline comparing the model order for the Northern District of California to the parties' Stipulated Protective Order is attached hereto as **Exhibit A**.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 25th of July, 2025          KELLEY DRYE & WARREN LLP

By: */s/ Glenn T. Graham*
    Glenn T. Graham
One Jefferson Road
Parsippany, New Jersey 07054
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
ggraham@kelleydrye.com

*Attorney for Defendant Sunrun Inc.*