**KELLEY DRYE & WARREN LLP**
Lauri A. Mazzuchetti (*pro hac vice* forthcoming)
Glenn T. Graham (State Bar No. 338995)
One Jefferson Road
Parsippany, New Jersey 07054
Telephone:    (973) 503-5917
Facsimile:    (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com

*Attorneys for Defendant Sunrun Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY BANKS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUNRUN INC.<br><br>Defendant. | Case No.  4:24-cv-07877-JST<br><br>(Hon. Jon S. Tigar)<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Action Filed: Nov. 11, 2024 |

Counsel for Plaintiff Peggy Banks ("Plaintiff") and counsel for Defendant Sunrun Inc. ("Sunrun") hereby respectfully submit this Joint Case Management Statement pursuant to this Court's Scheduling Order, dated May 7, 2025.  Dkt. No. 34.

## I. Status of The Parties' Discovery

### A. Discovery Propounded By Plaintiff

On January 28, 2025, Plaintiff served interrogatories and document requests on Sunrun.  On March 13, 2025, Sunrun served its written objections and responses to those requests.  Thereafter, beginning on April 3, 2025, Sunrun has made two productions of documents responsive to Plaintiff's discovery requests.  Sunrun continues to review its documents for responsiveness and will make future document productions, if any, before the discovery end date.  Sunrun and Plaintiff are in the process of meeting and conferring with respect to Sunrun's discovery responses, and to discuss the perceived deficiencies. Plaintiff intends to depose Sunrun's 30(b)(6) representative and will work to find a mutually agreeable deposition date.

### B. Discovery Propounded By Defendant

On May 2, 2025, Sunrun propounded interrogatories and requests for production of documents on Plaintiff.  Plaintiff served her written objections and responses on June 26, 2025.  Sunrun and Plaintiff are in the process of meeting and conferring with respect to Plaintiff's discovery responses, and to discuss the perceived deficiencies.  Sunrun intends to depose Plaintiff and will work to find a mutually agreeable deposition date.

## II. Other Issues Requiring This Court's Attention

None at this time, but Sunrun may file a motion to compel if the Parties cannot come to a resolution with respect to Plaintiff's discovery responses.

Dated: August 15, 2025                    Respectfully submitted,

*/s/ Glenn T. Graham*
Glenn T. Graham (SBN # 338995)
**KELLEY DRYE & WARREN LLP**
One Jefferson Road, Floor 2
Parsippany, New Jersey 07054

Tel: (973) 503-5900
Fax: (973) 503-5950
ggraham@kelleydrye.com

*Counsel for Defendant Sunrun Inc.*

/s/ *Andrew Perrong*
Andrew Perrong (*pro hac vice*)
PERRONG LAW LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
Tel: (215) 225-5529
a@perronglaw.com

Dana J. Oliver (SBN #291082)
dana@danaoliverlaw.com
**OLIVER LAW CENTER, INC.**
8780 19th Street, #559
Rancho Cucamonga, CA 91701
Tel: (855) 384-3262
Fax: (888) 570-2021

*Attorneys for Plaintiff Peggy Banks*

# **ATTESTATION**

I, Glenn T. Graham, am the ECF user whose identification and password are being used to file this document. I hereby attest that all other signatories listed and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 15, 2025                          /s/ *Glenn T. Graham*
                                                Glenn T. Graham