1  **KELLEY DRYE & WARREN LLP**
    Lauri A. Mazzuchetti (*pro hac vice* pending)
2   Glenn T. Graham (State Bar No. 338995)
   One Jefferson Road, Floor 2
3  Parsippany, New Jersey 07054
   Telephone:   (973) 503-5900
4  Facsimile:    (973) 503-5950
   lmazzuchetti@kelleydrye.com
5  ggraham@kelleydrye.com

6  **KELLEY DRYE & WARREN LLP**
    Rachael W. Hiatt (State Bar No. 317623)
7  350 South Grand Avenue, Suite 3800
   Los Angeles, CA 90071
8  Telephone:   (213) 547-4900
   Facsimile:    (213) 547-4901
9  rhiatt@kelleydrye.com

10
   *Attorneys for Defendant Sunrun Inc.*
11

12
                    **UNITED STATES DISTRICT COURT**
13                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14
                                              Case No. 4:24-cv-07877-JST
15  PEGGY BANKS, individually and on behalf
    of all others similarly situated,
16
                              Plaintiff,      **ADDENDUM TO LAURI A.**
17                                            **MAZZUCHETTI'S PRO HAC VICE**
                    v.                        **APPLICATION**
18
    SUNRUN INC.,
19
                              Defendant.
20

21

22

23

24

25

26

27

28
                                              CASE NO. 4:24-CV-07877-JST

Pursuant to Civil Local Rule 11-3, the undersigned counsel respectfully submits this addendum in support of the Application for Admission of Lauri A. Mazzuchetti *Pro Hac Vice*. This addendum is being submitted to comply with the requirement under Civil L.R. 11-3(a)(4), which directs applicants to disclose the number of times they have been granted *pro hac vice* admission to the United States District Court for the Northern District of California within the preceding twelve months.

This application is being filed simultaneously with the matter captioned *Sarah LoPresti v. Sunrun Inc.*, No. 4:25-cv-00517-JST (N.D. Cal.) which is related to the above-captioned case.

DATED: August 19, 2025                               Respectfully submitted,

**KELLEY DRYE & WARREN LLP**

By: */s/ Lauri A. Mazzuchetti*
Lauri A. Mazzuchetti
One Jefferson Road, Floor 2
Parsippany, New Jersey 07054
Telephone:    (973) 503-5900
Facsimile:    (973) 503-5950
lmazzuchetti@kelleydrye.com

*Attorneys for Defendant Sunrun Inc.*