United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY BANKS,<br><br>    Plaintiff,<br><br>  v.<br><br>SUNRUN INC.,<br><br>    Defendant. | Case No. 24-cv-07877-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court having reviewed the parties' most recent case management statement, ECF No. 38, and it appearing that there currently are no matters requiring the Court's attention, the case management conference scheduled for August 22, 2025 is CONTINUED to November 21, 2025 at 1:30 p.m. An updated joint case management statement is due November 14, 2025.

**IT IS SO ORDERED.**

Dated: August 21, 2025



JON S. TIGAR
United States District Judge