**KELLEY DRYE & WARREN LLP**
Lauri A. Mazzuchetti (*Pro Hac Vice*)
Glenn T. Graham (State Bar No. 338995)
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Telephone: (973) 503-5910
Telephone: (973) 503-5917
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com

### UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY BANKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN INC.<br><br>Defendant. | Case No. 4:24-cv-07877-JST<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS**<br><br>**Judge Jon S. Tigar** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## NOTICE OF CHANGE OF FIRM ADDRESS

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Court, the Clerk and the Parties are hereby notified that the undersigned attorneys and the New Jersey office of the law firm of Kelley Drye & Warren LLP, counsel for Defendant Sunrun, Inc., have changed their mailing address for service of all papers and notices and all other communications to the following:

**KELLEY DRYE & WARREN LLP**
7 Giralda Farms
Suite 340
Madison, NJ 07940

Email addresses and phone numbers remain unchanged.

Dated: September 16, 2025

Respectfully submitted,

*/s/ Glenn T. Graham*
Lauri A. Mazzuchetti (*pro hac vice*)
Glenn T. Graham (State Bar No. 338995)
**KELLEY DRYE & WARREN LLP**
7 Giralda Farms
Madison, New Jersey 07940
Telephone: (973) 503-5910
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com

*Attorneys for Defendant Sunrun Inc.*

1

2

## **CERTIFICATE OF SERVICE**

3

I hereby certify that on this day a true and correct copy of the foregoing document was filed

4

electronically with the Clerk of this Court and served on all parties of record via the Court's ECF

5

system.

6

Dated: September 16, 2025                    By:    _/s/ Glenn T. Graham_____
                                                     Glenn T. Graham

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28