Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: (855)384-3262
Facsimile: (888)570-2021

Attorney for Plaintiff and Putative Class

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY BANKS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SUNRUN INC.<br><br>*Defendant*. | Case No.<br><br>4:24-cv-07877-JST<br><br>**JOINT STIPULATION AND PROPOSED ORDER TO AMEND SCHEDULING ORDER** |

    Plaintiff Peggy Banks ("Plaintiff") and Defendant Sunrun Inc. ("Sunrun") (collectively, "the Parties") by and through their undersigned counsel of record and subject to the Court's approval, submit this Stipulation and Proposed Order. Pursuant to the Court's approval, Parties stipulate as follows:

    WHEREAS, Plaintiff filed the Complaint on November 11, 2024;

    WHEREAS, Sunrun moved to strike parts of the Complaint on January 27, 2025, which the Court denied on May 5, 2025;

    WHEREAS, Sunrun answered the First Amended Complaint on May 19, 2025;

    WHEREAS, this Court held an initial case management conference on May 6, 2025;

    WHEREAS, the Parties are currently actively engaged in discovery;

    WHEREAS, the Parties are also currently actively engaged in resolving deficiencies to such

1  discovery responses between themselves and without need for judicial intervention;

2  WHEREAS, the Parties are continuing to meet and confer with respect to potential discovery

3  dispute disputes;

4  WHEREAS, the Parties agree that efficiency dictates the proposed deadlines in the above-

5  captioned matter to afford the Parties additional time to work towards a resolution of this dispute;

6  WHEREAS, subject to Court approval, Parties stipulate to the below revised schedule:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Disclosures | September 17, 2025 | November 19, 2025 |
| Expert Rebuttal | October 20, 2025 | December 22, 2025 |
| Discovery cut-off | November 13, 2025 | January 15, 2026 |
| Mediation Deadline | November 17, 2025 | January 19, 2026 |
| Last day to file dispositive motions | January 29, 2026 | April 2, 2026 |
| Last day to file oppositions to dispositive motions | February 26, 2026 | April 30, 2026 |
| Last day to file replies to dispositive motions | April 2, 2026 | June 4, 2026 |
| Dispositive motion hearing | April 23, 2026 at 2:00PM | June 25, 2026 |
| Last day to file motion for class certification | May 28, 2026 | July 30, 2026 |
| Last day to file opposition to class certification | To be set | September 3, 2026 |
| Last day to file reply in further support of class certification | To be set | October 1, 2026 |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: October 1, 2025

| | |
|---|---|
| */s/ Andrew R. Perrong* | */s/ Glenn T. Graham* |
| Andrew R. Perrong (*pro hac vice*) | Lauri A. Mazzuchetti (*pro hac vice*) |
| **Perrong Law LLC** | Glenn T. Graham (SBN #338995) |
| 2657 Mount Carmel Avenue | **Kelley Drye & Warren LLP** |
| Glenside, PA 19038 | 7 Giralda Farms, Suite 340 |
| Telephone: (215) 225-5529 (CALL-LAW) | Madison, New Jersey 07940 |
| Facsimile: (888) 329-0305 | Telephone: (973) 503-5900 |
| a@perronglaw.com | Facsimile: (973) 503-5950 |
| | lmazzuchetti@kelleydrye.com |
| | ggraham@kelleydyre.com |
| Dana J. Oliver (SBN #291082) | |
| **Oliver Law Center, Inc.** | *Counsel for Defendant, Sunrun Inc.* |
| 8780 19th Street, #559 | |
| Rancho Cucamonga, CA 91701 | |
| Tel: (855) 384-3262 | |
| Facsimile: (888) 570-2021 | |

*Counsel for Plaintiff Peggy Banks*

## ATTESTATION OF FILER

Pursuant to Civil L.R. 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 1, 2025                                        */s/ Glenn T. Graham*
                                                              Glenn T. Graham

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____                                         _____
                                                              Hon. Jon S. Tigar, USDJ