Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: (855)384-3262
Facsimile: (888)570-2021

Attorney for Plaintiff and Putative Class

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY BANKS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SUNRUN INC.<br><br>*Defendant.* | Case No.<br><br>4:24-cv-07877-JST<br><br>**JOINT STIPULATION AND ~~PROPOSED~~ ORDER TO AMEND SCHEDULING ORDER** |

    Plaintiff Peggy Banks ("Plaintiff") and Defendant Sunrun Inc. ("Sunrun") (collectively, "the Parties") by and through their undersigned counsel of record and subject to the Court's approval, submit this Stipulation and ~~Proposed~~ Order. Pursuant to the Court's approval, Parties stipulate as follows:

    WHEREAS, Plaintiff filed the Complaint on November 11, 2024;

    WHEREAS, Sunrun moved to strike parts of the Complaint on January 27, 2025, which the Court denied on May 5, 2025;

    WHEREAS, Sunrun answered the First Amended Complaint on May 19, 2025;

    WHEREAS, this Court held an initial case management conference on May 6, 2025;

    WHEREAS, the Parties are currently actively engaged in discovery;

    WHEREAS, the Parties are also currently actively engaged in resolving deficiencies to such

discovery responses between themselves and without need for judicial intervention;

WHEREAS, the Parties are continuing to meet and confer with respect to potential discovery dispute disputes;

WHEREAS, the Parties agree that efficiency dictates the proposed deadlines in the above-captioned matter to afford the Parties additional time to work towards a resolution of this dispute;

WHEREAS, subject to Court approval, Parties stipulate to the below revised schedule:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Expert Disclosures | September 17, 2025 | November 19, 2025 |
| Expert Rebuttal | October 20, 2025 | December 22, 2025 |
| Discovery cut-off | November 13, 2025 | January 15, 2026 |
| Mediation Deadline | November 17, 2025 | January 19, 2026 |
| Last day to file dispositive motions | January 29, 2026 | April 2, 2026 |
| Last day to file oppositions to dispositive motions | February 26, 2026 | April 30, 2026 |
| Last day to file replies to dispositive motions | April 2, 2026 | June 4, 2026 |
| Dispositive motion hearing | April 23, 2026 at 2:00PM | June 25, 2026 |
| Last day to file motion for class certification | May 28, 2026 | July 30, 2026 |
| Last day to file opposition to class certification | To be set | September 3, 2026 |
| Last day to file reply in further support of class certification | To be set | October 1, 2026 |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: October 1, 2025

| | |
|---|---|
| */s/ Andrew R. Perrong* | */s/ Glenn T. Graham* |
| Andrew R. Perrong (*pro hac vice*) | Lauri A. Mazzuchetti (*pro hac vice*) |
| **Perrong Law LLC** | Glenn T. Graham (SBN #338995) |
| 2657 Mount Carmel Avenue | **Kelley Drye & Warren LLP** |
| Glenside, PA 19038 | 7 Giralda Farms, Suite 340 |
| Telephone: (215) 225-5529 (CALL-LAW) | Madison, New Jersey 07940 |
| Facsimile: (888) 329-0305 | Telephone: (973) 503-5900 |
| a@perronglaw.com | Facsimile: (973) 503-5950 |
| | lmazzuchetti@kelleydrye.com |
| | ggraham@kelleydyre.com |
| Dana J. Oliver (SBN #291082) | |
| **Oliver Law Center, Inc.** | *Counsel for Defendant, Sunrun Inc.* |
| 8780 19th Street, #559 | |
| Rancho Cucamonga, CA 91701 | |
| Tel: (855) 384-3262 | |
| Facsimile: (888) 570-2021 | |

*Counsel for Plaintiff Peggy Banks*

## **ATTESTATION OF FILER**

Pursuant to Civil L.R. 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 1, 2025                     */s/ Glenn T. Graham*
                                            Glenn T. Graham

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: October 2, 2025                     _____
                                            Hon. Jon S. Tigar, USDJ