**KELLEY DRYE & WARREN LLP**
Lauri A. Mazzuchetti (*pro hac vice*)
Glenn T. Graham (SBN 338995)
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY BANKS, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>SUNRUN INC.<br><br>  Defendant. | Case No. 4:23-cv-07877-JST<br><br>**DECLARATION OF GLENN T. GRAHAM IN SUPPORT OF JOINT STIPULATION TO AMEND SCHEDULING ORDER** |

I, Glenn T. Graham, declare:

1. I am an attorney duly licensed to practice law in the State of California and before this Court. I am a partner at the law firm of Kelley Drye & Warren LLP and counsel of record for Defendant Sunrun Inc. ("Sunrun") in the above-captioned action. I make this declaration based on my personal knowledge. If called as a witness, I could and would competently testify to the information stated herein.

2. Sunrun and Plaintiff (collectively, the "Parties") are currently actively engaged in discovery.

3. The Parties are actively engaged in resolving deficiencies to such discovery responses between themselves and without need for judicial intervention.

4. The Parties further wish to keep the above-captioned case's schedule consistent with the schedule with the related case, *Strickland v. Sunrun, Inc.*, No. 5:23-cv-05034-JST (N.D. Cal.) by similarly extending the current deadlines by approximately 60 days as in the joint stipulation

filed in Strickland.

5. The Parties agree that efficiency dictates an approximate 60-day extension of the upcoming deadlines to afford the Parties, as reflected below:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Disclosures | November 19, 2025 | January 16, 2026 |
| Expert Rebuttal | December 22, 2025 | February 20, 2026 |
| Discovery cut-off | January 15, 2026 | April 14, 2026 |
| Deadline to conduct private mediation | January 19, 2026 | April 28, 2026 |
| Last day to file dispositive motions | April 2, 2026 | June 1, 2026 |
| Last day to file oppositions to dispositive motions | April 30, 2026 | June 29, 2026 |
| Last day to file replies to dispositive motions | June 4, 2026 | August 3, 2026 |
| Dispositive motion hearing | June 25, 2026 | August 27, 2026 |
| Last day to file motion for class certification | July 30, 2026 | September 28, 2026 |
| Last day to file opposition to class certification | September 3, 2026 | November 2, 2026 |
| Last day to file reply in further support of class certification | October 1, 2026 | November 30, 2026 |

6. The Parties previously stipulated to a 14-day extension of Sunrun's time to respond to the Complaint (Dkt. 13).

7. The Parties previously stipulated to amend the scheduling order (Dkt. 44), which was so-ordered on October 2, 2025 (Dkt. 45).

1    I declare under penalty of perjury that the foregoing is true and correct.

3    Executed on November 14, 2025, in Madison, New Jersey.

By:  */s/ Glenn T. Graham*
     Glenn T. Graham