**KELLEY DRYE & WARREN LLP**
 Lauri A. Mazzuchetti (*pro hac vice*)
 Glenn T. Graham (SBN 338995)
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY BANKS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SUNRUN INC.<br><br>*Defendant.* | Case No.<br><br>4:24-cv-07877-JST<br><br>**JOINT STIPULATION AND <s>PROPOSED</s> ORDER TO AMEND SCHEDULING ORDER** |

Plaintiff Peggy Banks ("Plaintiff") and Defendant Sunrun Inc. ("Sunrun") (collectively, "the Parties") by and through their undersigned counsel of record and subject to the Court's approval, submit this Stipulation and Proposed Order. Pursuant to the Court's approval, Parties stipulate as follows:

WHEREAS, Plaintiff filed the Complaint on November 11, 2024;

WHEREAS, Sunrun moved to strike parts of the Complaint on January 27, 2025, which the Court denied on May 5, 2025;

WHEREAS, Sunrun answered the First Amended Complaint on May 19, 2025;

WHEREAS, this Court held an initial case management conference on May 6, 2025;

WHEREAS, the Parties are currently actively engaged in discovery;

WHEREAS, the Parties are also currently actively engaged in resolving deficiencies to such discovery responses between themselves and without need for judicial intervention;

WHEREAS, the Parties are continuing to meet and confer with respect to potential discovery disputes;

WHEREAS, the Parties agree that efficiency dictates the proposed deadlines in the above-captioned matter to afford the Parties additional time to continue necessary discovery;

WHEREAS, subject to Court approval, Parties stipulate to the below revised schedule:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Disclosures | November 19, 2025 | January 16, 2026 |
| Expert Rebuttal | December 22, 2025 | February 20, 2026 |
| Discovery cut-off | January 15, 2026 | April 14, 2026 |
| Deadline to conduct private mediation | January 19, 2026 | April 28, 2026 |
| Last day to file dispositive motions | April 2, 2026 | June 1, 2026 |
| Last day to file oppositions to dispositive motions | April 30, 2026 | June 29, 2026 |
| Last day to file replies to dispositive motions | June 4, 2026 | August 3, 2026 |
| Dispositive motion hearing | June 25, 2026 | August 27, 2026 |
| Last day to file motion for class certification | July 30, 2026 | September 28, 2026 |
| Last day to file opposition to class certification | September 3, 2026 | November 2, 2026 |
| Last day to file reply in further support of class certification | October 1, 2026 | November 30, 2026 |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: November 14, 2025

| | |
|---|---|
| */s/ Andrew R. Perrong* | */s/ Glenn T. Graham* |
| Andrew R. Perrong (*pro hac vice*) | Lauri A. Mazzuchetti (*pro hac vice*) |
| **Perrong Law LLC** | Glenn T. Graham (SBN #338995) |
| 2657 Mount Carmel Avenue | **Kelley Drye & Warren LLP** |
| Glenside, PA 19038 | 7 Giralda Farms, Suite 340 |
| Telephone: (215) 225-5529 (CALL-LAW) | Madison, New Jersey 07940 |
| Facsimile: (888) 329-0305 | Telephone: (973) 503-5900 |
| a@perronglaw.com | Facsimile: (973) 503-5950 |
| | lmazzuchetti@kelleydrye.com |
| | ggraham@kelleydyre.com |

Dana J. Oliver (SBN #291082)
**Oliver Law Center, Inc.**            *Counsel for Defendant, Sunrun Inc.*
8780 19th Street, #559
Rancho Cucamonga, CA 91701
Tel: (855) 384-3262
Facsimile: (888) 570-2021

*Counsel for Plaintiff Peggy Banks*

## **ATTESTATION OF FILER**

Pursuant to Civil L.R. 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 14, 2025                          */s/ Glenn T. Graham*
                                                                        Glenn T. Graham

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: November 18, 2025                          _____
                                                                        Hon. Jon S. Tigar, USDJ