**KELLEY DRYE & WARREN LLP**
Lauri A. Mazzuchetti (*pro hac vice*)
Glenn T. Graham (State Bar No. 338995)
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Telephone:   (973) 503-5917
Facsimile:    (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com
eclark@kelleydrye.com

*Attorneys for Defendant Sunrun Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY BANKS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUNRUN, INC.<br><br>Defendant. | Case No.  4:24-cv-07877-JST<br><br>(Hon. Jon S. Tigar)<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Action Filed: Nov. 11, 2024 |

1  Counsel for Plaintiff Peggy Banks ("Plaintiff") and counsel for Defendant Sunrun Inc. ("Sunrun") hereby respectfully submit this Joint Case Management statement pursuant to the Court's Order Continuing Case Management Conference, dated November 20, 2025. Dkt. No. 49.

## I. Status of the Parties' Discovery

### A. Discovery Propounded by Plaintiff

On January 28, 2025, Plaintiff served interrogatories and document requests on Sunrun. On March 13, 2025, Sunrun served its written objections and responses to those requests. Thereafter, beginning of April 3, 2025, Sunrun has made two productions of documents response to Plaintiff's discovery requests. Sunrun continues to review its documents for responsiveness and will make future document productions, if any, before the discovery end date. Sunrun and Plaintiff are in the process of meeting and conferring with respect to Sunrun's discovery responses, and to discuss the perceived deficiencies. Plaintiff intends to depose Sunrun's 30(b)(6) representative and will work to find a mutually agreeable deposition date. On January 16, 2026, Plaintiff served the expert report of Aaron Woolfson.

### B. Discovery Propounded by Defendant

On May 2, 2025, Sunrun propounded interrogatories and requests for production of documents on Plaintiff. Plaintiff served her written objections and responses on June 26, 2025. On November 4, 2025, Plaintiff produced certain documents in response to Sunrun's discovery requests. Sunrun and Plaintiff are in the process of meeting and conferring with respect to Plaintiff's discovery responses, and to discuss perceived deficiencies. On February 20, 2026, Sunrun will serve its expert rebuttal report.

Sunrun intends to depose Plaintiff, and the Parties are working to find a mutually agreeable deposition date.

## II. Other Issues Requiring this Court's Attention

None at this time, but Sunrun may file a motion to compel if the Parties cannot come to a resolution with respect to Plaintiff's discovery responses.

| | | |
|---|---|---|
| 1 | Dated: February 20, 2026 | Respectfully submitted, |
| 2 | | |
| 3 | | */s/ Glenn T. Graham* |
| | | Glenn T. Graham (SBN #338995) |
| | | **KELLEY DRYE & WARREN LLP** |
| 4 | | 7 Giralda Farms, Suite 340 |
| | | Madison, New Jersey 07940 |
| 5 | | Tel: (973) 503-5900 |
| | | Fax: (973) 503-5950 |
| 6 | | ggraham@kelleydrye.com |

Dated: February 20, 2026

*/s/ Glenn T. Graham*
Glenn T. Graham (SBN #338995)
**KELLEY DRYE & WARREN LLP**
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Tel: (973) 503-5900
Fax: (973) 503-5950
ggraham@kelleydrye.com

*Counsel for Defendant Sunrun Inc.*

*/s/ Andrew Perrong*
Andrew Perrong (*pro hac vice*)
**PERRONG LAW LLC**
2657 Mount Carmel Avenue
Glenside, PA 19038
Tel: (215) 225-5529
Fax: (617) 830-0327
a@perronglaw.com

Dana J. Oliver (SBN #291082)
dana@danaoliverlaw.com
**OLIVER LAW CENTER, INC.**
8780 19th Street, #559
Rancho Cucamonga, CA 91701
Tel: (855) 384-3262
Fax: (888) 570-2021

*Attorneys for Plaintiff Peggy Banks*

## **ATTESTATION**

I, Glenn T. Graham, am the ECF user whose identification and password are being used to file this document. I hereby attest that all other signatories listed and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 20, 2026            /s/ *Glenn T. Graham*
                                     Glenn T. Graham