1  **KELLEY DRYE & WARREN LLP**
2    Lauri A. Mazzuchetti (*pro hac vice*)
  Glenn T. Graham (SBN 338995)
3  7 Giralda Farms, Suite 340
Madison, New Jersey 07940
4  Telephone: (973) 503-5900
Facsimile: (973) 503-5950
5  lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com
6
7  **UNITED STATES DISTRICT COURT**
8  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| PEGGY BANKS, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>      v.<br><br>SUNRUN INC.<br><br>                Defendant. | Case No. 4:23-cv-07877-JST<br><br>**DECLARATION OF GLENN T. GRAHAM IN SUPPORT OF JOINT STIPULATION TO AMEND SCHEDULING ORDER** |

16       I, Glenn T. Graham, declare:

17       1.    I am an attorney duly licensed to practice law in the State of California and before this Court. I am a partner at the law firm of Kelley Drye & Warren LLP and counsel of record for Defendant Sunrun Inc. ("Sunrun") in the above-captioned action. I make this declaration based on my personal knowledge. If called as a witness, I could and would competently testify to the information stated herein.

22       2.    Sunrun and Plaintiff (collectively, the "Parties") are currently actively engaged in discovery.

24       3.    The Parties are actively engaged in resolving deficiencies to such discovery responses between themselves and without need for judicial intervention.

26       4.    The Parties further wish to keep the above-captioned case's schedule consistent with the schedule with the related case, *Strickland v. Sunrun, Inc.*, No. 5:23-cv-05034-JST (N.D. Cal.) by similarly extending the current deadlines by approximately 60 days as in the joint stipulation

1  filed in Strickland.

2      5. The Parties agree that efficiency dictates an approximate 60-day extension of the
3  upcoming deadlines to afford the Parties, as reflected below:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline to Seek Leave to Amend | [N/A]/June 13, 2025 | March 20, 2026, Responses (if any) due April 3, 2026 |
| Discovery cut-off | April 14, 2026 | June 15, 2026 |
| Deadline to conduct private mediation | April 28, 2026 | June 29, 2026 |
| Last day to file dispositive motions | June 1, 2026 | July 31, 2026 |
| Last day to file oppositions to dispositive motions | June 29, 2026 | August 28, 2026 |
| Last day to file replies to dispositive motions | August 3, 2026 | October 2, 2026 |
| Dispositive motion hearing | August 27, 2026 | October 29, 2026 |
| Last day to file motion for class certification | September 28, 2026 | December 1, 2026 |
| Last day to file opposition to class certification | November 2, 2026 | January 12, 2027 |
| Last day to file reply in further support of class certification | November 30, 2026 | February 2, 2027 |

23      6. The Parties previously stipulated to a 14-day extension of Sunrun's time to respond
24  to the Complaint (Dkt. 13).
25      7. The Parties previously stipulated to amend the scheduling order (Dkt. 44), which was
26  so-ordered on October 2, 2025 (Dkt. 45).
27      8. The parties previously stipulated to amend the scheduling order (Dkt. 46), which was
28  so-ordered on November 18, 2025 (Dkt. 48).

1  I declare under penalty of perjury that the foregoing is true and correct.

3  Executed on February 20, 2026, in Madison, New Jersey.

By:  */s/ Glenn T. Graham*  
Glenn T. Graham