# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY BANKS, individually and on behalf of all others similarly situated, <br><br> *Plaintiff,* <br><br> *v.* <br><br> SUNRUN INC. <br><br> *Defendant.* | Case No. 4:24-cv-07877-JST <br><br> [PROPOSED ORDER GRANTING] <br> PLAINTIFF PEGGY BANKS' NOTICE OF MOTION AND MOTION TO AMEND COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT <br><br><br> Hon. Jon S. Tigar <br> Hearing Date: April 23, 2026 <br> Time: 2:00 pm <br> Location: Zoom |

AND NOW, this _____ day of _____, 2026, it is hereby ORDERED that the Plaintiff's Motion to Amend is GRANTED. Plaintiff shall file the Amended Complaint within three business days.

IT IS SO ORDERED.

_____
Hon. Jon S. Tigar
United States District Judge