Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone:  (855)384-3262
Facsimile:  (888)570-2021

Local Attorney for Plaintiff and Putative Class

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY BANKS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>SUNRUN INC.<br><br>*Defendant.* | Case No. 4:24-cv-07877-JST<br><br>PLAINTIFF PEGGY BANKS' RE-NOTICE OF MOTION TO AMEND COMPLAINT<br><br>Hon. Jon S. Tigar<br>Hearing Date: May 28, 2026<br>Time: 2:00 pm<br>Location: Zoom |

TO THE COURT, DEFENDANT, AND ITS COUNSEL: PLEASE TAKE

NOTICE that on May 28, 2026 at 2:00 pm, in the above-captioned Court, located

at 450 Golden Gate Avenue, San Francisco, California, Plaintiff Peggy Banks

("Ms. Banks") will and hereby does move the Court for an order granting her leave

to file an Amended Complaint previously filed, pursuant to Federal Rules of Civil

Procedure 15(a)(2) and (b). This is a re-notice of the Plaintiff's previous motion. Plaintiff relies on all the arguments and authorities in her previous Notice, Motion, and materials and points and authorities in support thereof.

Dated: March 23, 2026

PLAINTIFF, individually and on behalf of all others similarly situated,

Andrew Roman Perrong (*PHV*)
a@perronglaw.com
PERRONG LAW, LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Telephone: (215)225-5529 (CALL-LAW)
Facsimile: (888)329-0305

*Attorneys for Plaintiff and the Proposed Class*