# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY BANKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN INC.<br><br>Defendant. | Case No. 4:24-cv-07877-JST |

## DECLARATION OF CHRISTINE AGUALO

Pursuant to the provisions of 28 U.S.C. § 1746, I, Christine Agualo, declare and state as follows:

1.    I am employed by Sunrun Inc. ("Sunrun") as the Senior Training Analyst.

2.    I respectfully submit this declaration in support of Sunrun's opposition to Plaintiff Peggy Banks' ("Plaintiff") motion for leave to amend her complaint.  Unless otherwise indicated, the following facts are based on my personal knowledge and my review and understanding of Sunrun's records.  If called as a witness in this proceeding, I would be competent to testify the same.

## SUNRUN BACKGROUND

3.    Sunrun is a leader in the solar industry and provides, among other things, solar power and battery storage solutions.

4.    Sunrun identifies and interacts with its customers and potential customers by a number of different means, including by telephone.  While Sunrun reaches out to prospective

DECLARATION OF CHRISTINE AGUALO
CASE NO. 4:24-CV-07877-JST

customers by telephone, it only does so with respect to persons who have specifically inquired about solar products and services and provided permission to be contacted by Sunrun on a specific phone number. One way that such persons indicate their interest and provide their permission to be contacted by Sunrun is by completing a web form.

**THE CALLS AT-ISSUE**

5.     Plaintiff claims to have received allegedly unauthorized calls from Sunrun on a telephone number, 909-XXX-XXXX (the "909 Number").

6.     Plaintiff claims to have received such calls between July 11, 2024 and August 16, 2024.

7.     After filing the Complaint, I understand that Plaintiff's counsel forwarded Plaintiff's complete phone number to Sunrun's counsel. Based on this information, Sunrun was able to identify records for any inquiries or other requests submitted to Sunrun involving the Plaintiff and/or the 909 Number, as well as records for any calls placed by Sunrun to the 909 Number. I have reviewed Sunrun's records concerning the 909 Number.

8.     Sunrun's records reflect that on July 11, 2024, Plaintiff, or someone acting on her behalf submitted Plaintiff's contact information, including the 909 Number, via web form requesting information for solar energy.

9.     Following the web form submission, Sunrun attempted to contact Plaintiff on the 909 Number.

10.     Specifically, Sunrun attempted to contact Plaintiff on the 909 Number beginning on July 11, 2024 through August 16, 2024.

11.     A review of Sunrun's call records and call recordings confirms that Plaintiff never answered a call from Sunrun, did not ask Sunrun to stop calling her and did not request that the 909 Number be placed on Sunrun's Internal Do Not Call List.

12.     I have reviewed the call recordings associated with the 909 Number and none connected, but rather they all went to Plaintiff's voicemail.

13.     I understand that, on or about August 30, 2024, Sunrun received a letter from Plaintiff dated August 28, 2024, making Sunrun aware of her asserted claims under the Telephone Consumer

Protection Act.  Sunrun placed the 909 Number on its Internal Do Not Call List after receiving this letter.

14.     I understand Plaintiff alleges that Sunrun dispositioned the 909 Number as "do not call" on July 15, 2024.  This is not factually accurate and appears to be based on a misunderstanding or misreading of Sunrun's call records.

15.     Sunrun did not place the 909 Number on its Internal Do Not Call List until after receiving correspondence from Plaintiff on or about August 30, 2024, because Plaintiff did not previously make a stop request or otherwise request to be placed on Sunrun's Internal Do Not Call List.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 2, 2026                                    By: _____

Signed by:

*Christine Agualo*

94DF410A71AA453...

CHRISTINE AGUALO

DECLARATION OF CHRISTINE AGUALO
CASE NO. 4:24-CV-07877-JST

3