**KELLEY DRYE & WARREN LLP**
  Lauri A. Mazzuchetti (*pro hac vice*)
  Glenn T. Graham (SBN 338995)
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY BANKS, individually and on behalf of all others similarly situated, | Case No. |
| *Plaintiff*, | 4:24-cv-07877-JST |
| *v.* | **JOINT STIPULATION AND PROPOSED ORDER TO AMEND SCHEDULING ORDER** |
| SUNRUN INC. | |
| *Defendant.* | |

Plaintiff Peggy Banks ("Plaintiff") and Defendant Sunrun Inc. ("Sunrun") (collectively, "the Parties") by and through their undersigned counsel of record and subject to the Court's approval, submit this Stipulation and Proposed Order.  Pursuant to the Court's approval, Parties stipulate as follows:

WHEREAS, Plaintiff filed the Complaint on November 11, 2024;

WHEREAS, Sunrun moved to strike parts of the Complaint on January 27, 2025, which the Court denied on May 5, 2025;

WHEREAS, Sunrun answered the First Amended Complaint on May 19, 2025;

WHEREAS, this Court held an initial case management conference on May 6, 2025;

WHEREAS, the Parties are currently actively engaged in discovery;

WHEREAS, the Parties have several outstanding depositions to conduct;

WHEREAS, the Parties are also currently actively engaged in resolving deficiencies to such

discovery responses between themselves and without need for judicial intervention;

WHEREAS, the Parties are continuing to meet and confer with respect to potential discovery disputes;

WHEREAS, on March 20, 2026, Plaintiff moved for leave to file a Second Amended Complaint, which Sunrun opposed;

WHEREAS, Plaintiff's motion for leave to file a Second Amended Complaint remains pending;

WHEREAS, the case schedule in the matter *Strickland v. Sunrun*, No. 4:23-cv-05034, to which this matter has been related, was recently extended by sixty (60) days (*see Strickland* ECF No. 93) and the Parties request a similar extension to this schedule;

WHEREAS, the Parties agree that efficiency dictates the proposed deadlines in the above-captioned matter to afford the Parties additional time to continue necessary discovery;

WHEREAS, subject to Court approval, Parties stipulate to the below revised schedule:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Discovery cut-off | June 15, 2026 | August 14, 2026 |
| Deadline to conduct private mediation | June 29, 2026 | August 28, 2026 |
| Last day to file dispositive motions | July 31, 2026 | September 29, 2026 |
| Last day to file oppositions to dispositive motions | August 28, 2026 | October 27, 2026 |
| Last day to file replies to dispositive motions | October 2, 2026 | December 1, 2026 |
| Dispositive motion hearing | October 29, 2026 | January 7, 2027 |
| Last day to file motion for class certification | December 1, 2026 | January 30, 2027 |
| Last day to file opposition to class certification | January 12, 2027 | March 15, 2027 |

| Last day to file reply in further support of class certification | February 2, 2027 | April 5, 2027 |
|---|---|---|

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: April 28, 2026

/s/ Andrew R. Perrong
Andrew R. Perrong (*pro hac vice*)
**Perrong Law LLC**
2657 Mount Carmel Avenue
Glenside, PA 19038
Telephone: (215) 225-5529 (CALL-LAW)
Facsimile: (888) 329-0305
a@perronglaw.com

Dana J. Oliver (SBN #291082)
**Oliver Law Center, Inc.**
8780 19th Street, #559
Rancho Cucamonga, CA 91701
Tel: (855) 384-3262
Facsimile: (888) 570-2021

*Counsel for Plaintiff Peggy Banks*

/s/ Glenn T. Graham
Lauri A. Mazzuchetti (*pro hac vice*)
Glenn T. Graham (SBN #338995)
**Kelley Drye & Warren LLP**
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com

*Counsel for Defendant, Sunrun Inc.*

## ATTESTATION OF FILER

Pursuant to Civil L.R. 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 28, 2026                    /s/ Glenn T. Graham
                                            Glenn T. Graham

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____

_____
Hon. Jon S. Tigar, USDJ