**KELLEY DRYE & WARREN LLP**
  Lauri A. Mazzuchetti (*pro hac vice*)
  Glenn T. Graham (SBN 338995)
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

PEGGY BANKS, individually and on behalf

of all others similarly situated,

                              Plaintiff,

              v.

SUNRUN INC.

                              Defendant.

Case No. 4:24-cv-07877-JST

**DECLARATION OF GLENN T. GRAHAM IN SUPPORT OF JOINT STIPULATION TO AMEND SCHEDULING ORDER**

I, Glenn T. Graham, declare:

1.      I am an attorney duly licensed to practice law in the State of California and before this Court.  I am a partner at the law firm of Kelley Drye & Warren LLP and counsel of record for Defendant Sunrun Inc. ("Sunrun") in the above-captioned action.  I make this declaration based on my personal knowledge.  If called as a witness, I could and would competently testify to the information stated herein.

2.      Sunrun and Plaintiff (collectively, the "Parties") are currently actively engaged in discovery.

3.      The Parties have scheduled and are scheduling depositions of the Parties' witnesses and experts.

4.      The Parties further wish to keep the above-captioned case's schedule consistent with the schedule with the related case, *Strickland v. Sunrun, Inc.*, No. 5:23-cv-05034-JST (N.D. Cal.) by similarly extending the current deadlines by approximately 60 days as the Court recently did in

*Strickland.*

5.    Plaintiff's motion for leave to file a Second Amended Complaint is currently pending before the Court.

6.    The Parties agree that efficiency dictates an approximate 60-day extension of the upcoming deadlines, as reflected below:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery cut-off | June 15, 2026 | August 14, 2026 |
| Deadline to conduct private mediation | June 29, 2026 | August 28, 2026 |
| Last day to file dispositive motions | July 31, 2026 | September 29, 2026 |
| Last day to file oppositions to dispositive motions | August 28, 2026 | October 27, 2026 |
| Last day to file replies to dispositive motions | October 2, 2026 | December 1, 2026 |
| Dispositive motion hearing | October 29, 2026 | January 7, 2027 |
| Last day to file motion for class certification | December 1, 2026 | January 30, 2027 |
| Last day to file opposition to class certification | January 12, 2027 | March 15, 2027 |
| Last day to file reply in further support of class certification | February 2, 2027 | April 5, 2027 |

7.    The Parties previously stipulated to a 14-day extension of Sunrun's time to respond to the Complaint (Dkt. 13).

8.    The Parties previously stipulated to amend the scheduling order (Dkt. 44), which was so-ordered on October 2, 2025 (Dkt. 45).

9.    The parties previously stipulated to amend the scheduling order (Dkt. 46), which was so-ordered on November 18, 2025 (Dkt. 48).

10.     The parties previously stipulated to amend the scheduling order (Dkt. 51), which was so-ordered on February 25, 2026 (Dkt. 52).

I declare under penalty of perjury that the foregoing is true and correct.


Executed on April 28, 2026, in Madison, New Jersey.


By:     */s/ Glenn T. Graham*
         Glenn T. Graham