Dana J. Oliver (SBN #291082)
dana@danaoliverlaw.com
**OLIVER LAW CENTER, INC.**
8780 19th Street, #559
Rancho Cucamonga, CA 91701
Tel: (855) 384-3262
Fax: (888) 570-2021

*Attorney for Plaintiff and the Putative Class*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEGGY BANKS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUNRUN, INC.<br><br>Defendant. | Case No. 4:24-cv-07877-JST<br><br>(Hon. Jon S. Tigar)<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Action Filed: Nov. 11, 2024 |

Counsel for Plaintiff Peggy Banks ("Plaintiff") and counsel for Defendant Sunrun Inc. ("Sunrun") hereby respectfully submit this Joint Case Management statement pursuant to the Court's Order Continuing Case Management Conference, dated May 22, 2026. Dkt. No. 63.

## I. Status of the Parties' Discovery

### A. Discovery Propounded by Plaintiff

The parties have reached the close of discovery and Plaintiff is prepared to move forward with a motion for class certification.

### B. Discovery Propounded by Defendant

Sunrun incorporates its statement contained in the last Joint Case Management Statement (ECF No. 61). Following submission of the last Joint Case Management Statement, Sunrun served its First Set of Requests for Admission, Second Set of Interrogatories, and Second Set of Requests for Production of Documents upon Plaintiff. Sunrun intends to move for summary judgment and, if necessary, oppose class certification in accordance with the Court's scheduling order.

## II. Other Issues Requiring this Court's Attention

The parties currently have a mediation session scheduled for August 24, 2026.

The Parties also respectfully observe that the Plaintiff's motion to amend complaint remains outstanding. Defendant requests that Plaintiff voluntarily withdraw the motion to amend.

Dated: August 13, 2026

Respectfully submitted,

*/s/ Glenn T. Graham (with permission)*

Glenn T. Graham (SBN #338995)
**KELLEY DRYE & WARREN LLP**
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Tel: (973) 503-5900
Fax: (973) 503-5950
ggraham@kelleydrye.com

*Counsel for Defendant Sunrun Inc.*

*/s/ Andrew Perrong*
Andrew Perrong (*pro hac vice*)

**PERRONG LAW LLC**
2657 Mount Carmel Avenue
Glenside, PA 19038
Tel: (215) 225-5529
Fax: (617) 830-0327
a@perronglaw.com

Dana J. Oliver (SBN #291082)
dana@danaoliverlaw.com
**OLIVER LAW CENTER, INC.**
8780 19th Street, #559
Rancho Cucamonga, CA 91701
Tel: (855) 384-3262
Fax: (888) 570-2021

*Attorneys for Plaintiff Peggy Banks*

## ATTESTATION

I, Andrew R. Perrong, am the ECF user whose identification and password are being used to file this document. I hereby attest that all other signatories listed and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 13, 2026

/s/ *Andrew R. Perrong*
Andrew R. Perrong