Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: (855)384-3262
Facsimile: (888)570-2021

Local Attorney for Plaintiff and Putative Class

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEGGY BANKS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>SUNRUN INC.<br><br>*Defendant.* | Case No.<br><br>4:24-cv-07877-JST |

**<u>Disclosure of Conflicts, Interested Entities and Persons, and Citizenship</u>**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party

that could be substantially affected by the outcome of the proceeding. This includes an individual or entity (other than a party or its counsel of record) that provides funding for the litigation and that has a financial interest in the outcome of the litigation:

Anthony Paronich, Paronich Law, P.C., Referring Counsel

Dated: September 10, 2026

Submitted for the Plaintiff,

*/s/ Andrew Roman Perrong*

Andrew Roman Perrong (*PHV*)
a@perronglaw.com
PERRONG LAW, LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Telephone: (215)225-5529 (CALL-LAW)
Facsimile: (888)329-0305

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2026, a copy of the foregoing was served electronically via ECF.

*/s/ Andrew Roman Perrong*

Andrew Roman Perrong (*PHV*)
a@perronglaw.com
PERRONG LAW, LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067Telephone: (215)225-5529 (CALL-LAW)
Facsimile: (888)329-0305