**KELLEY DRYE & WARREN LLP**
Lauri A. Mazzuchetti (*pro hac vice*)
Glenn T. Graham (SBN 338995)
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

PEGGY BANKS, individually and on behalf of all others similarly situated,

*Plaintiff,*

v.

SUNRUN INC.

*Defendant.*

Case No. 4:24-cv-07877-JST

[Assigned to Hon. Jon S. Tigar]

**DEFENDANT SUNRUN INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [L.R. 79-5(f)]**

Pursuant to Civ L.R. 7-11 and L.R. 79-5(f), Defendant Sunrun Inc. ("Sunrun") respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should be Sealed in connection with the Declaration of Glenn T. Graham filed with Sunrun's Administrative Motion to Change Time and Amend Scheduling Order. Sunrun only seeks to provisionally file under seal the following document:

| **Document** | **Description** | **Designating Party** |
|---|---|---|
| Exhibit E to the Declaration of Glenn T. Graham | Attorney-Client Fee Agreement | Plaintiff |

Documents may be provisionally filed under seal pursuant to L.R. 79-5(f) when the document, or portions thereof, have "been designated as confidential by another party or non-party." Civ. L.R. 79-5(f). Plaintiff has designated the entire agreement as confidential pursuant to the parties' Stipulated Protective Order (ECF No. 36).

DATED: September 24, 2026

KELLEY DRYE & WARREN LLP

By: /s/ Glenn T. Graham
Glenn T. Graham

7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
ggraham@kelleydrye.com

*Attorneys for Defendants Sunrun Inc.*

## CERTIFICATE OF SERVICE

I, Glenn T. Graham, hereby certify that on September 24, 2026, I served a copy of Defendants' Administrative Motion to Seal Exhibits to Their Motion for Summary Judgment by electronic mail upon the following:

Dana J. Oliver
Oliver Law Center, Inc.
8780 19th Street, Suite 559
Rancho Cucamonga, CA 91701
(562) 500-0600
dana@danaoliverlaw.com

Andrew Roman Perrong
Perrong Law LLC
1669 Edgewood Road Suite 218
Yardley, PA 19067
(215)-225-5529
a@perronglaw.com

*/s/ Glenn T. Graham*
Glenn T. Graham