**KELLEY DRYE & WARREN LLP**
Lauri A. Mazzuchetti (*pro hac vice*)
Glenn T. Graham (SBN 338995)
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEGGY BANKS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>SUNRUN INC.<br><br>*Defendant.* | Case No. 4:24-cv-07877-JST<br><br>[Assigned to Hon. Jon S. Tigar]<br><br>**DECLARATION OF GLENN T. GRAHAM IN SUPPORT OF DEFENDANT SUNRUN INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [L.R. 79-5(f)]** |

I, Glenn T. Graham, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and before this Court. I am a partner at the law firm of Kelley Drye & Warren LLP and counsel of record for Defendant Sunrun Inc. ("Sunrun") in the above-captioned action. Pursuant to Civ. L.R. 7-11 and L.R. 79-5, I submit this declaration in support of Sunrun's Administrative Motion to Consider Whether Another Party's Material Should be Sealed ("Motion").

2. I make this declaration based on my personal knowledge. If called as a witness, I could and would competently testify to the information stated herein.

3. I have reviewed and complied with Civil Local Rules 7-11 and 79-5.

4. The sole document subject to this Motion is Exhibit E to the Declaration of Glenn T. Graham in Support of Defendant Sunrun Inc's Administrative Motion to Change Time and Amended Scheduling Order ("Exhibit").

5. This Exhibit was designated as confidential by Plaintiff Peggy Banks on September 18, 2026, pursuant to the Stipulated Protective Order (ECF No. 36) in this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 24, 2026.

*/s/ Glenn T. Graham*
Glenn T. Graham