**KELLEY DRYE & WARREN LLP**
Lauri A. Mazzuchetti (*pro hac vice*)
Glenn T. Graham (SBN 338995)
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

PEGGY BANKS, individually and on behalf of all others similarly situated,

*Plaintiff,*

v.

SUNRUN INC.

*Defendant.*

Case No. 4:24-cv-07877-JST

[Assigned to Hon. Jon S. Tigar]

**[PROPOSED] ORDER ON SUNRUN'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [L.R. 79-5(f)]**

**[PROPOSED] ORDER**

The Court, having considered Sunrun's Administrative Motion to Consider Whether Another Party's Material Should be Sealed and accompanying documents, hereby ORDERS as follows:

| **Exhibit No.** | **Description** | **Ruling** |
|---|---|---|
| Exhibit E to the Graham Declaration | Attorney-Client Fee Agreement | |

Therefore, it is hereby ordered that Sunrun's Administrative Motion to Consider Whether Another Party's Material Should be Sealed is [ ___ GRANTED] [ ___ DENIED].

**IT IS SO ORDERED.**

Dated: ______________, 2026.

___________________________________
Honorable Jon S. Tigar
United States District Judge