# EXHIBIT E
# FILED UNDER SEAL