**KELLEY DRYE & WARREN LLP**
Lauri A. Mazzuchetti (*pro hac vice*)
Glenn T. Graham (SBN 338995)
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEGGY BANKS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>SUNRUN INC.<br><br>*Defendant.* | Case No.<br><br>4:24-cv-07877-JST<br><br>**[PROPOSED] ORDER TO CHANGE TIME AND AMEND SCHEDULING ORDER** |

**[PROPOSED] ORDER**

The Court, having considered Defendant Sunrun Inc.'s ("Sunrun") Administrative Motion to Change Time and Amend Scheduling Order ("Motion"), and having reviewed all the papers and evidence in support of the Motion, and the papers in opposition, if any, and hearing the argument of counsel, if any, and for good cause shown, hereby **ORDERS** as follows:

Sunrun's Motion is **GRANTED**.

The discovery period shall be reopened for Sunrun to take the additional discovery raised by Sunrun in the Motion.

The Scheduling Order entered by the Court on May 4, 2026 (ECF No. 60) is hereby modified as follows:

| **Event** | **Current Deadline** | **Amended Deadline** |
|---|---|---|
| Deadline to conduct discovery on items and information discussed in Sunrun's administrative motion | n/a | December 15, 2026 |
| Last day to file dispositive motions | September 29, 2026 | December 22, 2026 |
| Last day to file oppositions to dispositive motions | October 27, 2026 | January 20, 2027 |
| Last day to file replies to dispositive motions | December 1, 2026 | February 24, 2027 |
| Dispositive motion hearing | January 7, 2027 | April 1, 2027 |
| Last day to file motion for class certification | January 30, 2027 | April 23, 2027 |
| Last day to file opposition to class certification | March 15, 2027 | June 8, 2027 |
| Last day to file reply in further support of class certification | April 5, 2027 | June 29, 2027 |

**IT IS SO ORDERED.**

Dated: ____________________

______________________________
Hon. Jon S. Tigar, U.S.D.J.