Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: (855)384-3262
Facsimile: (888)570-2021

Local Attorney for Plaintiff and Putative Class

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEGGY BANKS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>SUNRUN INC.<br><br>*Defendant.* | Case No.<br><br>4:24-cv-07877-JST |

**DECLARATION OF ANDREW PERRONG IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S ADMINISTRATIVE MOTION TO CHANGE TIME AND AMEND SCHEDULING ORDER**

I, Andrew Roman Perrong, declare as follows:

1. I am counsel for Plaintiff Peggy Banks, admitted *pro hac vice*. I make this declaration on personal knowledge in support of Plaintiff's Opposition to Defendant's Administrative Motion to Change Time and Amend Scheduling Order (ECF No. 70). If called, I could and would testify competently to these facts.

2. Attached as Exhibit 2 to the Opposition is a true and correct copy of my September 23, 2026 letter to Sunrun's counsel responding to his September 21, 2026 e-mail. Sunrun did not attach this letter to its motion.

3. Attached as Exhibit 3 is a true and correct copy of excerpts of Sunrun's discovery responses.

4. Attached as Exhibit 4 is a true and correct copy of an email from opposing counsel bringing the instant dispute to my attention for the first time.

5. Attached as Exhibit 5 is a true and correct copy of Ms. Banks' deposition, with the referenced exhibit.

6. Before the close of fact discovery, in approximately May or June of 2026, Plaintiff proposed to Sunrun an adjustment of the case schedule. Sunrun declined.

7. On August 12, 2026, the United States District Court for the Eastern District of Pennsylvania entered an order compelling NXTLVL LLC to comply with Plaintiff's subpoena for the consent data on which SunRun claims to have relied. *Banks v. NXTLVL, LLC*, No. 2:26-mc-00074 (E.D. Pa. filed August 10, 2026). As of the date of this declaration, NXTLVL has not complied.

8. Upon recognizing that no certification under Civil L.R. 3-15 had been filed in this action, Plaintiff filed one on September 10, 2026. ECF No. 68.

9. If a class is certified, I will seek appointment as class counsel, with Dana J. Oliver of Oliver Law Center, Inc. serving as local counsel. Anthony Paronich and Paronich Law, P.C. will not seek appointment as class counsel in this action.

10. Neither Andrew Heidarpour nor the Heidarpour Law Firm, PLLC represents Plaintiff in this action, has appeared in it, or holds any financial interest in it. Mr. Oliver serves as local counsel. Mr. Oliver's compensation for that role does not include any interest in a class recovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 28, 2026, in the United States of America.

______________________________

Andrew Roman Perrong, Esq.