[redacted]

**INTERROGATORY NO. 15 [INCORRECTLY LABELED AS NO. 4]**:

For each unique value appearing in the "Type" field of SUNRUN-PB-000067, including, without limitation, "SOLD" and "DO_NOT_CALL," describe the meaning of that value, describe how and by whom (whether human or automated) a record comes to bear that value, and describe whether and how a "Type" value may be created, edited, overwritten, or deleted after it is first recorded, including the identity of any person or system that created, edited, or overwrote any "Type" value for any record relating to Plaintiff and the substance of any such edit history.

**RESPONSE**:

Sunrun objects to this Interrogatory to the extent that (a) it is compound; (b) it assumes facts that have not been established; (c) it seeks information that is irrelevant, overbroad, and beyond the scope of the subject matter of the Action; (d) it is unduly burdensome as it asks Sunrun to identify "any person" who has added any of the values stated in the Interrogatory; and (e) it is vague, ambiguous, and unintelligible as written.

Subject to and without waiving the foregoing objections, Sunrun states that the values "SOLD" and "DO_NOT_CALL" dispositions are automated dispositions used by Zeus and based on the status of a lead as it relates to the larger solar marketplace. Both Sunrun and its former subsidiary, Clean Energy Experts, LLC, used Zeus to, among other things, store lead information. With respect to SUNRUN-PB-000067, the "SOLD" disposition means the lead was provided by a marketing partner to Sunrun with the proper consent or permission to allow for calling, the phone number was not listed in Sunrun's internal do-not-call list, and the lead was otherwise ready to be called on. The "DO_NOT_CALL" indications may mean several things, including, as is the case here, that the customer was being actively dialed by Sunrun on another prior lead, so Clean Energy Experts did not dial on a lead being actively dialed by Sunrun (such as with the July 15, 2024 lead received by Clean Energy Experts); or that the number appeared on an entities' internal do not call

list (such as with the March 6, 2025 lead received by Clean Energy Experts). Such indications are created by Zeus.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**INTERROGATORY NO. 6**:

If you contend that Plaintiff provided consent to receive solicitation telephone calls, state all facts in support of that contention and identify the date(s) on which and the means by which you contend consent was obtained.

**RESPONSE**:

Sunrun objects to this Interrogatory to the extent that: (a) it is compound; (b) it is , overbroad, and unduly burdensome because it seeks "all facts" and seeks information beyond the scope of this Action; (c) it calls for information or materials protected by the attorney-client privilege and/or

attorney work-product doctrine; (d) it assumes facts not in evidence, mischaracterizes the facts, and/or calls for a legal conclusion; and (e) the phrase "solicitation telephone calls" is vague and ambiguous as used.

Subject to and without waiving the foregoing objections, Sunrun responds, pursuant to Fed. R. Civ. P. 33(d), that its records reflect that NXTLVL provided a lead to Sunrun concerning the phone number identified in Paragraph 12 of the Complaint on July 11, 2024. On July 11, 2024, the phone number was provided via a web form providing consent and/or permission to be called regarding residential solar services. Sunrun further refers Plaintiff to SUNRUN-PB-000067 showing the July 11, 2024 lead that Sunrun received. Sunrun further refers Plaintiff to documents produced in discovery including, but not limited to, SUNRUN-PB-000001–81 and SUNRUN-PB-000996-999, and the deposition testimony provided in this matter, including the testimony of Peggy Banks and exhibits thereto. Discovery and Sunrun's investigation are ongoing and Sunrun reserves the right to amend/supplement this response.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]