[redacted]

Q How about the Internet service provider?
A I believe it's Spectrum.

[redacted]

[redacted]

Q Who is your cell service provider?
A AT&T.
Q How long -- how long have you had AT&T as your provider?
A Ever since cell phone -- since I've had a cell phone.
Q Are you a subscriber for the AT&T service?
A I'm not understanding. Am I a subscriber?
Q It would be who pays the -- the bills and who -- is it -- do you pay the bills or does somebody else?
A I do.
Q Does the AT&T come in your name or somebody else's?
A My name, yes.

[redacted]

THE WITNESS: It appears to be the same information.

MR. GRAHAM: One more. We're up to, what, 5?

I'm introducing Exhibit D-5.

(Exhibit D-5 marked for identification.)

BY MR. GRAHAM:

Q Let me know when you have that up.

A Okay, I have it.

Q Have you ever seen this before?

A Um, no. It looks like -- I must have, but I don't remember seeing it.

Q Well, on the bottom of the first page it says, "Peggy Banks life insurance broke -- broker."

A Correct, yes.

Q This one says, "claimed." You see that?

A Correct, I see it.

Q The phone (909) [redacted]

Do you recall if you submitted this information?

A I don't recall submitting it, I must have. It shows claimed. I don't know how they would get that.

Q Go down to the second page under "More info." There's a "General info." Then there's --

A Okay.

Q -- a description, it says, "I'm a licensed agent

yp The Real Yellow Pages®

Find a business | New York, NY | Find

EXHIBIT

5

## Browse

- Auto Services
- Beauty
- Home Services
- Insurance
- Legal Services
- Medical Services
- Pet Services
- Restaurants

Home > CA > Norco > Insurance > Life Insurance > Peggy Banks - Life Insurance Broker

(909) [redacted]

Visit Website

Map & Directions
[redacted]

Write a Review

# Peggy Banks - Life Insurance Broker

Claimed | Life Insurance

Be the first to review!

Add Hours

## Hours

Do you know the hours for this business?




$1M **Policy** From $23/MO - No Medical Exam

**Sponsored** · https://www.ethos**life**.c...

Peace of mind without breaking the bank — $2M in **life insurance** coverage starts at $53/mo. By answering a few health questions, our 100% onlin...

Visit Website


## More Info

**General Info** I'm a licensed agent with Symmetry Financial Group, located in Norco, California. A nationally recognized organization offering life insurance solutions including mortgage protection, disability, retirement protection, term life insurance and more. As a life insurance broker with access to over 30 of the top carriers, I can help you find personalized coverage to fit your budget.

**Email** Email Business

**Other Link** https://bankslifeagency.com

**Category** Life Insurance

## Places Near Norco with Life Insurance

- Corona (4 miles)
- Mira Loma (10 miles)
- Pedley (11 miles)
- Glen Avon (13 miles)
- Chino Hills (15 miles)

## Gallery

Be the first to add a photo! Add Photos

## Reviews

**Hi there!**
Be the first to review!

Click to Rate

## Details

**Phone:** (909) [redacted]

**Address:** [redacted]

**Website:** https://bankslifeagency.com

View similar Life Insurance

Suggest an Edit

Contact Us Today

**Sponsored** · https://www.baxter**insu**…
Excellent Customer Service - Home, Business, **Life**, Medicare, Work Comp - Call Today for a Complimentary Quote. Learn about Baxter…

➤ Visit Website

## Browse

- Auto Services
- Beauty
- Home Services
- Insurance
- Legal Services
- Medical Services
- Pet Services
- Restaurants

**About**

**Site Directory**

**City Guides**

Privacy Do Not Sell or Share My Personal Information Terms of Use Legal

© 2025 Thryv, Inc. All rights reserved.
YP, the YP logo, The Real Yellow Pages, and all other YP marks are registered trademarks of Thryv, Inc.
All other marks contained herein are the property of their respective owners.

with Symmetry Financial Group." Do you see that?
A Yes.
Q And underneath is the e-mail, the business e-mail, and the other link is the website, the Peggybankslifeagency.com that we discussed?
A Yes.
Q And further down, it entails, again, the phone number listed again as the -[redacted] number and the address I believe is your home address in Norco; is that correct?
A Correct.
Q Does this refresh your recollection as to whether you submitted this information?
A I still -- I still don't know if I did. I may -- I must have if it shows claimed. I don't know how else they would have that marked.
Q You can take that exhibit down.
A Okay.
Q Ms. Banks, have you ever filled out any online web forms about solar information or solar quotes?
A Not that I recall, no.
Q Have you ever requested information about solar products or services in any other manner?
A I may have had a conversation with someone, but I never requested phone calls from Sunrun.
Q Let's talk about that conversation. Do you

A Okay.
Q The first name is Peggy; is that correct?
A Correct.
Q Is that your e-mail address listed, [redacted]
A It's spelled wrong, the A was omitted.
Q I believe you testified earlier that you also have a [redacted]
A No.
MR. OLIVER: Objection. Yeah, objection to the form, but go ahead.
THE WITNESS: I testified that's not my e-mail.
BY MR. GRAHAM:
Q My apologies. And do you see the last name is spelled --
A Wrong.
Q -- incorrectly as well. It's spelled B-n-a-k-s; is that correct?
A Correct. That's spelled wrong.
Q The A and the N are inverted?
A Right.
Q And the phone number listed, (909) [redacted]; is that right?
A Yes.
Q Is that your phone number?

A Yes.
Q And the electric utility is Southern California Edison. Is that your utility provider?
A I believe so. I don't pay the bill.
Q The address is the [redacted]. That is the address from the RV park; is that right?
A Correct.
Q Sitting here today, does that recall whether you ever submitted this information online regarding solar?
A No. I didn't live at that park at that time. The time that the calls started, the lead was submitted.
Q Do you recall ever submitting your information online via an autofill form?
A Not that form, I don't recall.
Q Do you know if anybody else would have submitted your information online?
MR. OLIVER: Objection to --
THE WITNESS: I --
MR. OLIVER: -- the form. Apologies. Objection.
If you -- if you know the answer, you can provide it.
THE WITNESS: I have no idea if anybody else would submit my information.

[redacted]

Q When did you buy that?

A I'm not positive. I'm going to guess 2022 or before. I don't know. A few years ago.