Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: (855)384-3262
Facsimile: (888)570-2021

Local Attorney for Plaintiff and Putative Class

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEGGY BANKS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>SUNRUN INC.<br><br>*Defendant.* | Case No.<br><br>4:24-cv-07877-JST |

**[PROPOSED ORDER DENYING]**
**DEFENDANT'S ADMINISTRATIVE MOTION TO CHANGE TIME AND AMEND SCHEDULING ORDER**

AND NOW, this ____ day of ____________, 2026, upon consideration of Administrative Motion to Change Time and Amend Scheduling Order and Plaintiff's opposition, it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

________________________________
J.