**KELLEY DRYE & WARREN LLP**
Lauri A. Mazzuchetti (*pro hac vice*)
Glenn T. Graham (SBN 338995)
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEGGY BANKS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>SUNRUN INC.<br><br>*Defendant.* | Case No. 4:24-cv-07877-JST<br><br>[Assigned to Hon. Jon S. Tigar]<br><br>**DEFENDANT SUNRUN INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [L.R. 79-5(f)]** |

Pursuant to Civ L.R. 7-11 and L.R. 79-5(f), Defendant Sunrun Inc. ("Sunrun") respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should be Sealed in connection with Sunrun's Motion for Summary Judgment ("Motion") and the Declaration of Glenn T. Graham filed therewith ("Graham Declaration"). Sunrun seeks to provisionally file under seal the following documents:

| **Document** | **Description** | **Designating Party** |
|---|---|---|
| Sunrun's Memorandum of Point and Authorities in Support of Motion for Summary Judgment | The following page/line numbers quote information contained in the exhibits subject to this application, which have been designated as confidential by Plaintiff: Page 5, Lines 11-12, 15, 20, 22-23, and 27-28; and Page 6, Line 11. | Plaintiff |
| Exhibit 5 to the Graham Declaration | "Turning Robocalls Into Cash" kit ("Kit") materials produced by Plaintiff at Bates number Banks_RFP2_Supp_000002–Banks_RFP2_Supp_0000085 | Plaintiff |
| Exhibit 6 to the Graham Declaration | Kit materials produced by Plaintiff bearing the file name "CONFIDENTIAL Forum - Successful Company Contact Information" | Plaintiff |

| | | |
|---|---|---|
| Exhibit 2 to the Graham Declaration | Excerpts of the July 8, 2026 deposition transcript of Aaron Woolfson | Plaintiff |
| Exhibit 3 to the Graham Declaration | Excerpts of the July 28, 2026 deposition transcript of Aaron Woolfson | Plaintiff |
| Exhibit 7 to the Declaration of Glenn T. Graham | Attorney-Client Fee Agreement produced by Plaintiff bearing Bates numbers Banks_RFP2_Supp_000086–Banks_RFP2_Supp_0000087 | Plaintiff |

Documents may be provisionally filed under seal pursuant to L.R. 79-5(f) when the document, or portions thereof, have "been designated as confidential by another party or non-party." Civ. L.R. 79-5(f). Plaintiff has designated the entire agreement as confidential pursuant to the parties' Stipulated Protective Order (ECF No. 36).

DATED: September 29, 2026

KELLEY DRYE & WARREN LLP

By: /s/ Glenn T. Graham
Glenn T. Graham

7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
ggraham@kelleydrye.com

*Attorneys for Defendants Sunrun Inc.*

**CERTIFICATE OF SERVICE**

I, Glenn T. Graham, hereby certify that on September 29, 2026, I served a copy of Defendants' Administrative Motion to Seal Exhibits to Their Motion for Summary Judgment by electronic mail upon the following:

Dana J. Oliver
Oliver Law Center, Inc.
8780 19th Street, Suite 559
Rancho Cucamonga, CA 91701
(562) 500-0600
dana@danaoliverlaw.com

Andrew Roman Perrong
Perrong Law LLC
1669 Edgewood Road Suite 218
Yardley, PA 19067
(215)-225-5529
a@perronglaw.com

*/s/ Glenn T. Graham*
Glenn T. Graham