**KELLEY DRYE & WARREN LLP**
Lauri A. Mazzuchetti (*pro hac vice*)
Glenn T. Graham (SBN 338995)
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEGGY BANKS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>SUNRUN INC.<br><br>*Defendant.* | Case No. 4:24-cv-07877-JST<br><br>[Assigned to Hon. Jon S. Tigar]<br><br>**DECLARATION OF GLENN T. GRAHAM IN SUPPORT OF DEFENDANT SUNRUN INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [L.R. 79-5(f)]** |

I, Glenn T. Graham, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and before this Court. I am a partner at the law firm of Kelley Drye & Warren LLP and counsel of record for Defendant Sunrun Inc. ("Sunrun") in the above-captioned action. Pursuant to Civ. L.R. 7-11 and L.R. 79-5, I submit this declaration in support of Sunrun's Motion for Summary Judgment ("Motion").

2. I make this declaration based on my personal knowledge. If called as a witness, I could and would competently testify to the information stated herein.

3. Sunrun seeks to provisionally file under seal the following documents:

   a. Portions of Sunrun's memorandum of points and authorities in support of its motion for summary judgment, to the extent it quotes language from any of the below-referenced exhibits that Plaintiff has designated as confidential

b. Exhibit 2 to the Declaration of Glenn T. Graham in Support of Sunrun's Motion for Summary Judgment ("Graham Declaration")

c. Exhibit 3 to the Graham Declaration

d. Exhibit 5 to the Graham Declaration

e. Exhibit 6 to the Graham declaration

f. Exhibit 7 to the Graham Declaration

4. These documents and quoted material were designated as confidential by Plaintiff Peggy Banks on September 18, 2026, pursuant to the Stipulated Protective Order (ECF No. 36) in this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 29, 2026.

*<u>/s/ Glenn T. Graham</u>*
Glenn T. Graham