**KELLEY DRYE & WARREN LLP**
Lauri A. Mazzuchetti (*pro hac vice*)
Glenn T. Graham (SBN 338995)
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

PEGGY BANKS, individually and on behalf of all others similarly situated,

*Plaintiff,*

v.

SUNRUN INC.

*Defendant.*

Case No. 4:24-cv-07877-JST

[Assigned to Hon. Jon S. Tigar]

**[PROPOSED] ORDER ON SUNRUN'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [L.R. 79-5(f)]**

**[PROPOSED] ORDER**

The Court, having considered Sunrun's Administrative Motion to Consider Whether Another Party's Material Should be Sealed and accompanying documents, hereby ORDERS as follows:

| **Document** | **Description** | **Ruling** |
|---|---|---|
| Sunrun's Memorandum of Points and Authorities in Support of Motion for Summary Judgment | Page/line numbers that quote information contained in the exhibits, which are also subject to this Order: Page 5, Lines 11-12, 15, 20, 22-23, and 27-28; and Page 6, Line 11. | |

| | | |
|---|---|---|
| Exhibit 5 to the Declaration of Glenn T. Graham ("Graham Declaration") | "Turning Robocalls Into Cash" kit ("Kit") materials produced by Plaintiff at Bates number Banks_RFP2_Supp_000002–Banks_RFP2_Supp_0000085 | |
| Exhibit 6 to the Graham Declaration | Kit materials produced by Plaintiff bearing the file name "CONFIDENTIAL Forum - Successful Company Contact Information" | |
| Exhibit 2 to the Graham Declaration | Excerpts of the July 8, 2026 deposition transcript of Aaron Woolfson | |
| Exhibit 3 to the Graham Declaration | Excerpts of the July 28, 2026 deposition transcript of Aaron Woolfson | |
| Exhibit 7 to the Graham Declaration | Attorney-Client Fee Agreement produced by Plaintiff bearing Bates numbers Banks_RFP2_Supp_000086–Banks_RFP2_Supp_0000087 | |

Therefore, it is hereby ordered that Sunrun's Administrative Motion to Consider Whether Another Party's Material Should be Sealed is [ ___ GRANTED] [ ___ DENIED].

**IT IS SO ORDERED.**

Dated: _______________, 2026.

__________________________________
Honorable Jon S. Tigar
United States District Judge