**KELLEY DRYE & WARREN LLP**
Lauri A. Mazzuchetti (*pro hac vice*)
Glenn T. Graham (State Bar No. 338995)
7 Giralda Farms, Suite 340
Madison, NJ 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com

*Attorneys for Defendant Sunrun Inc.*

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEGGY BANKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN INC.<br><br>Defendant | Case No. 4:24-cv-07877-JST<br><br>[Assigned to Hon. Jon S. Tigar]<br><br>**DECLARATION OF GLENN T. GRAHAM IN SUPPORT OF SUNRUN'S ADMINISTRATIVE MOTION TO SEAL ITS DOCUMENTS IN CONNECTION WITH ITS MOTION FOR SUMMARY JUDGMENT** |

I, Glenn T. Graham, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and before this Court. I am a partner at the law firm of Kelley Drye & Warren LLP and counsel of record for Defendant Sunrun Inc. ("Sunrun") in the above-captioned action. Pursuant to L.R. 7-11 and L.R. 79-5, I submit this declaration in support of Sunrun's Administrative Motion to Seal Exhibits to Its Motion for Summary Judgment ("Sealing Motion").

2. I make this declaration based on my personal knowledge. If called as a witness, I could and would competently testify to the information stated herein.

3. I have reviewed and complied with Civil Local Rules 7-11 and 79-5.

4. Through the Sealing Motion filed herein, Sunrun seeks to seal the following exhibits attached to the Declaration of Glenn T. Graham in Support of Sunrun's Motion for Summary Judgment ("Graham Declaration"):

- Portions of Exhibit 1 to the Graham Declaration
- Exhibit 13 to the Graham Declaration

5. Through the Sealing Motion filed herein, Sunrun seeks to seal the following exhibits attached to the Declaration of Christine Agualo ("Agualo Declaration"):

- Exhibit A to the Agualo Declaration
- Exhibit C to the Agualo Declaration
- Exhibit D to the Agualo Declaration
- Exhibit G to the Agualo Declaration
- Portions of Exhibit H to the Agualo Declaration
- Exhibit I to the Agualo Declaration
- Exhibit J to the Agualo Declaration
- Portions of Exhibit K to the Agualo Declaration
- Exhibit L to the Agualo Declaration
- Exhibit M to the Agualo Declaration

6. I have personally reviewed each of the above-listed exhibits ("Exhibits").

7. Additionally, Sunrun seeks to seal any reference to Plaintiff's personally identifiable information ("PII") or sensitive personal information ("SPI"), which can be found on the following page/line numbers of its Motion for Summary Judgment:

- Page 10, line 1, 22
- Page 11, line 2

8. Lastly, Sunrun seeks to seal any reference to Plaintiff's PII or SPI which can be found on the following page/line numbers of the Agualo Declaration:

- Page 5, line 6
- Page 7, line 6

9. All of the material that Sunrun seeks to seal references (a) Plaintiff's PII or SPI including, but not limited to, her residential home address, phone number, email address, and IP address or (b) sensitive and proprietary business information produced by Sunrun in discovery.

10. The PII and SPI is private information that was not meant for public disclosure.

11. Disclosure of such information puts the Plaintiff at risk of identity theft or other personal harm. Additionally, disclosure may strain the business relationship between Sunrun and Sunrun's past, present and future customers, as Sunrun represents its intention to keep call recipients' PII and SPI private from disclosure pursuant to Sunrun's Privacy Policy. Sunrun makes such representations because it values customers' privacy interests.

12. To the extent possible, Sunrun has redacted SPI and PII from the documents it seeks to seal and will file redacted copies herewith.

13. Similarly, disclosure of Sunrun's sensitive business information, strategies, internal training, policies and other commercial information should be protected from disclosure to competitors.

14. Counsel for Sunrun reached out to counsel for Plaintiff for consent to file a stipulation in support of Sunrun's Sealing Motion pursuant to L.R. 7-11(a). Sunrun is filing a stipulation herewith.

I declare under penalty of perjury that foregoing is true and correct. Executed on September 29, 2026.

*<u>/s/ Glenn T. Graham</u>*
Glenn T. Graham