**KELLEY DRYE & WARREN LLP**
Lauri A. Mazzuchetti (*pro hac vice*)
Glenn T. Graham (State Bar No. 338995)
7 Giralda Farms, Suite 340
Madison, NJ 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com

*Attorneys for Defendant Sunrun Inc.*

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEGGY BANKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN INC.<br><br>Defendant. | Case No. 4:24-cv-07877-JST<br><br>[Assigned to Hon. Jon S. Tigar]<br><br>**DECLARATION OF GLENN T. GRAHAM IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Pursuant to the provisions of 28 U.S.C. § 1746, I, Glenn T. Graham, declare and state as follows:

1. I am a partner at the law firm of Kelley Drye & Warren LLP and counsel for Defendant Sunrun Inc. ("Sunrun"). I submit this declaration in support of Sunrun's Motion for Summary Judgment.

**<u>Discovery from this litigation.</u>**

2. On May 5, 2026, counsel for Sunrun took the deposition of Plaintiff Peggy Banks ("Plaintiff"). A true and correct, excerpted copy of Plaintiff's deposition transcript is attached hereto as **Exhibit 1**.

3. On July 8, 2026, counsel for Sunrun took the deposition of Aaron Woolfson. A true and correct, excerpted copy of Mr. Woolfson's deposition transcript from July 8 is attached hereto as **Exhibit 2**.

4. On July 28, 2026, counsel for Sunrun took the continued the deposition of Aaron Woolfson. A true and correct, excerpted copy of Mr. Woolfson's deposition transcript from July 28 is attached hereto as **Exhibit 3**.

5. On August 13, 2026, counsel for Plaintiff to the deposition of Sunrun's Rule 30(b)(6) designee, Christine Agualo. A true and correct, excerpted copy of Ms. Agualo's deposition transcript from August 13 is attached hereto as **Exhibit 4**.

6. Attached hereto as **Exhibit 5** is a true and correct copy of documents produced by Plaintiff on September 18, 2026 at Bates numbers Banks_RFP2_Supp_000002–Banks_RFP2_Supp_0000085.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a document produced by Plaintiff on September 18, 2026 bearing the file name "CONFIDENTIAL Forum - Successful Company Contact Information."

8. A true and correct copy of an engagement agreement, which was produced by Plaintiff on September 18, 2026 at Bates numbers Banks_RFP2_Supp_000086–Banks_RFP2_Supp_0000087, is attached hereto as **Exhibit 7**.

**<u>Other matters involving Plaintiff or her counsel.</u>**

***Banks v. Bio Trust Nutrition***

9. On March 15, 2025, Plaintiff filed a complaint in the action *Banks v. Bio Trust Nutrition, LLC*, No. 1:25-cv-851 in the District of Colorado ("*Bio Trust*"), a true and correct copy of which is attached hereto as **Exhibit 8**.

10. A true and correct copy of Defendant Bio Trust Nutrition, LLC's Motion for Protective Order Limiting Discovery to Threshold Issues Relating to Plaintiff's Individual Claims filed in *Bio Trust* (ECF No. 15) is attached hereto as **Exhibit 9**.

11. A true and correct copy of the Declaration of Peggy Banks (ECF No. 23-1) filed in *Bio Trust* is attached hereto as **Exhibit 10**.

12. A true and correct copy of the docket sheet for *Bio Trust* is attached hereto as **Exhibit 11**.

***Banks v. Quinstreet***

13. On April 3, 2025, Plaintiff filed a complaint in the action *Banks v. Quinstreet*, No. 3:25-cv-3071 in the Northern District of California, a true and correct copy of which is attached hereto as **Exhibit 12**.

14. My firm represented defendant QuinStreet, in the above-referenced matter.

15. With QuinStreet's permission, we reviewed the lead information provided by Ms. Banks in connection with that matter.

16. Those records reflect that, on July 15, 2024, Plaintiff submitted her information via a webform that was received by QuinStreet, Inc. A true and correct copy of the Verisk f/k/a Jornaya compliance report for this submission, identified as SUNRUN-PB-QS-000001–SUNRUN-PB-QS-000005, is attached hereto as **Exhibit 13**. Exhibit 13 includes a hyperlink to a "visual playback" confirming completion and submission of the webform.

***Banks. v. Paramount Builders***

17. On April 7, 2025, Plaintiff filed a complaint in the action, *Banks v. Paramount Builders, Inc.*, No. 2:25-cv-202 in the Eastern District of Virginia ("*Paramount*"), a true and correct copy of which is attached hereto as **Exhibit 14**.

18. A true and correct copy of Defendant Paramount Builders, Inc.'s Motion to Bifurcate Discovery filed in *Paramount* (ECF 21) is attached hereto as **Exhibit 15**.

19. A true and correct copy of the docket sheet for *Paramount* is attached hereto as **Exhibit 16**.

***Banks v. Strategic Consulting***

20. On May 29, 2025, Plaintiff filed a complaint in the action *Banks v. Strategic Consulting and Forensics*, LLC, No. CVRI2502903 in Superior Court of California, County of Riverside, a true and correct copy of which is attached hereto as **Exhibit 17**.

***Banks v. Dreamsource***

21. On June 24, 2025, Plaintiff filed a complaint in the action *Banks v. Dreamsource Consulting LLC*, No. CVRI2503597 in Superior Court of California, County of Riverside, a true and correct copy of which is attached hereto as **Exhibit 18**.

***Wilson v. Freeway Insurance Services of America***

22. A true and correct copy of the transcript from the August 19, 2026 hearing held in *Wilson v. Freeway Insurance Services of America, LLC*, 6:25-cv-01869-MC (D. Or.) is attached hereto as **Exhibit 19**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 29, 2026

By: */s/ Glenn T. Graham*
GLENN T. GRAHAM