# EXHIBIT 2
# PROVISIONALLY
# FILED UNDER SEAL