# EXHIBIT 3
# PROVISIONALLY
# FILED UNDER SEAL