# EXHIBIT 5
# PROVISIONALLY
# FILED UNDER SEAL