# EXHIBIT 6
# PROVISIONALLY
# FILED UNDER SEAL