# EXHIBIT 7
# PROVISIONALLY
# FILED UNDER SEAL