# EXHIBIT 10

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

PEGGY BANKS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

BIO TRUST NUTRITION, LLC

Defendant.

CASE NO. 1:25-cv-00851

## DECLARATION OF PEGGY BANKS

1. My name is Peggy Banks. I am over 18 years old. I can testify competently to the undersigned statements.

2. My telephone number 909-XXX-XXXX is on the National Do-Not-Call Registry.

3. My telephone number 909-XXX-XXXX is a residential cellular telephone number.

4. I am the user of 909-XXX-XXXX.

5. The 909-XXX-XXXX number is registered in my name and I am the subscriber of record.

6. I understand that Defendant Bio Trust Nutrition, LLC (Bio Trust) is claiming that I consented to having the subject text messages sent to me as a result of an order I am alleged to have placed with Bio Trust in 2020.

7. I have no record of placing the subject order with Bio Trust I am alleged to have placed.

8. Moreover, I understand that Bio Trust is claiming that, as part of the ordering process, I am alleged to have checked a box to consent to receive text messages from Bio Trust, as reproduced in Bio Trust's Motion:




9. I have no recollection of checking that box, and would not have, particularly as I have no desire to receive advertising text messages sent to my phone, particularly from Bio Trust.

10. I further have no record of any text messages sent to be from Bio Trust prior to July of 2024.

11. It seems incongruous that I would have checked a box to receive text messages from Bio Trust, but then not received any messages until July of 2024.

12. To be clear, I do nothing to precipitate the illegal calls and messages which are placed to me. I do not want these communications, but they continue to be placed to me. They are highly annoying and disruptive.

13. My number is on the Do-Not-Call Registry, and I did not provide any consent for anyone to send the subject messages to me.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

**Executed this 18th day of July 2025, in the United States of America,**

Peggy Banks (Jul 18, 2025 15:14 PDT)

**Peggy Banks**