# EXHIBIT 11

# 1:25cv851, Banks V. Bio Trust Nutrition, Llc

US District Court Docket

United States District Court, Colorado

(Denver)

**This case was retrieved on 09/28/2026**

## Header

**Case Number:** 1:25cv851
**Date Filed:** 03/15/2025
**Assigned To:** District Judge Gordon P Gallagher
**Referred To:** Magistrate Judge Susan Prose
**Nature of Suit:** Telephone Consumer Protection Act (485)
**Cause:** Restrictions of Use of Telephone Equipment
**Lead Docket:** None
**Other Docket:** None
**Jurisdiction:** Federal Question

**Class Code:** Closed
**Closed:** 04/08/2026
**Statute:** 47:227
**Jury Demand:** Plaintiff
**Demand Amount:** $0
**NOS Description:** Telephone Consumer Protection Act

## Participants

| Litigants | Attorneys |
|---|---|
| Peggy Banks<br>individually and on behalf of all others similarly situated \|<br>**Plaintiff** | Anthony I. Paronich<br>ATTORNEY TO BE NOTICED<br>Paronich Law, P.C.<br>350 Lincoln Street Suite 2400<br>Hingham, MA 02043<br>USA<br>617-485-0018 Fax: 508-318-8100<br>Email:Anthony@paronichlaw.Com<br><br>Andrew Roman Perrong<br>ATTORNEY TO BE NOTICED<br>Perrong Law LLC<br>1669 Edgewood Road Suite 218<br>Yardley, PA 19067<br>USA<br>215-225-5529 Fax: 888-329-0305 Email:A@perronglaw.Com |
| Bio Trust Nutrition, LLC<br>**Defendant** | Darren K. Cottriel<br>ATTORNEY TO BE NOTICED<br>Jones Day<br>3161 Michelson Drive Suite 800<br>Irvine, CA 92612-4408<br>USA<br>949-553-7548 Email:Dcottriel@jonesday.Com<br><br>Ryan Douglas Ball<br>ATTORNEY TO BE NOTICED<br>Goodwin Procter LLP<br>660 Newport Center Drive Suite 450<br>Newport Beach, CA 92660<br>USA |

## Litigants

## Attorneys

949-743-3400 Email:Rball@goodwinlaw.Com

Thomas James Herron
ATTORNEY TO BE NOTICED
Goodwin Procter LLP
660 Newport Center Drive Suite 450
Newport Beach, CA 92660
USA
949-743-3400 Email:Therron@goodwinlaw.Com

## Proceedings

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| 1 | 03/15/2025 | COMPLAINT against Bio Trust Nutrition, LLC (Filing fee $ 405,Receipt Number ACODC-10216187)Attorney Andrew Roman Perrong added to party Peggy Banks(pty:pla), filed by Peggy Banks. (Attachments: # 1 Civil Cover Sheet, # 2 Summons)(Perrong, Andrew) (Entered: 03/15/2025) | |
| 2 | 03/16/2025 | NOTICE of Entry of Appearance by Anthony I. Paronich on behalf of Peggy BanksAttorney Anthony I. Paronich added to party Peggy Banks(pty:pla) (Paronich, Anthony) (Entered: 03/16/2025) | |
| 3 | 03/17/2025 | Case assigned to District Judge Gordon P Gallagher and drawn to Magistrate Judge Susan Prose. Text Only Entry. (eluce, ) (Entered: 03/17/2025) | |
| 4 | 03/17/2025 | SUMMONS issued by Clerk. (Attachments: # 1 Magistrate Judge Consent Form) (eluce, ) (Entered: 03/17/2025) | |
| 5 | 03/17/2025 | ORDER REFERRING CASE to Magistrate Judge Susan Prose. Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), this case is referred to the assigned United States Magistrate Judge to (1) convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2, (2) conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause, (3) hear and determine pretrial matters, including discovery and other specifically-referred motions, and (4) conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions. Court sponsored alternative dispute resolution is governed by D.C.COLO.LCivR 16.6. On the recommendation or informal request of the magistrate judge or on the request of the parties by motion, this court may direct the parties to engage in an early neutral evaluation, a settlement conference, or another alternative dispute resolution proceeding. by District Judge Gordon P Gallagher on 3/17/2025. Text Only Entry (sphil, ) (Entered: 03/17/2025) | |
| 6 | 03/24/2025 | SUMMONS Returned Executed by Peggy Banks. Bio Trust Nutrition, LLC served on 3/21/2025, answer due 4/11/2025. (Paronich, Anthony) (Entered: 03/24/2025) | |
| 7 | 04/04/2025 | Unopposed MOTION for Extension of Time to File Answer or Otherwise Respond re 1 Complaint, by Defendant Bio Trust Nutrition, LLC. (Attachments: # 1 Proposed Order (PDF Only))(Ball, Ryan) (Entered: 04/04/2025) | |
| 8 | 04/07/2025 | MEMORANDUM regarding 7 Unopposed MOTION for Extension of Time to File Answer or Otherwise Respond re 1 Complaint, filed by Bio Trust Nutrition, LLC. Motion referred to Magistrate | |

