# EXHIBIT 16

# 2:25cv202, Banks V. Paramount Builders, Inc.

US District Court Docket

United States District Court, Virginia Eastern

(Norfolk)

**This case was retrieved on 09/28/2026**

## Header

**Case Number:** 2:25cv202
**Date Filed:** 04/07/2025
**Assigned To:** District Judge Arenda L. Wright Allen
**Referred To:** Magistrate Judge Robert J. Krask
**Nature of Suit:** Telephone Consumer Protection Act (485)
**Cause:** Restrictions of Use of Telephone Equipment
**Lead Docket:** None
**Other Docket:** None
**Jurisdiction:** Federal Question

**Class Code:** Closed
**Closed:** 07/07/2025
**Statute:** 47:227
**Jury Demand:** Plaintiff
**Demand Amount:** $0
**NOS Description:** Telephone Consumer Protection Act

## Participants

| Litigants | Attorneys |
| --- | --- |
| Peggy Banks<br>individually and on behalf of all others similarly situated, \|<br>**Plaintiff** | William Peter Robinson , III<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>William Robinson, Esq<br>1934 Old Gallows Road Suite 350k<br>Vienna, VA 22181<br>USA<br>703-789-4800 Email:William@robinsonslaw.Com<br><br>Anthony Ilo Paronich<br>PRO HAC VICE;ATTORNEY TO BE NOTICED<br>Paronich Law, P.C. (MA-NA)<br>350 Lincoln Street Suite 2400 **na**<br>Hingham, MA 02043<br>USA<br>617-485-0018 Fax: 508-318-8100<br>Email:Anthony@paronichlaw.Com |
| PARAMOUNT BUILDERS, INC.<br>**Defendant** | Barry Dorans<br>ATTORNEY TO BE NOTICED<br>Wolcott Rivers Gates P. C.<br>Convergence Center Iv 200 Bendix Rd Suite 300<br>Virginia Beach, VA 23452<br>USA<br>(757) 497-6633 Fax: (757) 687-3678<br>Email:Dorans@wolriv.Com<br><br>Eric Troutman<br>PRO HAC VICE;ATTORNEY TO BE NOTICED<br>Troutman Amin, LLP<br>400 Spectrum Center Dr Ste 1550 **na**<br>Irvine, CA 92618 |

| Litigants | Attorneys |
|---|---|
| | USA<br>949-350-3663 Fax: 214-758-1550<br>Email:Troutman@troutmanamin.Com |
| | Puja Amin<br>PRO HAC VICE;ATTORNEY TO BE NOTICED<br>Troutman Amin, LLP<br>400 Spectrum Center Dr Ste 1550 **na**<br>Irvine, CA 92618<br>USA<br>949-412-5436 Fax: 214-758-1550<br>Email:Amin@troutmanamin.Com |
| | Tori Guidry<br>PRO HAC VICE;ATTORNEY TO BE NOTICED<br>Troutman Amin, LLP<br>400 Spectrum Center Dr Ste 1550 **na**<br>Irvine, CA 92618<br>USA<br>949-350-3663 Fax: 214-758-1550<br>Email:Tori@troutmanamin.Com |

