# FILED UNDER SEAL

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEGGY BANKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN INC.<br><br>Defendant. | Case No. 4:24-cv-07877-JST<br><br>[Assigned to Hon. Jon S. Tigar] |

**DECLARATION OF CHRISTINE AGUALO**

Pursuant to the provisions of 28 U.S.C. § 1746, I, Christine Agualo, declare and state as follows:

1. I am employed by Sunrun Inc. ("Sunrun") as the Senior Training Analyst.

2. I respectfully submit this declaration in support of Sunrun's motion for summary judgment. Unless otherwise indicated, the following facts are based on my personal knowledge and my review and understanding of Sunrun's records. If called as a witness in this proceeding, I would be competent to testify the same.

**Sunrun Only Calls Consumers With Their Consent**

3. Unless otherwise indicated, the procedures, policies, and training described herein are part of Sunrun's routine business practices and were in place during the period in which Sunrun received lead information with Plaintiff Peggy Banks's telephone number, XXX-XXX-5370 (the "Number" or the "5370 Number") and made any calls to the Number—July 11, 2024 through August 16, 2024 (the "Relevant Time").

4. Sunrun is a leader in the solar industry and provides, among other things, solar power and battery storage solutions. Sunrun provides comprehensive solar system support.

5. Sunrun has a process to prevent unsolicited calls to telephone numbers on any list

established pursuant to the Telephone Consumer Protection Act ("TCPA") do-not-call ("DNC") rules. Specifically, Sunrun ensures that it has permission to call consumers prior to calling a consumer's telephone number.

6. Sunrun is only interested in speaking with customers interested in solar energy and accordingly does not make cold calls.

7. Sunrun identifies and interacts with its customers and potential customers by a number of different means, including by telephone.

8. While Sunrun reaches out to prospective customers by telephone, it only does so with respect to persons who have specifically inquired about solar products and services and provided permission to be contacted by Sunrun on a specific phone number. To do so, a prospective customer could call Sunrun or complete a webform on Sunrun's website, which includes disclosure and consent language whereby a website visitor could agree to receive calls from Sunrun. Another way that individuals indicate their interest and provide their permission to be contacted by Sunrun is by completing a webform on a third-party website operated by a vendor that has contracted with Sunrun.

9. When a consumer submits an inquiry through one of those webforms, the vendor provides the lead to Sunrun.

10. Sunrun requires any third-party lead vendor it contracts with to comply with all applicable laws.

11. Sunrun does not sell, rent, lease, purchase or otherwise use the National DNC Registry ("NDNCR") for any improper purpose. Since Sunrun only calls interested consumers, it does not purchase or scrub against the NDNCR because doing so would remove those very persons who sought to be contacted by Sunrun (if they were on the NDNCR).

***Lead and Dialer Systems***

12. When a vendor sends Sunrun a lead, along with the information submitted though the webform, it must supply a TCPA Guardian report from Jornaya (or similar Trusted Form) that includes the information entered in the webform submission, a playback of the webform submission, and the consent language agreed to at the time of submission.

13. Jornaya is a neutral third-party technology platform that tracks the origin and history of a lead event and the consumer's actions in connection with that lead event. Jornaya automatically generates a "token" for each submission used to verify the information entered in the webform submission.

14. Leads are logged in the lead system utilized by Sunrun, called "Zeus," which performs three compliance checks: (1) verifying the compliance token and consent language reflected in the Jornaya report; (2) checking whether the submission is a duplicate of a telephone number called within the prior 21 days; and (3) confirming that the number is not on a Sunrun internal do-not-call ("DNC") list.

15. Only leads that pass all three of those checks receive a "SOLD" tag in the lead system and are transmitted to the dialer system to be available for calling by Sunrun. By contrast, for example, if the phone number was called within the prior 21 days or is on an internal DNC list, a DO_NOT_CALL tag is applied in the lead system and the lead is not transmitted to the dialer system. A DO_NOT_CALL tag is not the same as a DNC disposition in Sunrun's call records and does not mean someone requested to be placed on, or is on, Sunrun's internal DNC list. Rather, it simply means that the lead did not pass the Zeus compliance checks and was not passed to the dialer system to be called by call agents.

