# EXHIBIT B

sunrun

**SUNRUN DO-NOT-CALL POLICY**

Recently, you asked for a copy of Sunrun Inc.'s ("Sunrun") "Do Not Call" Policy. This document sets forth and summarizes that Policy.

It is Sunrun's policy to comply with federal and state telemarketing laws and regulations, including the Telemarketing Sales Rule and the Telephone Consumer Protection Act, as well as relevant state telemarketing laws and regulations, and to honor consumers' requests not to receive telemarketing calls from Sunrun. Sunrun trains all employees and agents who engage in telemarketing and other types of calling on this policy, applicable call-related laws and regulations, and the following procedures before they are allowed to place outbound calls. Sunrun also takes steps to confirm that relevant personnel review this policy periodically.

Sunrun maintains an internal list of telephone numbers of persons who have indicated that they do not wish to receive telemarketing calls or text messages from us ("**Sunrun Do Not Call List**"). If you do not want to receive marketing calls or text messages from Sunrun, you may request that we place your telephone number(s) on our internal Sunrun Do Not Call List. Sunrun will accept your do not call request even if you only provide your telephone number.

Consumers may request, via telephone or in writing, to stop receiving telemarketing calls from Sunrun and place their telephone number(s) on the Sunrun Do Not Call List by making such request: (1) during a call, (2) by contacting us at 844-257-3920, or (3) by mailing the request to Sunrun Inc., c/o Legal, 225 Bush St. #1400,, San Francisco, California, 94104. If you have multiple telephone numbers, please tell us all the telephone numbers that you want placed on the Sunrun Do Not Call List. If your information changes, please notify us of the new telephone number(s) to prevent telemarketing calls to such number(s). You can make a do-not-call request even if you are still our customer. While Sunrun works expeditiously to add the requested telephone number(s) to the Sunrun Do Not Call List, in some cases it may take up to 10 days, but no longer than 30 days, from our receipt of your request to remove a telephone number from our campaign lists.

The Sunrun Do Not Call List applies only to telemarketing calls made from Sunrun only. You still may receive telephone calls from third parties with whom we have shared your contact information (if at all) regarding their products and services, and you will need to separately submit a "Do Not Call" request to those parties. Sunrun may continue to contact its customers by telephone for non-solicitation purposes including, but not limited to, service-related issues, surveys, and billing.

Although we may ask for additional information (such as your name), as stated above, we will accept your request even if you only provide your ten-digit telephone number(s). If you notify us that you have received a telemarketing call from us after you request to be placed on the Sunrun Do Not Call List, we will investigate and personally confirm that the number is on or has been added to the Sunrun Do Not Call List. Upon request, we will also mail you confirmation that the number is on or has been added to the Sunrun Do Not Call List. Sunrun has procedures to scrub telephone numbers against the Sunrun Do Not Call List and state and federal "Do Not Call" registries, as applicable.

Please note, if you subsequently provide affirmative express consent to Sunrun, through a Sunrun-operated website, or a third-party partner to receive telemarketing calls, you may receive telemarketing calls from Sunrun again. As a result, if you no longer wish to receive telemarketing calls thereafter, you will need to submit a new "Do Not Call" request to Sunrun.

In addition, you may place your telephone number(s) on the National Do Not Call Registry maintained by the Federal Trade Commission by calling 888-382-1222 or visiting www.donotcall.gov. It may take several weeks before you notice a reduction in calls. Please note that, even if you add your number(s) to the Registry, we still may contact you in accordance with applicable law.

If you have any questions, or would like a hard copy of this policy, please contact Sunrun at 844-257-3920 or Sunrun Inc., c/o Legal, 225 Bush St. #1400, San Francisco, California, 94104.