# EXHIBIT C
# FILED UNDER SEAL