# EXHIBIT E

GovSolarPrograms

California Eligibility Process (45% Complete)

# Street Address

Will Locate Your Home's Position To The Sun

TYPE HERE

San Dimas, CA 91773, US

CONTINUE

IMPORTANT DISCLOSURES

GovSolarPrograms.org is an independent company. We are not affiliated, associated, authorized, endorsed by, or in any way officially connected with any state or government agency. All product and company names are trademarks or registered trademarks of their respective holders. Use of

GovSolarPrograms

and only apply to solar (PPA) and solar lease options. Not all cus… …in-person appointments may be recorded for quality assurance. Eligibility and savings is determined by municipal utility, roof condition and roof space, azimuth, tree location, shading, weather and other factors.

Terms Of Use
Privacy Policy
CCPA Request
Contact Us
Unsubscribe

2023 GovSolarPrograms.org All rights Reserved.

GovSolarPrograms

California Eligibility Process (45% Complete)

# Email Address

We'll send you participation details.

********* Enter Your Email Address

CONTINUE

IMPORTANT DISCLOSURES

GovSolarPrograms.org is an independent company. We are not affiliated, associated, authorized, endorsed by, or in any way officially connected with any state or government agency. All product and company names are trademarks or registered trademarks of their respective holders. Use of

GovSolarPrograms

and only apply to solar (PPA) and solar lease options. Not all customers will qualify. Phone calls and in-person appointments may be recorded for quality assurance. Eligibility and savings is determined by municipal utility, roof condition and roof space, azimuth, tree location, shading, weather and other factors.

Terms Of Use
Privacy Policy
CCPA Request
Contact Us
Unsubscribe

2023 GovSolarPrograms.org All rights Reserved.

GovSolarPrograms

California Eligibility Process (65% Complete)

# Your Name

Your Privacy is Protected

First Name

Last Name

CONTINUE

IMPORTANT DISCLOSURES

GovSolarPrograms.org is an independent company. We are not affiliated, associated, authorized, endorsed by, or in any way officially connected with any state or government agency. All product and company names are trademarks or registered trademarks of their respective holders. Use of

GovSolarPrograms

and only apply to solar (PPA) and solar lease options. Not all customers will qualify. Phone calls and in-person appointments may be recorded for quality assurance. Eligibility and savings is determined by municipal utility, roof condition and roof space, azimuth, tree location, shading, weather and other factors.

Terms Of Use
Privacy Policy
CCPA Request
Contact Us
Unsubscribe

2023 GovSolarPrograms.org All rights Reserved.

GovSolarPrograms

California Eligibility Process (75% Complete)

# Phone Number

The Best Number To Reach You At If You Qualify?

Phone Number

*********

SUBMIT

By clicking "Submit" you authorize up to five partners to call you (including through automated means; e.g. autodialing, text and pre-recorded messaging) via telephone, mobile device (including SMS and MMS) and/or email, at the number you entered above, with offers about their products or services, even if your phone number is on any national or state "Do Not Call" list and you agree to our Terms of Use and Privacy Policy. Message and data rates may apply. Your consent here is not based on a condition of purchase.

IMPORTANT DISCLOSURES

GovSolarPrograms.org is an independent company. We are not affiliated, associated, authorized, endorsed by, or in any way officially connected with any state or government agency. All product and company names are trademarks or registered trademarks of their respective holders. Use of

GovSolarPrograms

and only apply to solar (PPA) and solar lease options. Not all customers will qualify. Phone calls and in-person appointments may be recorded for quality assurance. Eligibility and savings is determined by municipal utility, roof condition and roof space, azimuth, tree location, shading, weather and other factors.

Terms Of Use
Privacy Policy
CCPA Request
Contact Us
Unsubscribe

2023 GovSolarPrograms.org All rights Reserved.