# EXHIBIT F

GovSolarPrograms

Secure Form

# List of US Residential Solar Installers

GovSolarPrograms.org works with most of the major residential solar installers in the USA, of which a partial list is included below (this list is not necessarily comprehensive).

## Our goal is, in order of importance:

To connect homeowners with the highest quality installers
To provide homeowners with several options so that can directly compare installer offers
To provide additional help and support for other questions.
If you clicked here from the signup page hit the back button to complete the form and get a solar estimate from up to 4 installers.

If you signed up to get a solar estimate you may be contacted by one or more of the following solar installers:

## Residential Solar Installers List:

# Numerical

- ADT
- SunPro Solar
- ADT Solar
- 0Titan Solar & Remodeling
- 1 Solar Solutions

- 2Four6 Solar
- 2K Solar
- 310 Solar LLC
- 31Solar LLC
- 360 Solar Energy
- 360 Solar Group
- 5 Mile Media
- 76 Solar

# A

- A & R Solar
- A Division of Mechanical Energy Systems
- A National Electric Service Inc.
- A&M Energy Solutions
- A&R Solar
- A.D.D. Solar Connect
- A.I. Solar
- A.M. Solar
- A-1 Electric
- A1 Energy LLC
- A1 Solar LLC
- A1 Solar Power
- A1A Solar
- A1A Solar Contracting Inc.
- AA Solar Services LLC
- AAA Solar
- AAE Solar

GovSolarPrograms

Secure Form

- Abbott Electric Inc.
- ABCO Solar
- ABest Energy Power
- Ablaze Energy
- Able Energy
- Able Energy Co.
- Absolute Solar
- Absolutely Solar
- Abundant Energy
- Abundant Solar
- AC Solar Inc.
- Accelerate Solar
- Access Geothermal
- ACDC Solar
- ACME Environmental
- ACME International Services Inc.
- Acro Energy
- Active Energies
- Active Energies Inc.
- Active Energies Solar
- Active Solar
- Activus Corp
- Addin Solar
- Addison Homes LLC
- Addy Electric
- Adobe Reo
- Adobe Solar

- Advance Solar & Spa
- Advance Solar Construction
- Advance Solar Construction LLC
- Advanced Alternative Energy Solutions
- Advanced Commercial Enterprises
- Advanced Distributed Generation
- Advanced Energy Resources
- Advanced Energy Services
- Advanced Energy Solutions
- Advanced Energy Systems Development LLC
- Advanced Mechanical Systems Inc.
- Advanced Solar Electric
- Advanced Solar Electric, Inc.
- Advanced Solar Energy
- Advanced Solar Power Inc.
- Advanced Solar Tech
- Advanced Solar Technologies LLC
- Advanced Solarone Products
- Advancing Solar
- Aegis Solar Energy
- Aerobine
- Aerosun Electric
- AET Solar
- AFC Comfort Company
- AFC Solar
- Affordable Energy Concepts
- Affordable Energy Solutions

- Affordable Solar Contracting
- Affordable Solar Group LLC
- Affordable Solar Hot Water and Power LLC
- AffordaSolar, Inc.
- Air Wind & Solar LLC
- Airo Marketing
- Albany Solar Energy
- Alder Energy Systems
- Alex Chapin
- Alien Fuel Inc.
- All Bright Custom Solar LLC
- All Electric
- All Electrical & Telecom
- All Energy Inc.
- All Energy Solar Inc.
- All Green It
- All In One Exteriors
- All On Electric
- All Pro Solar Svcs
- All Season Solar
- All Solar Electric
- All Solar Inc.
- All Valley Solar
- Alladin Solar LLC
- Allied Technical Services
- Allsolar Service Company Inc.
- Allstate Jersey Central Electric & Solar

GovSolarPrograms

Secure Form

- Alpenglow Solar
- Alphatech Resource Holdings s.r.o.
- Alpine Solar
- Alt Marketing NYC LLC
- Alten Group
- Alter Systems LLC
- Alternate Energy Solutions LLC
- Alternatech
- Alternative Energy Concepts Inc.
- Alternative Energy Resources
- Alternative Power Enterprise
- Alternative Power Solutions Corp.
- Alternative Power Systems
- Alternative Power Systems Inc.
- AM Solar
- Am Sun Solar
- Amazing Construction
- Ambition Electric Inc.
- Ameco Solar Inc.
- Amercan Solar Energy LLC
- Amergy Solar
- American Design & Build
- American Electric (See Sunrun)
- American Green Energy Source, Inc.
- American Pacific Solar
- American Patriot Solar
- American Solar

- American Solar Direct
- American Solar Energy
- American Solar Energy (Jason Obermiller)
- American Solar Power
- American Solar Solution
- American Solar Specialists LLC
- American Solargy Inc. & American Solargy Electric
- American Vision solar
- Ameryk LLC
- AMI Energy Solutions
- Amped On Solar LLC
- Anderson Electric LLC
- Anderson Solar Controls
- Angel Wind Energy Inc.
- Angle Solar Solutions
- Anubis Power and Electric
- Apex Solar Inc.
- Apollo Solar
- Appalachian Renewable Power Systems LTD.
- Applied Energy Innovations
- Applied Solar Energy
- Applied Solar Energy / Solex
- APS Solar
- Aram Solar
- Arctic Sun LLC
- Are Sun Solar
- Argand Energy

- Arise Energy Solutions LLC
- Arizona Energy Pros
- Arizona Energy Pros Inc.
- Arizona Solar Concepts
- Arizona Solar Concepts LLC
- Arizona Solar Wave
- Arizona Solar Wave & Energy
- Ark Solar
- Armando's Construction Services
- Arroyo Electric
- Art Construction
- Artisan Electric Inc.
- ASC Solar Solutions LLC
- ASI Heating, Air & Solar
- Asidaco LLC
- Assured Solar Energy
- Aston Solar
- Aston Solar (Harry Tuvel)
- Astralux Solar
- Astrum Solar
- Aten Solar
- Atlantic Solar Solutions Inc.
- Atlasta Solar
- Atlasta Solar Center
- Aubrey Digital Home
- Aurora Energy Inc.
- Automated Lead Generation LLC

