# EXHIBIT H



**Lead #1214770036 (5079FEAF) - Sunrun (Branded) - PEGGY BNAKS**

DNC

Info | Map | QC History | QC | Merge | Events

| | | | |
|---|---|---|---|
| First Name: | PEGGY | Property Ownership: | OWN |
| Last Name: | BNAKS | Electric Bill: | $401-500 |
| Email: | [redacted] | Electric Utility: | Southern California Edison ( |
| Street: | [redacted] | (Hint): | Southern California Edison Co |
| City: | [redacted] | Roof Shade: | No Shade |
| State: | [redacted] | Roof Type: | |
| Zip: | [redacted] | Willing To Pay: | |
| Primary Phone: | [redacted] | Solar Electric?: | ☑ |
| (CEE Call Agent): | | Solar Hot Water?: | ☑ |
| | | Solar Pool Heating?: | ☑ |
| | | Installer Comments: | |

5079FEAF