# EXHIBIT J
# FILED UNDER SEAL