# EXHIBIT K

08/28/2024

SunRun
225 Bush Street Suite 1400
San Francisco, CA 94104

Attn: Mary Powell CEO

Delivered via USPS-certified mail and email

Re: Violations of the Telephone Consumer Protection Act (TCPA)

Dear Mary Powell,

I'm contacting you today regarding communications to my phone that are in violation of the TCPA. Each of these unwelcome and unwanted communications were made using an automated telephone dialing system and were made without my express, prior, written consent, as required by law. The illegal communications came to my phone number, [redacted], as follows:

List of calls phone number 909-475-3698. Listed as "Sunrun" On caller ID
7/11/2024, 4:29 p.m. and 6:30 p.m.
7/12/2024, 8:42 a.m., 10:43 a.m., 12:44 p.m., 2:45 p.m., 4:47 p.m., 6:48 p.m. (Six times in one day.)
7/13/2024, 10:58 a.m., 1:05 p.m., 3:20 p.m.
7/15/2024, 10:18 a.m., 12:20 p.m., 2:23 p.m., 429 p.m.
7/16/2024, 9:47 a.m., 11:50 a.m., 1:54 p.m., 4:27 p.m.,
7/17-2024, 9:41 a.m.,
7/18/2024, 10:04 a.m., 4:17 p.m.,
7/19/2024, 10:18 a.m., 12:27 p.m.,
7/25/2024, 4:31 p.m.,
7/31/2024, 2:07 p.m.,
8/13/2024, 11:54 a.m., 1:59 p.m.,
8/14/2024. 10:55 a.m.,
8/15/2024, 12:02 p.m.
8/16/2024, 11;41 a.m.

47 U.S.C. §227(b) stipulates that it shall be unlawful for any person within the United States, or any person outside the United States if the recipient is within the United States to initiate any telephone call to any residential telephone line using an artificial or prerecorded voice to deliver a message without the prior express consent of the called party, unless the call is initiated for emergency purposes or is exempted because of an existing business relationship.

Furthermore, 47 U.S.C. §227(c) makes two or more communications within a 12-month period made to residential telephone lines listed on the National Do Not Call Registry a violation as well. As you can see from the attached confirmation, my number was lawfully entered on the National Do Not Call Registry on (08/08/2006).

The TCPA also provides for a private right of action, with each violation entitling me to a $500 penalty, which can be increased to $1,500 per violation, in the event such a violation is deemed to have been willfully or knowingly made. Reasonable court costs for bringing a private right of action against your

company are also recoverable in the event of a successful action for those violations.

In the absence of the federally required, express, prior, written consent, or any qualifying, "existing business relationship", you have violated the TCPA as indicated above, thus affording me the right to pursue the statutory penalties described above, as well as the reasonable court costs.

Based on the number of communications detailed above, the statutory penalties to which I would be entitled total **$93,000**. However, in the interest of helping you avoid the imposition and expense of civil litigation, I would like to afford you an opportunity to settle this matter for the amount of **$31,000**. In exchange for that amount, I will forgo any civil action, release your company of all claims associated with the illegal communications named herein, and consider the matter closed.

In as much as I'm confident that the facts of this case would not support any manner of tenable defense for your company, I would urge you to carefully consider accepting this generous, good-faith offer to settle. Should you decline it, or fail to respond within **5 days** from its time-tracked delivery, please know that I reserve the right to pursue civil action as described herein, in state or federal court, and will seek all available injunctive and monetary relief made available to me under applicable federal statute, up to and including potential class certification. You should fully expect a lengthy and detailed discovery process to accompany that suit.

Additionally, I would insist that you give me every assurance that the offending communications that are the subject of this matter be the *very last* that I receive. I would also encourage you to take the necessary steps to ensure compliance with state and federal statutes moving forward, not only as a matter of protection from civil liability but also as a courtesy to the millions of American consumers who are consistently plagued with these types of unwanted, illegal communications.

I look very forward to your response, within **5 days** of your receipt of this notice, as directed above. I would ask that all further communication be in writing, if only as a means by which the content of such communication will be memorialized.

Respectfully,

Peggy Banks
[redacted]