**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEGGY BANKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN INC.<br><br>Defendant. | Case No. 4:24-cv-07877-JST<br><br>[Assigned to Hon. Jon S. Tigar]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: January 7, 2027<br>Time: 2:00 p.m.<br>Place: Courtroom 6 – 2nd Floor |

**[PROPOSED] ORDER**

The Court, having considered Defendant Sunrun Inc.'s ("Defendant") motion for summary judgment (the "Motion for Summary Judgment") dismissing Plaintiff Peggy Banks's ("Plaintiff") Complaint upon a hearing on January 7, 2027, and having reviewed all the papers and evidence in support of the Motion, and the papers in opposition and reply, if any, and hearing the argument of counsel, if any, hereby **ORDERS** as follows:

1. Plaintiff's sole cause of action asserted a claim for purported violations of the National Do Not Call Registry provisions of the Telephone Consumer Protection Act, 47 U.S.C. § 227(c) ("Count I").
2. There is no genuine dispute of material fact as to Count I for the reasons set forth in Defendant's Memorandum of Points and Authorities in Support of the Motion for Summary Judgment, and Defendant is entitled to judgment as a matter of law.
3. Defendant's Motion for Summary Judgment is hereby GRANTED.

4. Plaintiff's Complaint is hereby dismissed WITH PREJUDICE, and judgment shall be entered forthwith in Defendant's favor against Plaintiff.

**IT IS SO ORDERED.**

Dated: _______________, 2026.

_______________________________
Honorable Jon S. Tigar
United States District Judge