# EXHIBIT 2

**KELLEY DRYE & WARREN LLP**
Lauri A. Mazzuchetti (*Pro Hac Vice*)
Glenn T. Graham (State Bar No. 338995)
7 Giralda Farms, Suite 340
Madison, New Jersey 07960
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

PEGGY BANKS, individually and on behalf of all others similarly situated,

*Plaintiff,*

v.

SUNRUN INC.

*Defendant.*

Case No. 4:24-cv-07877-JST

**DEFENDANT SUNRUN INC.'S FIRST SET OF REQUESTS FOR ADMISSION**

Hon. Jon S. Tigar

PROPOUNDING PARTY: SUNRUN INC.

RESPONDING PARTY: PLAINTIFF PEGGY BANKS

SET NO.: ONE

**DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSION TO PLAINTIFF PEGGY BANKS**

Pursuant to Rule 36 of the Federal Rules of Civil Procedure and the Local Civil Rules of the United States District Court for the Northern District of California, Defendant Sunrun Inc. ("Sunrun"), by and through its undersigned attorneys, hereby request that Plaintiff Peggy Banks ("Plaintiff") answer the following Requests for Admission in writing and under oath within thirty (30) days of service hereto.

**RESPONSE TO REQUEST NO. 39**:

**REQUEST NO. 40**: Admit that You have received less than $20,000 from companies that You sent TCPA demand letters.

**RESPONSE TO REQUEST NO. 40**:

**REQUEST NO. 41**: Admit that You found an attorney using the robocalls.cash kit or website.

**RESPONSE TO REQUEST NO. 41**:

**REQUEST NO. 42**: Admit that You were referred to an attorney through Your use of the robocalls.cash kit or website.

**RESPONSE TO REQUEST NO. 42**:

**REQUEST NO. 43**: Admit that You do not pay for the phone service associated with the Phone Number.

**RESPONSE TO REQUEST NO. 43**:

**KELLEY DRYE & WARREN LLP**
Lauri A. Mazzuchetti (*pro hac vice*)
Glenn T. Graham (State Bar No. 338995)
7 Giralda Farms
Madison, New Jersey 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com

*Attorneys for Defendant Sunrun Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEGGY BANKS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>SUNRUN INC.<br><br>*Defendant.* | Case No. 4:24-cv-07877-JST<br><br>**DEFENDANT SUNRUN INC.'S SECOND SET OF REQUESTS FOR PRODUCTION**<br><br>Hon. Jon S. Tigar |

**DEFENDANT'S SECOND SET OF REQUESTS FOR PRODUCTION TO PLAINTIFF PEGGY BANKS**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure and the Local Civil Rules of the United States District Court for the Northern District of California, Defendant Sunrun Inc., ("Sunrun"), by and through its undersigned attorneys, hereby requests that Plaintiff Peggy Banks ("Plaintiff") answer the following Requests for Production ("Requests") in writing and under oath within thirty (30) days of service hereto.

**DEFINITIONS**

The following definitions shall be used throughout Sunrun's Second Set of Requests for Production:

1. "Action" or "Case" means *Peggy Banks v. Sunrun Inc.*, pending in the Northern

necessary to make the Request inclusive rather than exclusive.

11. All terms in these Requests have the broadest meaning accorded to them pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, and all information and Documents should be provided in accordance with those rules.

## REQUESTS FOR PRODUCTION

**REQUEST NO. 40**:

The complete "kit" that You purchased or obtained from robocalls.cash (also referred to as robocallstocash.com), including all templates, demand-letter forms, scripts, checklists, and instructions Concerning how to answer, document, or respond to telephone calls and how to prepare, send, or pursue demand letters or claims.

**REQUEST NO. 41**:

All Documents Concerning Your purchase of, subscription to, access to, or use of robocalls.cash (or robocallstocash.com), including receipts, invoices, account or membership records, and all Communications with robocalls.cash or its operators.

**REQUEST NO. 42**:

All Documents Concerning any robocalls.cash members' forum, or any associated social-media or Facebook group, in which You participated, including Your posts, comments, and messages therein.

**REQUEST NO. 43**:

All Communications between You and Val Carhart, or any other Person, Concerning robocalls.cash, the TCPA, demand letters, or the filing or pursuit of claims or lawsuits Concerning telephone calls.

**REQUEST NO. 44**:

All demand letters, and all responses thereto, that You sent to or received from any Person Concerning the TCPA, telemarketing, or unwanted telephone calls.

**REQUEST NO. 45**:

Your notes Concerning, and screenshots of, the calls You allege were made on or behalf of Sunrun.

**REQUEST NO. 46**:

All Documents Concerning any monetary recovery, settlement payment, or other consideration You have received in connection with any claim, lawsuit, or demand asserting a violation of the TCPA or Concerning telemarketing, including settlement agreements, releases, checks, payment confirmations, and accounting records.

**REQUEST NO. 47**:

All federal and state income tax returns and other tax Documents reflecting or Concerning income You received from any TCPA settlement, lawsuit, or demand from January 1, 2020 through the present.

**REQUEST NO. 48**:

All federal and state income tax returns and other tax Documents reflecting or Concerning Your business expenses and deductions from January 1, 2020 through the present.

**REQUEST NO. 49**

Copies of Your retainer agreement(s) with any attorney Concerning the calls alleged in this Action.

**REQUEST NO. 50**:

All Documents Concerning any request by You to be placed on Sunrun's internal do-not-call list, or on any internal do-not-call list of any Person You believed to be acting on Sunrun's behalf, and all Documents on which You rely to contend that You were placed on any such list.

**REQUEST NO. 51**:

All Documents Concerning any autofill, form-autofill, or saved-form-data feature or setting, and any stored contact, name, address, e-mail, or telephone information, on any computer, smartphone, browser, or other electronic device You used from July 11, 2020 through the present.

**REQUEST NO. 52**:

All Documents and Communications Concerning any post, comment, message, or inquiry You made or participated in on Facebook or any other social-media platform Concerning solar panels, solar energy, solar pricing, or electricity costs, including the post in the "Norco Uncensored" group referenced in Your deposition, and all Documents Concerning any deletion of any such post.