# EXHIBIT 4

**dana danaoliverlaw.com**

**From:** dana danaoliverlaw.com
**Sent:** Monday, November 10, 2025 9:03 AM
**To:** strick4@comcast.net
**Subject:** Conversation Between You and Attorney Ted Broderick

See below regarding speaking with Ted Broderick. It appears you did, but forgot. We should clarify before the deposition is over.

----

Dana James Oliver, Esq.
OLIVER LAW CENTER, INC.
8780 19th Street, #559
Rancho Cucamonga, CA 91701
PH 855-384-3262
FAX 888-570-2021

*Any information in this email, along with any attachments, are intended only for the persons it is addressed to, which are listed above. If you have received this email in error, it is strictly prohibited for you to read, use, copy, distribute, or disclose this information; in such case, please notify me of the error and delete or otherwise destroy its contents.*

---

**From:** Dana Oliver <doliver.heidarpourlawfirm@gmail.com>
**Sent:** Monday, November 10, 2025 9:00 AM
**To:** dana danaoliverlaw.com <dana@danaoliverlaw.com>
**Subject:** Fwd: Fw: Call with Sherry Strickland

----
Dana J. Oliver, Esq.
Heidarpour Law Firm, PLLC
www.HLFirm.com
DOliver.HeidarpourLawFirm@gmail.com
[P] 202-234-2727

---------- Forwarded message ---------
From: **Andrew Heidarpour** <aheidarpour@hlfirm.com>
Date: Mon, Nov 10, 2025 at 8:36 AM
Subject: Fw: Call with Sherry Strickland
To: Dana Oliver <doliver.heidarpourlawfirm@gmail.com>

----

Andrew Heidarpour
Heidarpour Law Firm, PLLC
www.HLFirm.com
AHeidarpour@HLFirm.com
[P] 202-234-2727

This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---

**From:** Edward A. Broderick <ted@broderick-law.com>
**Sent:** Wednesday, December 20, 2023 4:53 PM
**To:** 'Anthony Paronich' <anthony@paronichlaw.com>; Andrew Heidarpour <aheidarpour@hlfirm.com>
**Subject:** Call with Sherry Strickland

FYI I spoke with Sherry Strickland and am convinced she had nothing to do with the lead and did not visit quotewallet.com. She very clearly hates telemarketing and knows that "quote" websites lead to a huge number of robo calls as it happened to her daughter when she was looking for insurance.

She will be an incredibly appealing witness. She is the general manager of a Denny's, and has been there for three months having been hired away from Five Guys to turn around a troubled Denny's. She takes a lot of pride in her work and raised her restaurant's inspection score from 48 to 95.

Sherry is 58 years old and her 90 year old father is dying, which makes telemarketing calls even more infuriating. She also raised her handicapped granddaughter. Jury will love her.

She is going to review the amended complaint and I will file it a little closer to our response deadline of December 29.

Ted

Edward A. Broderick

BRODERICK LAW, P.C.

176 Federal Street, Fifth Floor

Boston, MA 02110

Tel: (617) 738-7080

Fax: (617) 830-0327

ted@broderick-law.com