# EXHIBIT 5

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY BANKS, individually and on | )CASE NO. |
| behalf of all others similarly | )3:24-CV-07877-JST |
| situated, | )(updated No. |
| | )4:24-CV-07877) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SUNRUN INC. | ) |
| | ) |
| Defendant. | ) |
| ___________________________________ | ) |

REMOTE VIDEOTAPED DEPOSITION OF PEGGY BANKS, TAKEN PURSUANT TO SUBPOENA AND NOTICE ON BEHALF OF THE DEFENDANT, ON TUESDAY, MAY 5, 2026, AT 9:03 A.M., AT NORCO, CALIFORNIA, BEFORE WENDY DRISCOLL, CERTIFIED SHORTHAND REPORTER NUMBER 12480.



A P P E A R A N C E S
(REMOTELY)

FOR THE PLAINTIFF:

OLIVER LAW CENTER, INC.
BY: DANA OLIVER, ATTORNEY AT LAW
8780 19TH STREET
SUITE 559
RANCHO CUCAMONGA, CALIFORNIA 91707
(855) 384-3262
Dana@danaoliverlaw.com
-- AND --
PERRONG LAW, LLC.
BY: ANDREW PERRONG, ATTORNEY AT LAW
2657 MOUNT CARMEL AVENUE
GLENSIDE, PENNSYLVANIA 19038
(215) 2225-5529
Info@perronglaw.com

FOR THE DEFENDANT:

KELLEY DRYE & WARREN LLP
BY: GLENN T. GRAHAM, ATTORNEY AT LAW
7 GIRALDA FARMS
SUITE 340
MADISON, NEW JERSEY 07940
(973) 503-5900
Ggraham@kelleydrye.com

ALSO PRESENT:

ANGELA LYONS, VIDEOGRAPHER
KIM FURTADO, ESQ.



I N D E X


| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| PEGGY BANKS | MR. GRAHAM | 5 |


E X H I B I T S


| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| D-1 | Check A License application | 58 |
| D-2 | Yelp page "Peggy Banks Life Insurance Broker" | 62 |
| D-3 | Yelp page "Peggy Banks Team" | 64 |
| D-4 | MapQuest advertisement "Peggy Banks Life Insurance" | 65 |
| D-5 | Yellow Pages "Peggy Banks Life Insurance Broker" | 68 |
| D-6 | Document "Gov Solar Programs Bates SUNRUN-PB-000001-000008 | 74 |
| D-7 | Document "JORNAYA" Bates Nos. SUNRUN-PB-000996-000999 | 75 |
| D-8 | Document Bates No. SUNRUN-PB-000066 | 79 |
| D-9 | Class Action Complaint Peggy Banks vs. Sunrun, Inc. | 83 |
| D-10 | Plaintiff's Omnibus Response to Defendant's First Set of Discovery Requests | 112 |
| D-11 | Template letter 8/28/24 Bates Nos. SUNRUN-PB-000149-000150 | 121 |




TUESDAY, MAY 5, 2026, 9:03 A.M.

--ooOoo--

THE VIDEOGRAPHER: Good morning. We are now on the record. The time is 9:03 a.m., Pacific on May 5th, 2026. This begins the videoconference deposition of Peggy Banks taken in the matter of Peggy Banks, individually and on behalf of all others similarly situated versus Sunrun, Incorporated, filed in the United States District Court for the Northern District of California. Case No. 3:24-cv-07877-JST.

My name is Angela Lyons. I'm your remote videographer today. The court reporter is Wendy Driscoll.

Will all counsel please introduce themselves and state whom you represent, after which the reporter will swear in our witness.

MR. GRAHAM: Good morning. Glenn Graham for Kelley, Drye and Warren for Defendant Sunrun, Inc.

MR. OLIVER: This is Dana Oliver with Oliver Law Center representing Peggy Banks.

THE STENOGRAPHER: Good morning. My name is Wendy Driscoll. I am a California Certified Shorthand Reporter. My license number is 12480.

////

Q I'm dropping in an exhibit marked D -- D-11.
(Exhibit D-11 marked
for identification.)
BY MR. GRAHAM:
Q Let me know when you've seen that.
A Okay.
MR. OLIVER: One moment, Counsel. Thank you.
BY MR. GRAHAM:
Q Do you recognize Exhibit 11, Ms. Banks?
A Yes.
Q What is it?
A A template letter that I had sent to Sunrun.
Q You sent about 10 or 15 letters of these template letters to other companies; is that fair?
A Sounds about right, yes.
Q I believe you testified, other than this action, you were a plaintiff in five other class actions. Are you familiar with a case captioned Bank versus -- Banks versus Quinn Street?
A Yes.
Q Were you the plaintiff in that case?
A Yes.
Q What were the claims?
MR. OLIVER: Objection to the form of the question.



