UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PEGGY BANKS,

Plaintiff,

v.

SUNRUN INC.,

Defendant.

Case No. 24-cv-07877-JST

**ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER**

Re: ECF No. 70

Defendant Sunrun, Inc.'s motion to amend the scheduling order is granted. The Court finds that Sunrun has shown the good cause and diligence required to support amendment. *See* Fed. R. Civ. P. 16. While Sunrun's request to amend comes after the deadline to complete fact discovery has passed, it appears that Plaintiff withheld relevant information during the fact discovery period. For example, although Plaintiff executed a fee agreement retaining both Perrong Law LLC and Paronich Law, P.C. as counsel in this matter, providing that each firm would have an equal financial interest, attorney Paronich was neither disclosed as counsel of record nor identified pursuant to Local Rule 3-15 until September 10, 2026. Plaintiff's representation that it provided this information simply "[u]pon recognizing that no Civil L.R. 3-15 certification had been filed" does not sufficiently explain this failure to disclose.

Accordingly, the case schedule is now amended as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

United States District Court
Northern District of California

United States District Court
Northern District of California

| Event | Deadline |
|---|---|
| Fact discovery cut-off | December 18, 2026 |
| Dispositive motions due | January 21, 2027 |
| Oppositions to dispositive motions due | February 18, 2027 |
| Dispositive motion replies due | March 4, 2027 |
| Hearing on dispositive motions | April 1, 2027 |
| Class certification motion due | June 17, 2027 |
| Class certification opposition due | July 15, 2027 |
| Class certification reply due | August 12, 2027 |

The Court will disregard Sunrun's motion for summary judgment filed September 29, 2026. ECF No. 74. Sunrun's request that the Court modify the case deadlines "for Sunrun to take the additional discovery raised by Sunrun in the Motion," ECF No. 70-8 at 1, is denied without prejudice. This order takes no position regarding the discovery to which Sunrun is entitled. The Court will refer the parties' discovery dispute, ECF No. 75, to a Magistrate Judge.

The Court notes that Sunrun has not requested, and the Court has not ordered, modification of the expert discovery deadline.

**IT IS SO ORDERED.**

Dated: October 13, 2026

JON S. TIGAR
United States District Judge