UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PEGGY BANKS,
Plaintiff,
v.
SUNRUN INC.,
Defendant.

Case No. 24-cv-07877-JST

**ORDER REFERRING ALL DISCOVERY DISPUTES TO MAGISTRATE JUDGE**

Re: ECF No. 75

Discovery disputes in this case are referred to a magistrate judge. The magistrate judge to whom the matter is assigned will advise the parties of how that judge intends to proceed. The magistrate judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a magistrate judge has been assigned, all further discovery matters shall be filed pursuant to that judge's procedures.

**IT IS SO ORDERED**.

Dated: October 14, 2026

JON S. TIGAR
United States District Judge