**KELLEY DRYE & WARREN LLP**
Lauri A. Mazzuchetti (*pro hac vice*)
Glenn T. Graham (SBN 338995)
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEGGY BANKS, individually and on behalf of all others similarly situated,<br>*Plaintiff*,<br>v.<br>SUNRUN INC.<br>*Defendant.* | Case No. 4:24-cv-07877-JST<br>[Assigned to Hon. Jon S. Tigar]<br>**DEFENDANT SUNRUN INC.'S UNSEALED EXHIBITS** |

In accordance with the Court's Order dated October 14, 2025 (ECF No. 78), Defendant Sunrun Inc. respectfully submits an unsealed version of Exhibit E to ECF No. 70.

DATED: October 14, 2026

KELLEY DRYE & WARREN LLP

By: /s/ Glenn T. Graham
Glenn T. Graham

7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
ggraham@kelleydrye.com

*Attorneys for Defendant Sunrun Inc.*