# EXHIBIT E

**ATTORNEY-CLIENT FEE AGREEMENT**

I, Peggy Banks ("Client"), hereby retain Perrong Law LLC ("Attorney"), Paronich Law, P.C., as well as other lawyers they may need to associate with (collectively "Attorneys"), to perform the legal services described below. The Attorneys agree to perform these Services faithfully and with due diligence.

1. The Attorneys will investigate potential grounds for either an individual or a class action suit to be filed in an appropriate venue against Sunrun Inc., and any of their owners, employees, parents, subsidiaries, affiliates, and/or any third-party responsible entities ("Defendants"), for violations of the Telephone Consumer Protection Act, 47 U.S.C. §227 and/or any other applicable state or federal consumer protection statutes as the Attorneys deem warranted. I understand that the Attorneys have agreed to represent me and assert claims on my behalf only in the event that such a suit may be brought and prosecuted or, in the alternative, settled. The Attorneys make no guarantees or assurances with respect to the outcome of such a suit or settlement. The scope of representation does not extend to appeals.

2. I agree to be named by the Attorneys, either individually, or as a class representative, in a suit asserting the Claims. I understand that, if the suit is filed as a class action, as a class representative, I represent the interests of the entire class of consumers, and not just my own interest. I agree to cooperate fully with any discovery, including the production of any documents. My Attorneys will take reasonable steps to minimize the inconvenience to me of such discovery. I understand that, at the Attorneys' discretion, other individuals may also serve as additional class representatives. I understand that I must work with other class representatives to serve the best interests of all class members.

3. Perrong Law LLC's customary hourly rate is $385.00 per hour for all attorneys, or $85.00 per hour for administrative work completed by a non-attorney. Paronich Law, P.C.'s customary hourly rate is $550 per hour for all attorneys. Rates are billed in round fifteen-minute increments for each task. Any other Attorneys with which Perrong Law LLC or Paronich Law, P.C. associates may have different fee structures. However, the Client has requested, and the Attorneys have agreed, to represent the Client on a contingency basis. Therefore, as described below, **Client is not required to pay the Attorneys' customary hourly rates**.

4. The Attorneys will advance all litigation costs and expenses that they determine are necessary for the investigation and prosecution of the Claims. I understand that the Attorneys will be reimbursed for these costs and expenses, but only from any money received in settlement or as a result of the entry of judgment.

5. I understand that any attorneys' fees for services rendered will be contingent on a recovery from the Defendants. I also understand and agree that any attorneys' fees for services will be the greater of: (a) 33 1/3% of the net amount collected by settlement or judgment, or (b) the difference between the net amount collected by settlement or judgment and the Client's agreed upon permissible statutory damages, provided that such settlement or judgment is entered





CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

into on an individual (not a class) basis. In no event will Client's recovery exceed the maximum permissible statutory damages provided by law or individual recovery for a class member, plus any incentive award, if any, ordered by the Court. I understand that, in most class action cases, the court reviews and awards appropriate attorneys' fees. I agree that any attorneys' fees for services incurred prosecuting this litigation may be paid directly by the Defendants to the Attorneys and/or paid from the amount recovered for the entire class. I understand that the Attorneys and I may agree on a different fee agreement if my claims are resolved individually.

6. I understand that the above-named Attorneys will share in any attorneys' fees recovered for the services rendered in prosecution of the claim through the following division: equally.

7. I understand that I have no obligation to pay any attorneys' fees or costs except from amounts collected on my behalf and on behalf of the class. If class certification occurs, I understand that the court controls the terms and conditions concerning the payment of attorneys' fees and costs. However, if I seek to discharge Attorneys from their representation prior to the entry of settlement or judgment, I agree that I will pay the customary hourly rates described in Paragraph 3, plus any litigation costs and expenses advanced thus far.

I have read this fee agreement, agree to its terms, and have signed it as my free act and deed.

Dated: Oct 31, 2024

Peggy Banks
Peggy Banks (Oct 31, 2024 17:08 PDT)

Peggy Banks

Andrew Roman Perrong
PA Bar # 333687
For Perrong Law LLC

Anthony Paronich
For Paronich Law, P.C.



CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER