**KELLEY DRYE & WARREN LLP**
Lauri A. Mazzuchetti (*pro hac vice*)
Glenn T. Graham (State Bar No. 338995)
7 Giralda Farms, Suite 340
Madison, NJ 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com

*Attorneys for Defendant Sunrun Inc.*

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEGGY BANKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN INC.<br><br>Defendant. | Case No. 4:24-cv-07877-JST<br><br>[Assigned to Hon. Peter H. Kang]<br><br>**DECLARATION OF GLENN T. GRAHAM IN SUPPORT OF JOINT STIPULATION** |

Pursuant to the provisions of 28 U.S.C. § 1746, I, Glenn T. Graham, declare and state as follows:

1. I am a partner at the law firm of Kelley Drye & Warren LLP and counsel for Defendant Sunrun Inc. ("Sunrun"). I submit this declaration in support of Sunrun and Plaintiff's Joint Stipulation to Extend the Deadline to File a Further Joint Discovery Letter Brief.

2. The Parties filed a Joint Discovery Letter Brief on October 9, 2026 regarding a discovery dispute (the "Discovery Dispute").

3. The Discovery Dispute was referred to the Honorable Peter H. Kang on October 14, 2026 (ECF No. 77).

4. The Parties were directed to further meet and confer in accordance with Judge Kang's Standing Discovery Order and file a Further Joint Discovery Letter Brief by October 30, 2026 (ECF No. 80).

5. I met and conferred with Plaintiff's counsel on October 23, 2026, and October 27, 2026 in accordance with Judge Kang's Standing Discovery Order.

6. During the meet and confer, counsel for Plaintiff agreed to provide supplemental responses to Sunrun's Request for Production Nos. 43 and 49.

7. Plaintiff served supplemental responses to Request for Production Nos. 43 and 49 and produced a privilege log on October 29, 2026.

8. On October 30, 2026, I informed Plaintiff's counsel of perceived deficiencies in Plaintiff's supplemental responses via email and asked if Plaintiff would be amendable to extending the deadline to file the Further Joint Discovery Letter Brief to November 3, 2026.

9. Plaintiff's counsel advised that Plaintiff would search for certain documents and review and respond to the perceived deficiencies and agreed to the extension.

10. This is the first extension sought for this deadline.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 30, 2026
Madison, New Jersey

By: */s/ Glenn T. Graham*
GLENN T. GRAHAM