**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

PEGGY BANKS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SUNRUN, INC.

Defendant.

Case No. 4:24-cv-07877-JST

Hon. Peter H. Kang

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER**

Action Filed: Nov. 11, 2024

Plaintiff Peggy Banks ("Plaintiff") and Defendant Sunrun Inc. ("Sunrun") (collectively, the "Parties"), by and through their undersigned counsel and subject to the Court's approval, stipulate as follows:

WHEREAS, the Parties filed a Joint Discovery Letter Brief on October 9, 2026 regarding a discovery dispute (the "Discovery Dispute");

WHEREAS, the Discovery Dispute was referred to the Honorable Peter H. Kang on October 14, 2026 (ECF No. 77);

WHEREAS, the Parties were directed to further meet and confer in accordance with Judge Kang's Standing Discovery Order and file a Further Joint Discovery Letter Brief by October 30, 2026 (ECF No. 80);

WHEREAS, counsel for the Parties met and conferred on October 23, 2026, and October 27, 2026 in accordance with Judge Kang's Standing Discovery Order;

WHEREAS, during the meet and confer, counsel for Plaintiff agreed to provide supplemental responses to Sunrun's Request for Production Nos. 43 and 49;

WHEREAS, Plaintiff served supplemental responses to Request for Production Nos. 43 and 49 and produced a privilege log on October 29, 2026;

WHEREAS, on October 30, 2026, Sunrun informed Plaintiff of perceived deficiencies in Plaintiff's supplemental responses;

WHEREAS, Plaintiff advised that Plaintiff would search for certain documents and review

and respond to the perceived deficiencies;

WHEREAS, the Parties agreed additional time to further meet and confer would be the most efficient course of action;

WHEREAS, this is the first request to extend this deadline;

WHEREAS, extending this deadline will not affect any other deadline set by the Court;

THEREFORE, the parties stipulate and respectfully request that the Court extend the deadline to file a Further Joint Discovery Letter Brief concerning the Discovery Dispute from October 30, 2026 to November 3, 2026.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: October 30, 2026

Respectfully submitted,

*/s/ Andrew R. Perrong*
Andrew R. Perrong (*pro hac vice*)
**Perrong Law LLC**
2657 Mount Carmel Avenue
Glenside, PA 19038
Telephone: (215) 225-5529 (CALL-LAW)
Facsimile: (888) 329-0305
a@perronglaw.com

Dana J. Oliver (SBN #291082)
**Oliver Law Center, Inc.**
8780 19th Street, #559
Rancho Cucamonga, CA 91701
Tel: (855) 384-3262
Facsimile: (888) 570-2021

*Counsel for Plaintiff Peggy Banks*

*/s/ Glenn T. Graham*
Lauri A. Mazzuchetti (*pro hac vice*)
Glenn T. Graham (SBN #338995)
**Kelley Drye & Warren LLP**
7 Giralda Farms, Suite 340
Madison, New Jersey 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com

*Counsel for Defendant, Sunrun Inc.*

**ATTESTATION**

I, Glenn T. Graham, am the ECF user whose identification and password are being used to file this document. I hereby attest that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 30, 2026

/s/ *Glenn T. Graham*
Glenn T. Graham

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the deadline to file a Further Joint Discovery Letter Brief concerning the Discovery Dispute is extended from October 30, 2026 to November 3, 2026.

Dated: ____11/2/2026_______

Hon. Peter H. Kang
United States Magistrate Judge