# EXHIBIT 2

| Date | Type | Subject | Parties / Recipients | Privledge Asserted | Steps Taken to Ensure Confidentiality |
|---|---|---|---|---|---|
| 4/25/2024 | Email Thread | Re: Retainers | Peggy Banks, Karla Uribe | Attorney Client and Common Interest | Not shared or waived, stored in password protected account, not filed, never produced. No unauthorized persons have received the communication. |
| 4/30/2024 | Email Thread | For your review - Dream Source LLC - TCPA violations | Peggy Banks, Andrew Perrong | Attorney Client and Common Interest | Not shared or waived, stored in password protected account, not filed, never produced. No unauthorized persons have received the communication. |
| 5/1/2024 | Email Thread | Re: Retainers | Peggy Banks, Karla Uribe | Attorney Client and Common Interest | Not shared or waived, stored in password protected account, not filed, never produced. No unauthorized persons have received the communication. |
| 6/24/2024 | Draft Complaint Email Thread | Banks v. Strategic Consulting & Forensics | Peggy Banks, Helen Seely | Attorney Client and Common Interest and Attorney Work Product | Not shared or waived, stored in password protected account, not filed, never produced. No unauthorized persons have received the communication. |
| 10/24/2024 | Email Thread | Re: Form Submission - Request a Free Consultation | Peggy Banks, Anthony Paronich, Andrew Perrong | Attorney Client and Common Interest | Not shared or waived, stored in password protected account, not filed, never produced. No unauthorized persons have received the communication. |
| 10/31/2024 | Client Fee Agreement Signing Emails | Peggy Banks Sunrun Agreement | Peggy Banks, Anthony Paronich, Andrew Perrong | Attorney Client and Common Interest | Not shared or waived, stored in password protected account, not filed, never produced. No unauthorized persons have received the communication. |
| 11/4/2024 | Draft Complaint Email Thread | Complaint Against SunRun | Peggy Banks, Anthony Paronich, Andrew Perrong | Attorney Client and Common Interest and Attorney Work Product | Not shared or waived, stored in password protected account, not filed, never produced. No unauthorized persons have received the communication. |
| 11/20/2024 | Email Thread | For your review - Dream Source LLC - TCPA violations | Peggy Banks, Andrew Perrong | Attorney Client and Common Interest | Not shared or waived, stored in password protected account, not filed, never produced. No unauthorized persons have received the communication. |
| 2/26/2025 | Email Thread | Case for review -TCPA Violations | Peggy Banks, Andrew Perrong | Attorney Client and Common Interest | Not shared or waived, stored in password protected account, not filed, never produced. No unauthorized persons have received the communication. |
| 2/27/2025 | Email Thread | Case for your review of TCPA violations - BioTrust Nutrition, LLC | Peggy Banks, Andrew Perrong | Attorney Client and Common Interest | Not shared or waived, stored in password protected account, not filed, never produced. No unauthorized persons have received the communication. |
| 2/27/2025 | Client Fee Agreement Signing Emails | Peggy Banks Bio Trust Agreement | Peggy Banks, Anthony Paronich, Andrew Perrong | Attorney Client and Common Interest | Not shared or waived, stored in password protected account, not filed, never produced. No unauthorized persons have received the communication. |
| 3/12/2025 | Email Thread | BioTrust Complaint | Peggy Banks, Andrew Perrong | Attorney Client and Common Interest and Attorney Work Product | Not shared or waived, stored in password protected account, not filed, never produced. No unauthorized persons have received the communication. |
| 3/13/2025 | Email Thread | More TCPA violations for you to review | Peggy Banks, Andrew Perrong | Attorney Client and Common Interest | Not shared or waived, stored in password protected account, not filed, never produced. No unauthorized persons have received the communication. |
| 3/14/2025 | Email Thread | More TCPA violations for you to review | Peggy Banks, Andrew Perrong | Attorney Client and Common Interest | Not shared or waived, stored in password protected account, not filed, never produced. No unauthorized persons have received the communication. |
| 3/19/2025 | Email Thread | Website Submission - CAL LAW APC | Peggy Banks, Calvin Chang | Attorney Client and Common Interest | Not shared or waived, stored in password protected account, not filed, never produced. No unauthorized persons have received the communication. |