Banks V. Bio Trust Nutrition, Llc

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| | | Judge Susan Prose by District Judge Gordon P Gallagher on 04/07/2025. Text Only Entry (dclem) (Entered: 04/07/2025) | |
| 9 | 04/08/2025 | ORDER by Magistrate Judge Susan Prose on 04/08/2025, GRANTING Defendant's 7 Unopposed Motion for Extension of Time to Answer or Otherwise Respond. Bio Trust Nutrition, LLC's answer is due no later than May 9, 2025. Text Only Entry (sjeff) (Entered: 04/08/2025) | |
| 10 | 04/15/2025 | ORDER SETTING SCHEDULING CONFERENCE by Magistrate Judge Susan Prose on 04/15/2025. Consent form due May 20, 2025. Proposed scheduling order (including a copy in Word format to Prose_Chambers@cod.uscourts.gov) due June 23, 2025. The Fed. R. Civ. P. 16(b) Scheduling Conference shall be held telephonically on June 30, 2025, at 11:00 a.m., in Courtroom A-502, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. The parties shall attend by calling 571-353-2301, Guest meeting ID-868150043. All attendees are requested to mute their phone when not speaking, as well as avoid speaker phone and Bluetooth connections. (sjeff) (Entered: 04/15/2025) | |
| 11 | 05/09/2025 | ANSWER to 1 Complaint, by Bio Trust Nutrition, LLC.(Ball, Ryan) (Entered: 05/09/2025) | |
| 12 | 05/20/2025 | CONSENT to Jurisdiction of Magistrate Judge by Defendant Bio Trust Nutrition, LLC All parties do not consent.. (Ball, Ryan) (Entered: 05/20/2025) | |
| 13 | 06/23/2025 | Proposed Scheduling Order by Plaintiff Peggy Banks. (Perrong, Andrew) (Entered: 06/23/2025) | |
| 14 | 06/27/2025 | RESTRICTED DOCUMENT - Level 1: Defendant Bio Trust Nutrition, LLC's Motion to Bifurcate Discovery by Defendant Bio Trust Nutrition, LLC.. (Attachments: # 1 Exhibit 1- Declaration of Brian Rosin in Support of Defendant Bio Trust Nutrition, LLC's Motion to Bifurcate Discovery, # 2 Proposed Order (PDF Only))(Ball, Ryan) Modified on 6/30/2025 (dclem, ). (Entered: 06/27/2025) | |
| 15 | 06/27/2025 | MOTION for Protective Order Limiting Discovery to Threshold Issues Relating to Plaintiff's Individual Claims by Defendant Bio Trust Nutrition, LLC. (Attachments: # 1 Declaration of Ryan Ball i/s/o Defendant Bio Trust Nutrition, LLC's Motion for Protective Order, # 2 Exhibit 1 - Plaintiff's First Set of Discovery, # 3 Proposed Order (PDF Only))(Ball, Ryan) (Entered: 06/27/2025) | |
| 16 | 06/27/2025 | NOTICE of Entry of Appearance by Thomas James Herron on behalf of Bio Trust Nutrition, LLCAttorney Thomas James Herron added to party Bio Trust Nutrition, LLC(pty:dft) (Herron, Thomas) (Entered: 06/27/2025) | |
| 17 | 06/30/2025 | MEMORANDUM regarding 15 MOTION for Protective Order Limiting Discovery to Threshold Issues Relating to Plaintiff's Individual Claims filed by Bio Trust Nutrition, LLC. Motion referred to Magistrate Judge Susan Prose by District Judge Gordon P Gallagher on 06/30/2025. Text Only Entry (dclem) (Entered: 06/30/2025) | |
| 18 | 06/30/2025 | MEMORANDUM regarding 14 Restricted Motion filed by Bio Trust Nutrition, LLC. Motion referred to Magistrate Judge Susan Prose by District Judge Gordon P Gallagher on 06/30/2025. Text Only Entry (dclem) (Entered: 06/30/2025) | |
| 19 | 06/30/2025 | COURTROOM MINUTES for Telephonic Scheduling Conference held on 6/30/2025 before Magistrate Judge Susan Prose. For the reasons stated on the record, it is ORDERED:On or before July 7, 2025 Defendant shall file a Motion to Restrict which provides the court with a redacted copy of the Declaration of Brian Rosin.Plaintiff's response to Defendant's Motions to Bifurcate | |