## Proceedings

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| 1 | 04/07/2025 | Complaint ( Filing fee $ 405, receipt number AVAEDC-10107175.), filed by Peggy Banks. (Attachments: # 1 Civil Cover Sheet)(Robinson, William) (Entered: 04/07/2025) | |
| 2 | 04/07/2025 | Proposed Summons re 1 Complaint by Peggy Banks (Robinson, William) (Entered: 04/07/2025) | |
| 3 | 04/07/2025 | Motion to appear Pro Hac Vice by Anthony Paronich and Certification of Local Counsel William P. Robinson III Filing fee $ 75, receipt number AVAEDC-10107246. by Peggy Banks. (Robinson, William) (Entered: 04/07/2025) | |
| | 04/07/2025 | Initial Case Assignment to District Judge Arenda L. Wright Allen and Magistrate Judge Robert J. Krask. (epri, ) (Entered: 04/08/2025) | |
| | 04/08/2025 | Notice of Correction re 3 Motion to appear Pro Hac Vice by Anthony Paronich and Certification of Local Counsel William P. Robinson III Filing fee $ 75, receipt number AVAEDC-10107246. Counsel is advised that the application must have the applicant's original signature on it. Additionally, the case number listed is incomplete. Please refile with the corrections listed. Counsel does not need to pay another fee. (alet) (Entered: 04/08/2025) | |
| 4 | 04/08/2025 | Summons Issued as to Paramount Builders, Inc., NOTICE TO ATTORNEY: Please remove the headers and print two duplexed copies of the electronically issued summons for each Defendant. Please serve one copy of the summons and a copy of the Complaint upon each Defendant. Please ensure that your process server returns the service copy (executed or unexecuted) to your attention and electronically file it using the filing events, Summons Returned Executed or Summons Returned Unexecuted. (Attachments: # 1 Civil Motions Procedures)(epri, ) (Entered: 04/08/2025) | |
| 5 | 04/08/2025 | Motion to appear Pro Hac Vice by Anthony Paronich and Certification of Local Counsel William P. Robinson III by Peggy Banks. (Robinson, William) (Entered: 04/08/2025) | |

Banks V. Paramount Builders, Inc.

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| 6 | 04/09/2025 | ORDER granting 5 a Motion to Appear Pro Hac Vice by Anthony Paronich, as certified by local counsel William P. Robinson III for Plaintiff Peggy Banks. Signed by District Judge Arenda L. Wright Allen on 04/09/2025. (Allen, Arenda) (Entered: 04/09/2025) | |
| 7 | 04/14/2025 | AFFIDAVIT of Service for Affidavit of Service served on Pearl (Last name refused), Receptionist on 4/10/2025, filed by Peggy Banks. (Robinson, William) (Entered: 04/14/2025) | |
| 8 | 04/30/2025 | NOTICE of Appearance by Barry Dorans on behalf of Paramount Builders, Inc. (Dorans, Barry) (Entered: 04/30/2025) | |
| 9 | 04/30/2025 | Financial Interest Disclosure Statement (Local Rule 7.1) by Paramount Builders, Inc.. (Dorans, Barry) (Entered: 04/30/2025) | |
| 10 | 04/30/2025 | MOTION for Extension of Time to File Response/Reply as to 1 Complaint by Paramount Builders, Inc.. (Dorans, Barry) (Entered: 04/30/2025) | |
| 11 | 04/30/2025 | MOTION for Extension of Time to File Response/Reply by Paramount Builders, Inc.. (Attachments: # 1 Proposed Order)(Dorans, Barry) (Entered: 04/30/2025) | |
| | 04/30/2025 | MOTIONS REFERRED to Magistrate Judge: Robert Krask. 11 MOTION for Extension of Time to File Response/Reply (epri, ) (Entered: 04/30/2025) | |
| 12 | 04/30/2025 | Motion to appear Pro Hac Vice by Puja Amin and Certification of Local Counsel Barry Dorans Filing fee $ 75, receipt number AVAEDC-10153247. by Paramount Builders, Inc.. (Dorans, Barry) (Entered: 04/30/2025) | |
| 13 | 04/30/2025 | Motion to appear Pro Hac Vice by Tori Guidry and Certification of Local Counsel Barry Dorans Filing fee $ 75, receipt number AVAEDC-10153270. by Paramount Builders, Inc.. (Dorans, Barry) (Entered: 04/30/2025) | |
| 14 | 04/30/2025 | Motion to appear Pro Hac Vice by Eric Troutman and Certification of Local Counsel Barry Dorans Filing fee $ 75, receipt number AVAEDC-10153284. by Paramount Builders, Inc.. (Dorans, Barry) (Entered: 04/30/2025) | |
| 15 | 05/01/2025 | ORDER: It is ORDERED that the Consent Motion for Extension of Time, ECF 11 , is GRANTED and the Defendant shall have through June 2, 2025 to file its response to the Original Class Action Complaint filed herein. Signed by Magistrate Judge Robert J. Krask and filed on 5/1/25. (epri, ) (Entered: 05/01/2025) | |
| 16 | 05/05/2025 | ORDER granting 12 a Motion to Appear Pro Hac Vice by Puja Amin, as certified by local counsel Barry Dorans for Defendant Paramount Builders, Inc. Signed by District Judge Arenda L. Wright Allen on 05/05/2025. (Allen, Arenda) (Entered: 05/05/2025) | |
| 17 | 05/05/2025 | ORDER granting 13 a Motion to Appear Pro Hac Vice by Tori Guidry, as certified by local counsel Barry Dorans for Defendant Paramount Builders, Inc. Signed by District Judge Arenda L. Wright Allen on 05/05/2025. (Allen, Arenda) (Entered: 05/05/2025) | |
| 18 | 05/05/2025 | ORDER granting 14 a Motion to Appear Pro Hac Vice by Eric Troutman, as certified by local counsel Barry Dorans for Defendant Paramount Builders, Inc. Signed by District Judge Arenda L. Wright Allen on 05/05/2025. (Allen, Arenda) (Entered: 05/05/2025) | |
| 19 | 06/02/2025 | First MOTION to Dismiss for Failure to State a Claim by Paramount Builders, Inc.. (Attachments: # 1 Supplement Memorandum of Law)(Dorans, Barry) (Entered: 06/02/2025) | |
| 20 | 06/02/2025 | Documents removed at counsel's request. Corrected documents filed at ECF 23 . First MOTION to Strike 1 Complaint by Paramount Builders, Inc.. (Attachments: # 1 Supplement Memorandum of Law)(Dorans, Barry) Modified on 6/4/2025 (epri, ). (Entered: 06/02/2025) | |