16. The dialer system Sunrun used during the Relevant Time is the inContact system.

17. Data for each call placed using the inContact system is stored in "call logs" on the system. For unanswered calls, an agent ends the call and selects "Answering Machine" when answering-machine detection is enabled and "No Answer/VM/Cont to Call – NON FINAL" when answering-machine detection is not enabled, to record the call disposition in the system.

18. If a customer answers a call and requests not to receive further calls, a call agent enters a DNC disposition in the system.

19. Sunrun maintains in its systems a list of telephone numbers that its representatives may not contact. Sunrun's internal DNC list is regularly updated based on real-time inputs from consumers via Sunrun call agents and the logging of disposition entries in Sunrun's systems.

20. Phone numbers that receive a DNC disposition in Sunrun's systems are part of

Sunrun's internal DNC list.

***Written Policies***

21. Sunrun maintains written policies to prevent TCPA violations, including to prevent calls to phone numbers on the NDNCR without consent and/or permission.

22. A true and correct copy of Sunrun's Telemarketing Policy in place during the Relevant time, identified as SUNRUN-PB-000213–SUNRUN-PB-000218, is attached hereto as **Exhibit A**.

23. A true and correct copy of Sunrun's Do-Not-Call Policy in place during the Relevant time, identified as SUNRUN-PB-000145–SUNRUN-PB-000146, is attached hereto as **Exhibit B**.

24. A true and correct copy of Sunrun's Marketing and Advertising Compliance Policy in place during the Relevant time, identified as SUNRUN-PB-000169–SUNRUN-PB-000175, is attached hereto as **Exhibit C**.

***Training***

25. Sunrun trains employees on Sunrun's TCPA-related policies.

26. All employees engaged in outbound calling receive TCPA training, including regarding DNC obligations, before placing any calls. These employees, and managers with supervisory authority, complete compliance training on at least an annual basis.

27. Sunrun's training spans TCPA compliance broadly, including information about consent for TCPA purposes and DNC lists. It also covers procedures for ensuring DNC compliance, including prohibiting obtaining lead information outside of approved channels, prohibiting calling without consent, how to handle DNC requests, and the procedures for recording those requests in Sunrun's systems.

28. A true and correct copy of TCPA training module Sunrun's employees review, identified as SUNRUN-PB-000153–SUNRUN-PB-159, is attached hereto as **Exhibit D**. As can be seen in Exhibit D, this five-lesson training module covers specifically, among other things, how to follow Sunrun's do-not-call process to ensure that Sunrun's internal do-not-call list is updated in real time to automatically prevent future calls to any telephone number on that list.

**Records Related to the Number**

29. During the course of this litigation, I have received the full Number. I have reviewed Sunrun's records concerning the Number.

30. Sunrun's records reflect that on July 11, 2024, someone visited a third-party website (the "Website") and submitted information, including the Number, the name "Peggy Bnaks," and the email address [redacted] via webform requesting information about solar energy. The webform included the following, and the user clicked "SUBMIT" to submit the webform:


SUBMIT

By clicking "Submit" you authorize up to five partners to call you (including through automated means; e.g. autodialing, text and pre-recorded messaging) via telephone, mobile device (including SMS and MMS) and/or email, at the number you entered above, with offers about their products or services, even if your phone number is on any national or state "Do Not Call" list and you agree to our Terms of Use and Privacy Policy. Message and data rates may apply. Your consent here is not based on a condition of purchase.

31. A true and correct copy of the webform Plaintiff used to submit her information, identified as SUNRUN-PB-000001–SUNRUN-PB-000008, is attached hereto as **Exhibit E**.

32. The text "five partners" is hyperlinked to a webpage that listed Sunrun. A true and correct copy of that webpage, identified as SUNRUN-PB-000081–SUNRUN-PB-000144, is attached hereto as **Exhibit F**.

33. A lead vendor that Sunrun contracted with submitted the lead information from this submission to Sunrun. The lead vendor supplied the July 11 submission exclusively to Sunrun.