- Axis Energy
- Ay Solar
- Aztec Solar Power

# B

- B & B Solar
- B.E. Solar
- Bakhshai Enterprises
- Bank On Solar
- Banner Home Solutions
- Barrus Solar
- Basin Industries Inc.
- Bay State Solar Solutions
- Bayman Electric
- Bayou Solar LLC
- Baystate Solar Power
- BDS Solar
- Beaver Solar
- Beehive Technical Services
- BeFree Solar
- Bell Solar Electric LP
- Bella Energy
- Bella Power and Light
- Bella Solar
- Bellwether Construction LLC
- Benefitlogix Marketing Group, llc.
- Bentley Global Associates LLC

- Better Green Building Company
- Big D Electric
- Big Dog Renewable Energy
- Big Sky Renewable Energy
- Bills Solar
- Black Platinum Solar & Electric Inc.
- Blair General Contracting
- Blake Electric Inc.
- Blue Marble Solar
- Blue Pacific Solar
- Blue Ridge Sun
- Blue Selenium Solar Inc.
- Bluechip Energy LLC
- Bluestar Solar Energy LLC
- BMC Solar
- BME Satellite and Solar LLC
- Bold Alternatives
- Bombard Electric
- Bonterra Solar
- Bonterra Solar Service
- Border Solar
- Boston Solar
- Boykin & Boykin Construction Inc.
- Bozeman Green Build
- Briggs Electric
- Bright Eye Solar LLC
- Brightergy – St. Louis

GovSolarPrograms

Secure Form

- Brite Idea Energy
- Brothers Electric and Solar
- Brower Mechanical, Inc.
- Brownell Electric Corp.
- Bruce Media Corp
- Buehler Brothers Electric & Solar
- Buena Vista Technologies
- Buffalo Solar Solutions
- Built Well Solar
- Builtgreen California
- Burlington Solar

# C

- C & J Solar Solutions
- C.A.M. Solar
- C.A.M. Solar Inc.
- CA Home Solar
- Cal Paso Solar
- Cali Contractors
- California Green Designs
- California Preferred Solar
- California Solar
- California Solar Concepts
- California Solar Energy
- California Solar Engineering
- California Solar Systems
- California Solar Systems Inc

- Call Box Sales & Marketing Solutions
- Cal-Power Inc.
- CalSun Electric & Solar
- Candelaria Solar Electric
- Cap City 1
- Cape Fear Solar Systems
- Cape Fear Solar Systems LLC
- Capital City Solar was previously Solarecity Electric
- Capital Sun Group
- Carbon Vision
- Care Free Homes Inc.
- Carlson Electric
- Carr Creek Electric Service
- Carr Creek Electric Service LLC
- Cascade Renewable Energy
- Cascade Sun Works
- CCMS Inc
- CE Team
- Cedar Creek Energy
- CEGA Clean Energy Group Alliance
- Central California Solar
- Certified Safe Electric Inc.
- Certified Solar Solutions LLC
- Chicago Windy City Solar Corp.
- Chimney Specialists Inc.
- Chippewa Valley Alternative Energy
- Cienaga Solar

- CIR Electrical Construction Corp.
- Circuit Electric LLC
- Circular Energy
- Clackamas Electric Inc
- Clarke & Rush
- Clean & Green Alternatives LLC
- Clean Energy Authority
- Clean Energy Collective, LLC
- Clean Energy Concepts
- Clean Energy Design LLC
- Clean Energy Experts
- Clean Energy Solutions
- Clean Solar
- Cleantech Energy Solutions
- Clear Horizon LLC
- Clear Satellite
- Clear Solar Company
- Clear Solar Energy
- Cleveland Solar & Wind
- Club Solar
- CM Solar Electric
- CMI Solar & Electric
- CMI Solar Electric Inc.
- CNE Services LLC
- CNY Solar Inc.
- Coast Design & Build
- Coastal ICF Sunfarm Energy

- Coastal Solar Solutions
- Code Green Solar
- Comerford Solar
- Comfort Engineered Systems Inc.
- Comfort First Heating and Cooling Inc.
- Comfort King
- Common Practice Building
- Community Energy
- Complete Resources Building and Repair Inc.
- Complete Solar Solution
- Concept Solar Co.
- Conley Sheet Metal Works Inc.
- Connect Plus
- Connected Power Systems LLC
- Connecticut Sun and Power LLC
- Connector Electric
- Conservation Solutions LLC
- Consolidated Solar Technologies
- Constant Energy Source
- Consumer Energy Advocates
- Contactability
- Contractors Electrical Service
- Contractors Referral Services LLC
- Conundrum Technologies
- Convergence Energy LLC
- Cooler Planet
- Cornett Roofing

- Cosmic Solar Inc.
- CPSI Solar
- Craftmasters General Contractors Inc.
- Creative Energies
- Creative Solar USA
- Crediquest – SDS
- Cross River Solar
- CSI Sun
- CSI&E
- CSS Construction
- CT Solar Services
- C-Tec Solar
- Current Installation LLC
- Custom Media
- Custom Solar
- Custom Solar and Leisure LLC
- Customer Service Center LLC

# D

- D & M Alternative Energy
- D & R Energy Services Inc.
- D&M Energy Alternative
- D&W Technologies
- Dale's Remodeling
- Dan Warren
- David Jensen (Verengo)
- Day and Night Solar