If you know, you can answer.
THE WITNESS: I'm not understanding the questions.
BY MR. GRAHAM:
Q Do you know what your claim against Quinn Street was?
A Two TCP- violations -- -A violations.
Q Did you send Quinn Street a -- a letter?
A I believe so.
Q Did you receive money as a result of that case?
A Um, yes.
Q How much money did you recover?
MR. OLIVER: Objection to the form, but go ahead.
THE WITNESS: I would have to look at it to see how much that particular one was.
BY MR. GRAHAM:
Q Do you have records?
A I do somewhere, yes.
Q Did you claim that money as income?
A Yes.
Q Did you report it to the IRS?
A Not yet. I haven't filed my taxes actually yet from last year.
Q Who's your counsel in that case?



A It would have been Andrew Perrong, I believe.
Q Another case is Banks versus Strategic Consulting and Forensics. Does that sound familiar to you?
A Yes.
Q And do you know what your claims in that case were?
A I don't have the numbers in front of me.
Q Do you know what cause of action you brought?
A The same.
Q The TCPA case?
A Yes.
Q And did Strategic -- did you send Strategic Consulting and Forensics a template letter?
A Yes.
Q Who was your attorney in that case?
A That was the, um, the other attorney I spoke with, Calvin Chang. I don't have the exact number in front of me.
Q You have that somewhere?
A Yes.
Q Did you claim that as income?
A It will be when I file taxes, yes.
Q When did you receive that payment?
A It was last year, in 2025. I don't remember the exact date.



Q Did you receive the payment for the Quinn Street case in 2025 as well?
A Yeah, I -- I believe so.
Q Another case. Are you familiar with Banks versus Dream Source Consulting, LLC?
A Yes.
Q And what were the claims in that case?
A It was ongoing.
Q What are your causes of action?
A Same, TCPA violations.
Q Who is your attorney in that case?
A Calvin Chang.
Q Is Andrew Perrong or Dana Oliver involved in that case?
A No.
Q That one is ongoing you said?
A Yes.
Q When did you file that case?
A It would have been last year. I don't know. I don't have the date in front of me.
Q How about Banks versus BioTRUST Nutrition?
A Yes.
Q What claims did you bring under that case?
A Same, TCPA violations.

and video orders on the record from each counsel before we go off?

MR. PERRONG: On behalf of the plaintiff, we don't need a copy of the transcript, but we will exercise our right to read and sign the transcript.

THE VIDEOGRAPHER: Thank you.

MR. GRAHAM: I will take a cop- -- what is the standard time frame, Wendy?

THE STENOGRAPHER: Oh, the --

THE VIDEOGRAPHER: I believe it's ten --

THE STENOGRAPHER: Yeah, you're right.

THE VIDEOGRAPHER: -- days.

MR. GRAHAM: That's fine. Could we have the video synced?

THE VIDEOGRAPHER: Yes, of course. Going off video record at 12:46 p.m., Pacific time.

(Whereupon the proceedings concluded at 12:46 p.m.)

--ooOoo--



STATE OF _______________)
                        ) SS.
COUNTY OF ______________)

I, PEGGY BANKS, do hereby declare under penalty of perjury that I have read the foregoing transcript; that I have made any corrections, additions or deletions that I was desirous of making; that the foregoing is a true and correct transcript of my testimony contained therein.

EXECUTE this ________ day of _________, ______, at _________________________, ______________________.
(City) (State)

___________________________
PEGGY BANKS



I, Wendy Driscoll, CSR 12480, do hereby declare: That, prior to being examined, the witness named in the foregoing deposition was by me duly sworn pursuant to Section 30(f)(1) of the Federal Rules of Civil Procedure and the deposition is a true record of the testimony given by the witness.

That said deposition was taken down by me in shorthand at the time and place therein named and thereafter reduced to text under my direction.

__X_ That the witness was requested to review the transcript and make any changes to the transcript as a result of that review pursuant to Section 30(e) of the Federal Rules of Civil Procedure.

____ No changes have been provided by the witness during the period allowed.

____ The changes made by the witness are appended to the transcript.

____ No request was made that the transcript be reviewed pursuant to Section 30(e) of the Federal Rules of Civil Procedure.

I further declare that I have no interest in the event of the action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

WITNESS my hand this 17th day of May, 2026.

*Wendy Driscoll*
___________________________
Wendy Driscoll, CSR 12480



Reference No.: 14730037

Case: BANKS V. SUNRUN INC.

DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the entire transcript of my Deposition taken in the captioned matter or the same has been read to me, and the same is true and accurate, save and except for changes and/or corrections, if any, as indicated by me on the DEPOSITION ERRATA SHEET hereof, with the understanding that I offer these changes as if still under oath.

___________________________
Peggy Banks

NOTARIZATION OF CHANGES
(If Required)

Subscribed and sworn to on the ______ day of

__________________________, 20____ before me,

(Notary Sign)_______________________________

(Print Name) Notary Public,

in and for the State of _____________________