| Date | Type | Subject | Parties / Recipients | Privledge Asserted | Steps Taken to Ensure Confidentiality |
|---|---|---|---|---|---|
| 3/21/2025 | Email Thread | Timeline for ERC Strategic Consulting and Forensics, LLC. | Peggy Banks, Calvin Chang | Attorney Client and Common Interest and Attorney Work Product | Not shared or waived, stored in password protected account, not filed, never produced. No unauthorized persons have received the communication. |
| 3/21/2025 | Email Thread | Website Submission - CAL LAW APC | Peggy Banks, Calvin Chang | Attorney Client and Common Interest | Not shared or waived, stored in password protected account, not filed, never produced. No unauthorized persons have received the communication. |
| 3/25/2025 | Client Fee Agreement Signing Emails | Banks v ERC Strategic et al CRA | Peggy Banks, Calvin Chang | Attorney Client and Common Interest | Not shared or waived, stored in password protected account, not filed, never produced. No unauthorized persons have received the communication. |
| 4/2/2025 | Email Thread | Complaint for Paramount Builders | Peggy Banks, Andrew Perrong | Attorney Client and Common Interest and Attorney Work Product | Not shared or waived, stored in password protected account, not filed, never produced. No unauthorized persons have received the communication. |
| 4/3/2025 | Email Thread | QuinStreet Complaint | Peggy Banks, Andrew Perrong | Attorney Client and Common Interest and Attorney Work Product | Not shared or waived, stored in password protected account, not filed, never produced. No unauthorized persons have received the communication. |
| 4/3/2025 | Client Fee Agreement Signing Emails | Peggy Banks QuinStreet Agreement | Peggy Banks, Anthony Paronich, Andrew Perrong | Attorney Client and Common Interest | Not shared or waived, stored in password protected account, not filed, never produced. No unauthorized persons have received the communication. |
| 4/4/2025 | Client Fee Agreement Signing Emails | CFA for Banks | Peggy Banks, Anthony Paronich, Andrew Perrong | Attorney Client and Common Interest | Not shared or waived, stored in password protected account, not filed, never produced. No unauthorized persons have received the communication. |
| 4/15/2025 | Email Thread | Website Submission - CAL LAW APC | Peggy Banks, Calvin Chang | Rule 408, Attorney Client, Common Interest, Attorney Work Product | Not shared or waived, stored in password protected account, not filed, never produced. No unauthorized persons have received the communication. |
| 4/15/2025 | Email Thread | Website Submission - CAL LAW APC | Peggy Banks, Calvin Chang | Attorney Client and Common Interest | Not shared or waived, stored in password protected account, not filed, never produced. No unauthorized persons have received the communication. |
| 4/17/2025 | Email Thread | Website Submission - CAL LAW APC | Peggy Banks, Calvin Chang | Rule 408, Attorney Client, Common Interest, Attorney Work Product | Not shared or waived, stored in password protected account, not filed, never produced. No unauthorized persons have received the communication. |
| 5/24/2025 | Draft Complaint Email Thread | Website Submission - CAL LAW APC | Peggy Banks, Calvin Chang | Attorney Client and Common Interest and Attorney Work Product | Not shared or waived, stored in password protected account, not filed, never produced. No unauthorized persons have received the communication. |
| 5/28/2025 | Draft Complaint Email Thread | Website Submission - CAL LAW APC | Peggy Banks, Calvin Chang | Attorney Client and Common Interest and Attorney Work Product | Not shared or waived, stored in password protected account, not filed, never produced. No unauthorized persons have received the communication. |
| 9/23/2025 | Email Thread | Rule 408 Commuication | Eric Allen, Chris Wixom, Calvin Chang | Rule 408, Attorney Client, Common Interest, Attorney Work Product | Not shared or waived, stored in password protected account, not filed, never produced. No unauthorized persons have received the communication. |
| 9/24/2025 | Email Thread | Rule 408 Commuication | Eric Allen, Chris Wixom, Calvin Chang | Rule 408, Attorney Client, Common Interest, Attorney Work Product | Not shared or waived, stored in password protected account, not filed, never produced. No unauthorized persons have received the communication. |
| 9/26/2025 | Email Thread | Rule 408 Commuication | Eric Allen, Chris Wixom, Calvin Chang | Rule 408, Attorney Client, Common Interest, Attorney Work Product | Not shared or waived, stored in password protected account, not filed, never produced. No unauthorized persons have received the communication. |

| Date | Type | Subject | Parties / Recipients | Privledge Asserted | Steps Taken to Ensure Confidentiality |
|---|---|---|---|---|---|
| 10/1/2025 | Email Thread | Rule 408 Commuication | Eric Allen, Chris Wixom, Calvin Chang | Rule 408, Attorney Client, Common Interest, Attorney Work Product | Not shared or waived, stored in password protected account, not filed, never produced. No unauthorized persons have received the communication. |
| 10/6/2025 | Email Thread | Rule 408 Commuication | Eric Allen, Chris Wixom, Calvin Chang | Rule 408, Attorney Client, Common Interest, Attorney Work Product | Not shared or waived, stored in password protected account, not filed, never produced. No unauthorized persons have received the communication. |
| 10/7/2025 | Email Thread | Rule 408 Commuication | Calvin Chang, Peggy Banks | Rule 408, Attorney Client, Common Interest, Attorney Work Product | Not shared or waived, stored in password protected account, not filed, never produced. No unauthorized persons have received the communication. |
| 10/9/2025 | Email Thread | Rule 408 Commuication | Calvin Chang, Peggy Banks | Rule 408, Attorney Client, Common Interest, Attorney Work Product | Not shared or waived, stored in password protected account, not filed, never produced. No unauthorized persons have received the communication. |
| 10/9/2025 | DocuSign Email | Rule 408 Agreement | Peggy Banks, Calvin Chang | Rule 408, Attorney Client, Common Interest, Attorney Work Product | Not shared or waived, stored in password protected account, not filed, never produced. No unauthorized persons have received the communication. |
| 4/31/2024 | Email Thread | For your review - Dream Source LLC - TCPA violations | Peggy Banks, Andrew Perrong | Attorney Client and Common Interest | Not shared or waived, stored in password protected account, not filed, never produced. No unauthorized persons have received the communication. |