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| | | Discovery 14 and Motion for Protective Order 15 are due on or before July 18, 2025. Reply brief (if any) is due August 1, 2025.In light of the combined response and reply briefs anticipated to the pending motions, the court finds good cause to extend page limitations for both parties by 5 pages each. Accordingly, Plaintiff's response brief is limited to 20 pages and Defendants' reply is limited to 15 pages.Scheduling Order is NOT entered. FTR: A502. (sjeff) (Entered: 07/01/2025) | |
| 20 | 07/07/2025 | Unopposed MOTION for Leave to Restrict by Defendant Bio Trust Nutrition, LLC. (Attachments: # 1 Redacted Declaration of Brian Rosin in Support of Defendant Bio Trust Nutrition, LLC's Motion to Bifurcate Discovery)(Herron, Thomas) (Entered: 07/07/2025) | |
| 21 | 07/07/2025 | MEMORANDUM regarding 20 Unopposed MOTION for Leave to Restrict filed by Bio Trust Nutrition, LLC. Motion referred to Magistrate Judge Susan Prose by District Judge Gordon P Gallagher on 07/07/2025. Text Only Entry (dclem) (Entered: 07/07/2025) | |
| 22 | 07/16/2025 | ORDER GRANTING 20 Motion for Leave to Restrict by Magistrate Judge Susan Prose on July 16, 2025. For the reasons stated in the motion, the court is satisfied that the requirements of Local Rule 7.2 are met, therefore, the documents filed at ECF No. 14 (including all attachments) shall remain restricted at Level 1. This ruling, however, does not apply to how such information will be handled in hearings, orders, or trial. Text Only Entry (sbplc5) (Entered: 07/16/2025) | |
| 23 | 07/18/2025 | BRIEF in Opposition to 15 MOTION for Protective Order Limiting Discovery to Threshold Issues Relating to Plaintiff's Individual Claims, 14 Restricted Motion to Bifurcate filed by Plaintiff Peggy Banks. (Attachments: # 1 Affidavit of Peggy Banks, # 2 Proposed Order (PDF Only))(Perrong, Andrew) (Entered: 07/18/2025) | |
| 24 | 08/01/2025 | REPLY to Response to 15 MOTION for Protective Order Limiting Discovery to Threshold Issues Relating to Plaintiff's Individual Claims, 14 Restricted Motion to Bifurcate Discovery and Protective Order filed by Defendant Bio Trust Nutrition, LLC. (Herron, Thomas) (Entered: 08/01/2025) | |
| 25 | 01/20/2026 | ORDER. The Motion to Bifurcate Discovery (ECF No. 14 ) is GRANTED, and the Motion for Protective Order (ECF No. 15 ) is GRANTED IN PART, by Magistrate Judge Susan Prose on 1/20/2026.(ccuen, ) (Entered: 01/20/2026) | |
| 26 | 03/30/2026 | NOTICE of Entry of Appearance by Darren K. Cottriel on behalf of Bio Trust Nutrition, LLCAttorney Darren K. Cottriel added to party Bio Trust Nutrition, LLC(pty:dft) (Cottriel, Darren) (Entered: 03/30/2026) | |
| 27 | 04/08/2026 | STIPULATION of Dismissal of Case by Plaintiff Peggy Banks. (Paronich, Anthony) (Entered: 04/08/2026) | |
| 28 | 04/08/2026 | STIPULATION of Dismissal of Case by Plaintiff Peggy Banks. (Perrong, Andrew) (Entered: 04/08/2026) | |
| 29 | 04/08/2026 | ORDER. Pursuant to the parties' Stipulation, the Court now Orders that Plaintiff's individual claims are dismissed with prejudice, and the putative class claims are dismissed without prejudice, and the Clerk of the Court may now close this case. By District Judge Gordon P. Gallagher on 4/8/2026. Text Only Entry. (anewt,) (Entered: 04/08/2026) | |

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***