| # | Date | Proceeding Text | Source |
| --- | --- | --- | --- |
| 21 | 06/02/2025 | First MOTION to Bifurcate Discovery by Paramount Builders, Inc.. (Attachments: # 1 Supplement Memorandum in Support)(Dorans, Barry) (Entered: 06/02/2025) | |
| 22 | 06/02/2025 | First MOTION to Stay re 1 Complaint Discovery by Paramount Builders, Inc.. (Attachments: # 1 Supplement Memorandum of Law)(Dorans, Barry) (Entered: 06/02/2025) | |
| 23 | 06/02/2025 | First MOTION to Strike 1 Complaint by Paramount Builders, Inc.. (Attachments: # 1 Supplement Memorandum of Law)(Dorans, Barry) (Entered: 06/02/2025) | |
| 24 | 06/10/2025 | MOTION for Extension of Time to File Response/Reply as to 21 First MOTION to Bifurcate Discovery, 22 First MOTION to Stay re 1 Complaint Discovery, 19 First MOTION to Dismiss for Failure to State a Claim , 23 First MOTION to Strike 1 Complaint , 20 First MOTION to Strike 1 Complaint by Peggy Banks. (Robinson, William) (Entered: 06/10/2025) | |
| 25 | 06/11/2025 | ORDER granting 24 Motion for Extension of Time to File Response re 21 First MOTION to Bifurcate Discovery, 23 First MOTION to Strike Complaint, 22 First MOTION to Stay re Complaint, 19 First MOTION to Dismiss for Failure to State a Claim. Plaintiff shall file responses in opposition to the foregoing motions not later than July 7, 2025. Signed by Magistrate Judge Robert J. Krask on 06/11/2025. (Krask, Robert) (Entered: 06/11/2025) | |
| 26 | 07/06/2025 | NOTICE of Voluntary Dismissal by Peggy Banks (Robinson, William) (Entered: 07/06/2025) | |

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***