34. A true and correct copy of the Jornaya report for this submission, identified as SUNRUN-PB-000996–SUNRUN-PB-000999, is attached hereto as **Exhibit G**. Exhibit G includes

a hyperlink to a "visual playback" confirming completion and submission of the webform.

35. A true and correct copy of a screenshot of the information from the July 11, 2024 lead received and maintained by Sunrun in the ordinary course of Sunrun's business, identified as SUNRUN-PB-000066, is attached hereto as **Exhibit H**.

36. A true and correct copy of "lead log" data for each lead received for the Number (by both Sunrun and CEE), which is maintained in Zeus and in the ordinary course of Sunrun's business, identified as SUNRUN-PB-000067, is attached hereto as **Exhibit I**. The third row of data in Exhibit I reflects the matching lead and Jornaya report information for the July 11, 2024 webform submission to Sunrun. The other two leads reflected in the lead log were received by Sunrun's subsidiary, Clean Energy Experts, LLC ("CEE"). No calls were placed by CEE or Sunrun in connection with those two subsequent leads.

37. Following the July 11, 2024 webform submission, Sunrun attempted to contact Plaintiff on the Number beginning on July 11, 2024 through August 16, 2024.

38. A true and correct copy of the "call log" for each of the calls placed to Plaintiff, identified as SUNRUN-PB-000068, is attached hereto as **Exhibit J**.

39. A review of Sunrun's call records and call recordings confirms that Plaintiff never answered a call from Sunrun, did not ask Sunrun to stop calling her, and did not request that the Number be placed on Sunrun's DNC list.

40. Only two dispositions are tagged in Sunrun's call records for the Number: "Answering Machine" and "No Answer/VM/Continue to Call — NON FINAL", both of which reflect that the call was not answered.

41. I have reviewed the call recordings associated with the Number and none connected, but rather they all went to Plaintiff's voicemail.

42. I understand that, on or about August 30, 2024, Sunrun received a letter from Plaintiff dated August 28, 2024 asserting Sunrun violated the TCPA in connection with the Calls. A true and correct copy of this letter, identified as SUNRUN-PB-000149–SUNRUN-PB-000150, is attached hereto as **Exhibit K**.

43. Sunrun placed the Number on its internal DNC list after receiving this letter. Sunrun

did not place the Number on its internal DNC list until after receiving this letter because Plaintiff did not previously make a stop request or otherwise request to be placed on Sunrun's DNC list. Sunrun has not called the Number since it was added to Sunrun's DNC list.

44. The Zeus records also reflect that on July 15, 2024 and March 6, 2025, someone submitted information via webform, including the Number, the name "Peggy Banks," and the email address [redacted], requesting information about solar energy. Both leads associated with these webform submissions were received by CEE. Neither of the leads, however, passed other Zeus checks: the lead from the July 15, 2024 submission was received within 21 days of the July 11 lead providing Sunrun permission to call the Number and Sunrun was still calling the Number based on the July 11 lead, and the lead from the March 6, 2025 submission was received after Plaintiff's Number had already been added to CEE's internal DNC list (and Sunrun's internal DNC list). Accordingly, DO_NOT_CALL tags were applied in the Zeus system for both submissions and neither was transmitted to CEE's dialer system for calling.

45. A true and correct copy of the Jornaya report for Plaintiff's July 15, 2024 submission to CEE, identified as SUNRUN-PB-CEE-000005–SUNRUN-PB-CEE-000008, is attached hereto as **Exhibit L**. Exhibit L includes a hyperlink to a "visual playback" confirming completion and submission of the webform.

46. A true and correct copy of the Verisk f/k/a Jornaya report for Plaintiff's March 6, 2025 submission to CEE, identified as SUNRUN-PB-CEE-000001–SUNRUN-PB-CEE-000004, is attached hereto as **Exhibit M**. Exhibit M includes a hyperlink to a "visual playback" confirming completion and submission of the webform.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 29, 2026

By: Signed by: Christine Agualo 94DE410A71AA453...
CHRISTINE AGUALO