GovSolarPrograms

Secure Form

- De Freitas Construction
- DEC Solar Electric
- Dependable Solar Products Inc.
- Desert Solar Designs
- Design Technics
- DFW Solar Electric
- Direct Connect Solar & Electric LLC
- Direct Solar Inc.
- Directsun Solar Energy & Technology
- DIRECTV
- DiscoverBPO
- Dixie Home Crafters LLC
- DJ Belanger Enterprises
- DMI Partners
- DNJ Home Imporovement Consultants, Inc
- Donley Service Center
- Dovetail Solar
- Dovetail Solar and Wind
- Down to Earth Solar
- DPS – ePath Media
- DPS – LeadPoint
- Driven Solar
- Dubco Solar
- Durango Solar
- Durango Solar Works
- Dvinci
- Dwell Tek LLC

GovSolarPrograms

Secure Form

# E

- E & E Electric LLC
- E2 Solar
- Earth and Air Technologies LLC
- Earth Electric
- Earth Energy Innovations
- Earth Energy Unlimited
- Earth First Solar
- Earthcrib
- Eastern Energy Services
- Eastern Energy Systems
- Eastern Massachusetts Solar Store
- Eastern Plains Solar & Wind
- EastWest Solar LLC
- Easy Energy
- EBR Energy Corporation
- Eburg Solar
- Eco 360 Solutions
- Eco Depot
- Eco Depot Inc.
- Eco Depot USA
- Eco Solar & Electric
- Eco Solar Solutions
- Eco Solar Solutions LLC
- Ecobilt Energy Systems
- Ecofour LLC

- Ecolibrium
- Ecological Energy Systems LLC
- Ecolution Energy
- Ecomark Solar LLC
- Ecomen Solar
- Economic Energy Solutions
- Econstruction
- EcoSmart Home Services
- Ecotech Energy Systems LLC
- Ecovision Electric
- ECS
- ECS Solar
- Edge Energy
- Edison Power and Lighting
- Edison Solar
- Edlab LTD
- Educa Products
- EEE Consulting
- Efficient Home Construction
- El Paso Green Energies LLC
- Electric Connection Solar
- Electricare & Inland Solar Center division of Electricare and Sun Is Money, Marketing
- Elektron Solar
- Element Power Systems Inc
- Elevation Solar
- Elite Solar
- Emerald Enterprise Corp

GovSolarPrograms Secure Form

- Encon
- Endless Mountain Solar (John)
- Endless Mtn Solar Services
- Endlessmountainsolar
- Energy 1
- Energy By Choice
- Energy Concepts
- Energy Concepts Inc.
- Energy Conservation Solutions
- Energy Consultants Group LLC
- Energy Design
- Energy Efficiencies LLC
- Energy Environmental Corporation
- Energy Independent Solutions
- Energy Management Inc.
- Energy Master
- Energy One Corp
- Energy Pro Solar
- Energy Remodeling
- Energy Savings USA
- Energy Shop
- Energy Smart
- Energy Solutions
- Energy Solutions By Total
- Energy Solutions Group
- Energy Unlimited LLC
- Energy Wise New York

- Energywize LLC
- Engineered Solar
- Engineered Solar & MEP Systems
- Enlyten Energy
- Envinity Inc.
- Enviroedge Inc.
- Envirohome LLC
- Environmental Heating Solutions LLC
- Environome Solar
- Epcon Solar
- Epic Energy
- Erus Energy
- ESI
- ETH Inspections & Construction
- Ethosolar
- ETI Services
- Euclid Energy Performance Contractors
- EV Solar Products Inc.
- Evan Esposito Solar Consulting
- Everguard Roofing & Solar
- Everlast Home Energy Solutions
- Everything Solar
- EWB Alternative Energy Systems
- Exact Solar
- Excel Electric Inc.
- Executive Electric LLC
- Express Solar

- EZ Solar Inc.
- EZnergy

# F

- F.P.S. The Solar Specialist
- Facilitylogic
- Fafco Solar Energy
- Fast Track Marketing
- Fenestra Solar
- Ferrara Electric
- Ferrin's Air Force
- Fidelity Home Energy
- Fields of Leads
- Fire Mountain Solar LLC
- First National Solar, LLC
- First Power and Light
- First Source Solar Systems
- Fisher Electric and Solar
- Fisher Renewables
- Flatiron Solar
- Flatiron Solar LLC
- Florida Energy Water & Air Inc
- Florida Home Improvement Associates
- Florida Pool Heating Inc.
- Florida Power
- Flow Media
- Foothills Energy Solutions

- Fountain Valley Electric
- Fountain Valley Electrical
- Fourth Coast Inc.
- Frase Electric LLC
- Frederickson Electric Inc.
- Free Energy Systems
- Freedom Air & Insulation
- Friends Solar LLC
- Full Spectrum Solar

# G

- G Crew Solar
- G2Power Technologies LLC
- Gardner Engineering
- GCI Solar
- GEJO Inc.
- Gem Solar Properties LLC
- General Necessity Services
- Generated Power Systems LLC
- Generation 819
- Genesis Power Systems
- Geneva
- Geonomic Developments
- Geopeak Energy LLC
- George Sowers
- George Sparks Inc
- Georgia Building Analysis LLC

- Geoscape Solar
- Geostellar
- Get Engaged Inc
- Get Natural Energy Wind & Solar LLC
- Gettysburg Solar LLC
- GGE Solar
- Global Energy
- Global Green Energy
- GNRG, Inc
- Go Data Services – DMB
- Go Data Services – LCN
- Go Green 4 Power
- GO Simple Solar
- Go Solar
- Go Solar Group
- Go Solar Inc.
- Go Solar Now
- Going Green Solar
- Going Green Solar, LLC
- Golden Solar
- Golden West Energy
- Gone Green Technologies
- Good Electric Inc.
- Got Leads
- Got Sun Energy
- GOYO Media
- Granite Bay Energy

- Great Brook Solar NRG LLC
- Great Lakes Renewable Energy
- Green & Solar Works
- Green Air
- Green Brilliance
- Green City Solar
- Green Conception
- Green Conception, Inc.
- Green Construction Service
- Green Dragon Solar
- Green Energy
- Green Energy Experts
- Green Energy Group
- Green Energy Products LLC
- Green Energy Systems
- Green Engineering Solar
- Green Essex Solar
- Green Field Energy Solutions
- Green Fuel Technologies
- Green Guy Solutions
- Green Horizons Wind
- Green Life Technologies, Inc.
- Green Power Energy
- Green Power Systems Inc.
- Green Power Works Inc.
- Green Roots Electric LLC
- Green Spring Energy

- Green Street Solar Power
- Greenbelt Solar LLC
- Greene Tech Renewable Energy
- Greener Dawn
- Greeniverse
- Greenleaf Solar Energy LLC
- Greenlogic Energy
- Greenmodeling
- Greenspring Energy
- Greenspring Energy (Jay Radcliff)
- Greenstone Solar
- Greentech Solar USA
- Greenwire Systems
- Greenworks Energy
- Grid Alternatives
- Grid City Energy
- Grid Freedom
- Guardian Services
- Guerrera & Sons Electric Inc.
- Gulf South Electric & Solar
- Gulf South Solar LLC
- GWA International

# H

- H&H Solar Energy Services
- H2Sunlight
- Haleakala Solar

GovSolarPrograms

Secure Form

- Hannah Solar
- Hannah Solar LLC
- Harmon Solar
- Harmony Solar
- Harrison Electric
- Harsh
- Harvest Solar and Wind Power
- HauteProspects
- Havasu Solar
- Hawaii Energy Smart LLC
- Hawaiian Island Solar
- Hawaiian Island Solar Inc.
- Healthy Homes America
- Healthy Homes America Inc
- HelioPower
- Heliotropic Technologies
- Herca Solar
- HES
- Hesolar LLC
- Hi Desert Industrial Electric
- Hickory Ridge Solar
- High Altitude Marketing
- Highlight Solar
- Hire Electric Inc. Solar Division
- HK Flavors Limited
- HMP Constructors LLC
- Home Energy Conservation

- Home Improvement Leads
- Home Security Advisors
- Home Security Advisors
- Home Security Team
- Home Star Solar Solutions
- HomeAdvisor
- HomeAdvisor
- HomeBulletin.net
- Honey Electric Solar Inc.
- Honeycomb Solar
- Horizon Solar
- Horizon Solar Power
- Horizon Solar Power - Spectrum
- Hoskins International LLC
- Hosted Offer Unsubscribes
- Hot Purple Energy
- Hotwire Electric Corp.
- HSC Solar
- HSC Solar, Inc
- Hudson Solar
- Hummingbird Electric
- Humphrey & Associates Inc.
- Hydrox Technologies

## I

- I.N.O. Electrical Service Inc.
- Icon Solar

- I-Group Renewable Incorporated & The Institute of Computer Aided Design and Drafting (ICADD International)
- iGroup Renewables
- iLegacy Insurance
- Illiana Power Corporation
- Imacutech LLC
- Impact Solar
- Inboxed LLC
- Independence Renewable Energy
- Independent Power Corporation
- Independent Power Systems
- Independent Solar
- Indicom Electric Company
- Individual Power Solutions
- Inerex LLC
- Infinergy Wind & Solar of Central Texas
- Infinergy Wind & Solar of NM
- Infinergy Wind and Solar of Colorado
- Infinity Solar Systems
- Inland Electric
- Innovative Energy a.k.a. renewablepower.com
- Innovative Energy Inc
- Innovative Energy Inc.
- Insurance Guide
- Integrated Energy Concepts LLC
- Integrity Heating, AC & Solar
- Integrity Solar
- Intelisolar Constructions

- Ion Energy
- Ion Solar LLC
- IQ Power
- Island Power
- Island Solar
- Islandwide Solar
- Iwamoto Electric
- Izun Energy
- Izzy Ziane

# J

- J&m Phillips Electrical
- J. Ranck Electric Inc.
- J.D. Stratton Electric Inc.
- Jamar Power Systems
- Jason Obermiller
- JB Solar Energy LLC
- JBC Solar
- JBS Solar and Wind
- JC Mechanical
- JD Custom Solar Installers
- Joule Energy
- JRB Solar Energy
- June Company Renewable Energy
- Just Do It Builders
- Just Smart Solar
- JVC Energy

- Kahn Solar
- Kaitanna Solar, LLC
- Kapa Construction Company LLC
- Kawa Media
- KC Larson
- Kenergy Solar
- Keola Hunt (Sun Edison Rep)
- Kevin Farrell
- Key Energy Solutions
- Key Heating & Air Conditioning Inc.
- Keystone Alternative Energy and Technology
- Keystone Renewable Energy Solutions
- Kings Electric & AC
- Kiss Electric LLC
- Kopp Electric
- Kopp Electric Company
- Kopp Solar
- Kurios Energy
- Kurt Johnsen Energy Systems
- Kuykendall Solar
- KV Solar Supply
- KW Management Inc.
- KW Solar Solutions

# L

- L.I. Green Team
- LA Solar Energy

- Laser Marketing
- Laser Marketing
- Lawrence Wind and Solar
- Lawrence Wind Energy
- Leadility
- Leadrilla
- Leads Barter, Inc.
- LeadVision, LLC
- Leaf Solar Power
- Leamy Electric Inc.
- Legend Builders
- Lenape Solar LLC
- Lender Daily
- Lender411.com
- LG TEST
- LHF Marketing Corp.
- Libertas Solar and Electric LLC
- Life Style Solar
- Lifestyle Solar
- Light Wave Solar
- Lighthouse Solar
- Lighthouse Solar Systems
- Lightspace Solar Electric
- LL Media, LLC
- Localrity
- Lodi Services Heat
- Long Island Solar Solutions

- LTRLED Lighting
- Lucerne Pacific
- LumiNation Home Energy
- Luminous Solar

# M

- M. T Ruhl Electrical Contracting
- Mac Solar
- Madan Contact Centers Corporation
- Madison Ave Media
- Magic Sun
- Maine Guide Wind Power LLC
- Majestic Son & Sons
- Mannino Electric Inc.
- Mark Solar Solution
- Marriott Dowden
- Martifer Solar USA, Inc.
- Martin Companies LLC
- Martin Electric and Solar
- Maryland Solar Solutions
- Maryland Solar Solutions Inc.
- Mass Renewables Inc.
- Match Media Group
- Matt Lane (SC Rep)
- Maui Pacific Solar
- Maximus Solar
- Maximus Solar LLC

- MCCG Solar Energy Inc.
- McDonald Solar and Wind
- MediaMix 365
- Mee Solutions, Inc.
- Mercury Solar
- Mercury Solar Systems
- Metruk's Electrical Contracting Inc.
- Mewcury Solar Systems
- Michael W. Fink Electrical Inc.
- Michele DeGeorge
- Michigan Solar & Wind Power Solutions
- Microgrid Energy
- Microgrid Solar (Customer Service Center LLC)
- Mid Peninsula Roofing
- Mid10 Marketing, LLC
- Midamerica Solar
- Midstate Renewable Energy Services
- Mid-State Solar
- Midwest Marketing
- Midwest Solar and Electric
- Midwest Solar Power
- Midwest Solar Power LLC
- Midwest Wind and Solar LLC
- Milectra Inc.
- Milestone Solar
- Milestone Solar Consultants
- Milholland Electric Inc

- Mississippi Solar LLC
- Missouri Solar Applications
- Missouri Solar Solutions
- Missouri Sun Solar
- Missouri Valley Renewable Energy
- Modernize
- Mohr Power
- Momentum Solar
- Montes Electric
- Moore Energy
- Moore Energy LLC
- Morgan and Morgan Solar
- Mountain View Solar & Wind
- Mountaintop Greene Clean Energy
- Mr Build Home Improvement
- Mr Electric of Sonora
- Mr. Central Home Services
- Mr. Electric of Sonora
- Mr. Solar
- Mr. Sun Solar a Neil Kelly Co.
- Msconco
- Muth & Sons Pluming Inc. 5th Generation Plumbers
- MxV Connections
- My Smarthouse
- MyMedsFree.com

# N

GovSolarPrograms

Secure Form

- Nation One Capital
- National Security Alarms
- NationalHomeProject
- Nationwize Solar
- Native
- Natural energy USA
- NC Solar Now
- Neo Solar Store
- NESL-USA
- Net Electric & Solar
- Net Zero Energy Homes
- New Century Electric & Solar
- New Day Energy
- New Day Solar
- New England Clean Energy LLC
- New Gen Solar
- New Ideas & Innovations
- New Jersey Clean Energy Solutions
- New Market Holdings
- New Solar Inc.
- New Wave Solar Energy LLC
- Newkirk Electric Associates Inc.
- Newport Solar
- NexGen Construction
- Next Generation Alternative Energy
- Next Step Energy
- Next Step Living

GovSolarPrograms

Secure Form

- Nippon Energy Inc.
- NJ Solar Now
- NJ Solar Power LLC
- NOA
- Noble Contractors
- Nor Cal Solar Power
- Nor Cal Solar Services
- North Shore Solar & Wind Power
- Northeast Solar & Wind
- Northeast Solar & Wind Power LLC
- Northern Electric Inc.
- Northshore Solar LLC
- Northtek Services LLC
- Northwest Electric & Solar
- Northwest Exteriors
- Northwest Mechanical
- Nova West Solar
- NRG Cleanpower
- NRG Energy
- NRG Heating and Air Conditioning, Inc
- NRG Residential Solar System
- Nuvision Energy Solutions Inc

# O

- Oak Electric Service Inc.
- Oasis Montana Inc.
- Obasun Corp.

- Ohio Solar Electric LLC
- Okefenokee Solar Inc.
- On Point LLC
- One Block Off the Grid
- One Roof Energy
- One Roof Energy (Nahass)
- One Way Electric
- One Way Solar
- Oneworld Sustainable
- Onforce Solar
- Only American Solar
- Open Sky Energy
- Opportunity Debt Management
- Optical Energy Technologies
- Optimize Solar Solutions
- Options 4 Solar LLC
- Otis Production LLC

# P

- P&A Marketing Enterprises
- P.A. Michael Solar Electrical Systems
- P3 Integration
- Pacific Electrical Contractors
- Pacific Energy
- Pacific Energy Company
- Pacific Northwest Electric
- Pacific Pro Solar

GovSolarPrograms

Secure Form

- Pacific West Solar
- Palmer Electric Technology Energy Services Inc.(P.E.T.E.S.)
- Panel Power
- PaperLeaf Media, LLC
- Paradise Energy Solutions
- Paradyme
- Paradyme Marketing LLC
- Paramount Equity Solar
- Paramount Equity Solar (PS-Partners)
- Park Avenue Construction
- Patriotic Power Solutions
- Peace and Solar
- Peak Power Solutions
- Peak Solar
- Pear Credit
- Pearl Distributed Energy
- Pearltronix
- Penn Solar Systems LLC
- Penobscot Solar Design
- Pep Solar
- Performance Solar
- Perkett Solar
- PermaCity
- Persistence AI
- PetersenDean Roofing & Solar
- PetersonDean
- Petrick Electric

- Phillips Electrical Systems Inc.
- Phoenix Energy Productså», LLC DBA PEP Solar
- Phoenix Environmental Inc.
- Phoenix Home Performance
- Phoenix Solar Specialists
- Phoenixlink
- Photon Solar
- Photon Solar Construction
- Pickett Solar
- Picture City Solar Power
- Pinnacle Energy Solutions
- Pinnacle Exteriors
- Pinnacle Publishers LLC
- Pioneer Solar
- Pipkin Electric Inc.
- Pittsburgh Solar Works
- Plan It Solar
- Planet Solar
- Planetary Systems, Inc.
- Plasmid Media
- Plymouth Area Renewable Energy Initiative
- Poco Solar
- Polar Wire & Renewable Energy Systems
- Poncho's Solar Service
- PosiGen
- Positive Energy
- Positive Energy Solar

- Power Evolution
- Power Factor LLC
- Power Home and Solar
- Power Home Solar
- Power Production Management Inc.
- Power Trip Energy Corp
- Power Up Solar LLC
- Powerhouse Systems
- Powers Marketing Group
- Powershift Solar
- PowerShift Solar LLC
- Powersource Energy Management LLC
- PPC Solar
- Prairie Solar Power and Light
- Praxis Solar Inc.
- Precis Solar
- Precision Remodeling
- Precision Tech
- Precision Tech Electric LLC
- Premier Power
- Premier Renewables
- Primary Wave Alliance
- Prime Solar Power
- Pristine Media Group LLC
- Pro Electric
- ProCustom Solar
- Progressive Energy Solutions

- Prosolar Hawaii
- ProSolarHawaii
- Prospect Agents LLC.
- Puget Sound Solar
- Pur Solar & Electrical
- Pure Energy
- Pure Energy Solar
- Pure Energy Systems
- Pure Point Energy
- Pure Solar MD
- Purple Dog Marketing LLC
- PV Squared
- Pyrus Energy

# Q

- Qualify Medicare
- Quality Home Renovators
- Quality Home Services
- Quality Solar and Wentworth Construction
- Quality Solar Solutions
- Qualsight
- Quick Home Fix Service
- Quinstreet
- Quotefire

# R

- R & B Quality Electric

GovSolarPrograms

Secure Form

- Radiance Solar
- Rainshadow Solar Inc.
- Rancho Electric
- Randy Walker
- RateMarketPlace
- RateMarketPlace
- Rayah Power Integration
- Rayah Solar
- Rayosun LLC
- RB Developing Group
- RC Building Maintenance
- RC Construction Solar
- RCC Solar
- RCL Solar
- RE Pierro Solar
- Ready Construction & Electric
- Real Earth Power LLC
- Real Good Solar
- REC Solar
- REC Solar Inc.
- Redline Electric Company
- Reech Solar Enterprise
- Referral Design
- Region Solar
- Regis Electric
- Reknew Energy Systems Inc.
- Reliable Power and Solar

GovSolarPrograms

Secure Form

- Reliant USA LLC
- Renewable Energy Electric
- Renewable Energy for PA
- Renewable Energy Resource Associates LLC
- Renewable Energy Systems LLC
- Renewable Resources
- Renewable Resources inc
- Renewable Restoration & Roofing
- Renewable Rochester
- Renova Energy Corp
- Renu Building & Energy Solutions
- Renu Energy
- Reply
- Repower Solutions
- Resource Energy LLC
- Resource Marketing - Data
- Resource Marketing Corp.
- Responsible Solar
- Revco Solar
- ReVision
- Revision Energy LLC
- RevoluSun
- Revolutionary Solar
- Revolve Solar
- Rew Solar USA
- Rex Direct
- RGR Marketing

GovSolarPrograms

Secure Form

- Richart Builders
- Risen Solutions LLC
- Rising Sun Solar / DUPLICATE
- Rising Sun Solar Electric LLC
- Rite Fast Construction
- Riverland Solar LLC
- Rochester Solar Technologies a Division of O'Connell Electric
- Rocky Mountain Solar & Wind
- Rodda Electric and Solar
- Ronco Solar
- Ronnie Brevet
- Roof Diagnostics
- Rosenberry's Electric
- Ross Solar Group
- RPL Plumbing
- RS Energy
- Running Electric
- RVNU

# S

- S & T Control Wiring Inc.
- S.B. Fintech Ltd
- Salvatore Contracting LLC
- Santa Cruz Solar
- Savant Solar LLC
- Save A Lot Solar
- Saveco Solar

GovSolarPrograms

Secure Form

SBS Solar LLC

SC Clean Energy

SCP Solar

Scudder Solar

SDI Solar Inc

SE Solar

Sea Bright Solar

SEC

Secco Inc.

Second Generation Energy

See Real Goods Solar above /Alteris Renewables Inc.

See Systems

SEL Construction

- Select Solar LLC
- Semper Solaris
- S-Energy America
- Service 1st Energy Solutions
- SGEPower
- Shaughnessy Contracting Inc.
- Shekinah Solar
- Shippe Solar & Construction
- Shockoe Solar LLC
- Shor Construction
- Shoreline Electric
- ShurFire Solar
- ShurFire Solar - Data
- Sicuranza Electric
-

GovSolarPrograms

Secure Form

Sierra Pacific Solar

Sierra Solar Systems & Plan It Solar

Signature Solar

Silverwood Energy

Simple Energy Works

Sky Cell Solar

SKY Construction & Engineering, Inc.

Sky Energy

Sky High Energy

Skyline Solar

Skytech Solar

Slingshot Power

Smart Energy Direct

Smart Energy Hawaii

Smart Energy Solar

Smart Energy Solar, Inc.

Smart Source Energy Lake Land

SmartHome Solutions

Smith Sustainable Design

smuckers energy

Snowy Range Renewable Energy LLC

So-Cal Solar

Soenso Solar Energy

Sol Power

Sol Power Construction, Inc.

Sol Systems

Sol Technologies LLC

GovSolarPrograms

Secure Form

Solar 123 Construction

Solar 2000

Solar 360

Solar Advantage

Solar Alternatives Inc.

Solar America

Solar Assist

Solar Ban

Solar By Spectrum

Solar by Weller

Solar Center

Solar City

Solar Community

Solar Concept Solutions

Solar Concepts

Solar Connections

Solar Connexion

Solar Design Inc.

Solar Design Tech LLC

Solar Direct

Solar Electrical Corporation

Solar Eligibility Service

Solar Energy Access LLC

Solar Energy Designs

Solar Energy Environments

Solar Energy Exchange Inc.

Solar Energy For You

GovSolarPrograms

Secure Form

Solar Energy Management LLC

Solar Energy NY

Solar Energy of Illinois Inc.

Solar Energy Services Inc.

Solar Energy Solutions

Solar Energy Solutions LLC

Solar Energy Systems LLC

Solar Energy Systems of Brevard

Solar Energy USA

Solar Energy Vets

Solar Energy World

Solar Epiphany LLC

Solar Exchange LLC

Solar Exclusive LLC

Solar Express

Solar Forward

Solar Fuel

Solar Gaines

Solar Greenergy

Solar Guys San Diego

Solar Heating Specialists

Solar Home NJ

Solar Horizons Construction

Solar Innovations

Solar Liberty

Solar Lights & More

Solar Link

GovSolarPrograms

Secure Form

Solar Louisiana

Solar Mass

Solar Max Tech

Solar Mountain Energy

Solar Nation

Solar Odyssey

Solar Optimum

Solar Panels of America

Solar Planet

Solar Plexus LLC

Solar Plus Energy Pros

Solar Power Systems

Solar Powered Solutions L.L.C.

Solar Pro USA

Solar Redi

Solar Research Group

Solar Reviews

Solar Revolution

Solar Revolution Erie

Solar Sale USA

Solar Savers

Solar Services Inc.

Solar Smart Energy

Solar Smart Living LLC

Solar Solution

Solar Solutions

Solar Solutions LLC

GovSolarPrograms

Secure Form

Solar Source

Solar Source of Georgia LLC

Solar Sun World

Solar Systems Design

Solar Systems of Indiana Inc.

Solar Team USA

Solar Technology Builders

Solar Today and Tomorrow

Solar Today Incorporated

Solar Topps

Solar Topps LLC

Solar Touche

Solar Universe

Solar Utah

Solar Water Heaters of Hudson

Solar Wave

Solar Wind & Rain

Solar Winds Northern Lights

Solar Works LLC

Solar Works Now

Solar Xchange

Solar Zone

Solarbilt

Sol-Arc Inc.

Solarcentric LLC

SolarCity

Solarcraft

Solaris Energy LLC

Solarix LLC

SolarJoy

SolarLouisiana

Solarmarine LLC

SolarMax

Solarmax Technology Inc

Solarology

Solarone Energy Group

Solarperfect, Inc.

Solarponics

Solar-Ray Inc.

Solarsmith LLC

SolarStar Energy (Charlotte)

SolarStar Energy (Wilmington)

Solar-Tec Systems

Solartech Electric

Solartek Systems USA

Solartronics

Solarvolt

Solarwise

Solarworks LLC

Solarworks NJ

SolarWorld Americas LLC

SolarWorld-USA

Solaverde

Solectria Renewables

Solora Solar

Solratek

Solscient Energy

Soltec EPC

SolTerra Systems

Soltility

Solular

Solular Energy LLC

Soluxe Solar

Son Solar Systems LLC

Sonali Solar

Sonic Solar Energy

Sound Solar Systems LLC

South Carolina Solar Power

South Coast Solar LLC

South Florida Energy Savers

South Sound Solar

Southard Solar

Southeast Geothermal

Southeast Solar LLC

Southeastern Energy Corp

Southern Energy Management

Southern Light Solar

Southern Solar & Electric Inc.

Southern Sunpower

Southern View Energy

Southface Solar Electric

Spectrum By Solar

SPM Wind Power LLC

Spring EQ

SRC Solar

Srinergy

Standard Solar

Standard Solar Eastern Shore

Standard Solar Ridge and Valley Region

Stanton Electric

Stapleton Electric & Solar

Star Power Systems

Starfire Energy LLC

State Energy

Stelco Energy

Stelcor Energy

Stellar Roofing and Solar

Stellar Solar

Stellar Sun

Steve Basso Plumbing & Heating

Stewartstown Electrical Service LLC

Stitt Energy Systems Inc.

Stoneacre Energy Solutions LLC

StoneTapert Insurance Services Inc

Straight Up Energy

Straightup Solar

Strategic Solar Solutions

Strawberry Solar

Stronghold Solar LLC

Structure Green

Structure-Green

Student Aid Institute

Sullivan Solar Power

Sullivans Solar Power

Summerlin Energy

Summerwind Solar

Sun Blue Energy

Sun Bridge Solar

Sun City Solar Energy

Sun City Solar Energy – North Texas

Sun City Solar Energy of the Ozarks LLC

Sun Conure Solar LLC

Sun Directed

Sun Dollar Energy

Sun Dollar Energy LLC

Sun Downer Solar

Sun First Solar

Sun First Solar energy Solutions

Sun Harvest Renewable Resources LLC

Sun Power

Sun Pro Solar

Sun Quest

Sun Ray Systems

Sun Run

Sun Solar US

Sun Valley Solar Solutions LLC

Sun Wind Solutions

Sun Wizard Solar

Sun Works Solar Systems

Sun X Solar Systems

SUNation Solar Systems

SUNation Solar Systems inc.

Sunbank LLC

SunBlue Energy

SunBrite Solar

Sunbug Solar

Suncal Solar Electricity

Sundance Power Systems

Sundance Solar Designs LLC

Sundancer Energy LLC

Sundog Solar Store

Sundowner Solar

Sundurance Solar

Sunergy Systems

Sunetric

Sunetric DUPLICATE

Sunetric TRIPLICATE

Sunfusion Solar

Sungate Energy Solutions

Sungevity

SunGreen Systems

SunKey Energy

GovSolarPrograms

Secure Form

Sunlight Solar (CO)

Sunlight Solar Energy

Sunlight Solar Energy Inc.

Sunlight Solar Systems

Sunmaxx Solar

Sunmoney Solar LLC

Sunny Side Solar Energy LLC

SunPower Corp

SunQuest Solar

Sunquest Solar, Inc.

SunRay Solar

Sunray Solar LLC

Sunrey Solar Energy

Sunrise Energy Concepts

Sunrise Energy Concepts Inc.

Sunrise Energy Solutions

Sunrock Solar

Sunrun

Sunrun Home

Suns Up Solar

Sunsense Inc.

Sunspot Comfort & Energy Solutions LLC

Sunspot Solar Energy Systems

Sunspot Solar Energy Systems LLC

Sunstar Energy LLC

SunStarter Solar Installation

Sunstore Solar

GovSolarPrograms

Secure Form

Sun-Tec

Sun-Tec Solar

Sun-Tech

Sunteck Solar Screening

Sunterra

Sunterra Solar

Suntricity

Suntuity

Sunupsolar

Sunversity Corp

Sun-Wind Solutions LLC

Sunwork Renewable Energy Projects

SunWorks Solar Systems

Super Green Solutions

Superior Energy Solutions

Superior Energy Solutions LLC

Supremeair Systems

Sur Energy LLC

Surewave Solar

Sustainable Clean Energy

Sustainable Contractors

Sustainable Energy Developments

Sustainable Energy Solutions LLC

Sustainable Engineering & Environmental Designs PLLC

Sustainable Solutions of Virginia

Sustainable Solutions Unlimited Inc.

Swan Solar

Syntrol a Bianchi Company

Syntrol Plumbing

Syntrol Plumbing Heating and Air

Syntrol Plumbing, Heating, & Air

# T

T.A.G. Solar

T.A.K Electric Inc.

T.A.K. Electric Inc

Tablerock Technologies

Tablerock Technologies LLC

Taft Solar

Tanner Creek Energy

Teakwood Enterprises

Teakwood Solar

Techladour

Technicians for Sustainability

Tenco Solar

Tennessee Solar Solutions

Teo Solar

Terra Green Energy

Terrasol Energies

Terrestrial Solar Survey LLC

Tesla Electrical Solutions

Texas Solar Juice

Texas Solar Outfitters LLC

Texas Wind and Solar Power

GovSolarPrograms

Secure Form

That Solar Guy

The energy Mill or new: 4 peaks solar.

The Energy Mill,. LLC

The Energy Outlet Inc.

The Energy Pro

The Plumbing Service Co

The Plumbing Service Company

The Renewable Republic

The Solar Company

The Solar Exchange

The Solar Group

The Solar Program

The Solar Stone

The Solar Store

The Son's Power

The Southern Quarter Inc.

The Sovereigns Depot

The Sun Connection

The Sun Is Yours

The Sun Works

Therma Breeze Inc.

The-Solar-Project.com

Third Sun Solar

Thirsty Lake Solar

Threadpoint

Thrive Marketing

Tick Tock Energy Inc.

Todd Cummings

Tom Norrell Your Solar Solutions

Towles Electric Inc.

Traffic Front Marketing

Traffic Panda

Transformations Inc.

Treeium

Trent’s A/C & Heating Inc.

Triangle Electrical Systems

Trina Solar

Trinity Solar

TriSMART Solar

True Blue Solar

True Power Solar

Trusource Energy

Trusted Consumer

Turnsol Energy

Tyler William (Blue Raven)

# U

U-Design Home Improvements

Ultimate Best Buy LLC

Under the Sun Solar

Underwood Solar Future

Uni-T Energy LLC

United Express Construction & Solar

Universal Solar Energy NJ – NY

Unleash Solar, LLC

Unlimited Renewable Energies

Upshot Energy Corporation

Upstate Alternative Energy

Upstate Solar

Upstate Solar LLC

Urban Green Energy

Urban Grid

US Energy Solutions

US Marketing Group

US Solar Way

US Solargy

# V

Valley Solar

Valley Unique Electric Inc.

Valverde Energy Inc.

Vara NRG

Vara Solar

Veeco Solar

Verengo Solar

Verengo Solar Plus

Village Solar

VIP Solar Solutions

Vision Solar

Visionary Homes & Solar

Vivint Solar

Voltaic Solaire LLC

Vorp Energy

Vox Energy Solutions LLC

# W

Wasatch Solar

Wasatch Sun LLC

Watt Electric

Wave Solar

Wayne's Solar Inc.

WDS LLC

We Do Solar

Weeks Construction Service and Repair

WeKnow Technologies Inc. Wind & Solar

Wells Solar & Electrical Services

West Coast Solar

WestCoastSolar

Whidbey Sun & Wind

Whole Sun Designs Inc.

Wilhite Solar Solutions LLC

William Solar

Willpower Electric

Windsun Energy Systems

Winona Renewable Energy LLC

Wired Into The Future Solar

WJB Energy

Woodstar Energy LLC

GovSolarPrograms

Secure Form

# X

Xero Solar

Xsqrd

# Y

Yellow Lite

Yes Solar Solutions

Yes! Solar Solutions

Yingli Solar

Your Home Solution

Youvee Solar

Yuma Solar

# Z

Zach Sahker and Associates

Zen Electric

Zero Cost Solar

Zigg Electric and Solar

Zip Electric

GovSolarPrograms.org is an independent company. We are not affiliated, associated, authorized, endorsed by, or in any way officially connected with any state or government agency. All product and company names are trademarks™ or registered® trademarks of their respective holders. Use of them does not imply any affiliation with or endorsement by them.

*$0 net cost solar subject to applicable terms and conditions and only apply to solar (PPA) and solar lease options. Not all customers will qualify. Phone calls and in-person appointments may be recorded

**GovSolarPrograms**

Secure Form

© 2025 GovSolarPrograms.org All rights Reserved.